UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOYCE CHRISTIE, On Behalf of
the Estate and Next of Kin of
Nicholas T. Christie, Deceased

    Plaintiff

   vs.                                                                                                CASE NO.  2:10-cv-420-FtM-99DNF

MIKE SCOTT, in His Official             JUDGE: UNASSIGNED
Capacity as Sheriff of Lee
County, Florida, PRISON HEALTH    MAGISTRATE JUDGE DOUGLAS N.
SERVICES, INC., a Tennessee           FRAZIER
Corporation, DEPUTY DANIEL
FALZONE, DEPUTY KURTIS
CALHOUN, DEPUTY DATHAN S.
PYLE, DEPUTY JEREMY HARDIN,
DEPUTY ANDRE DIMARCO,
SERGEANT ARMANDO CROKER,
SERGEANT MARY DAROSS,
SERGEANT ROBERT BRAMBLET,
LIEUTENANT MICHAEL PEAK,
MARIA CANETE, R.N., LINDA
SUNDO, L.P.N., NATALIA
SAUNDERS, R.N., JOAN WINNIE,
R.N., GERALDINE JONES, R.N.,
JANICE STEPNOSKI, L.C.S.W.,
KAREN OVERBEE, CHRISTINE
ATEN, TAMMY HAMILTON, R.N.,
and KATHRYN T. HOLLIER, C.N.A.

    Defendants

**PLAINTIFF'S APPLICATION FOR EXPEDITED RULING ON DEFENDANT
PRISON HEALTH SERVICES, INC.'S OBJECTION TO AND
MOTION TO STAY MAGISTRATE'S ORDER OF AUGUST 18, 2011**

Now comes Plaintiff, Joyce Christie, on Behalf of the Estate and Next of Kin of Nicholas T. Christie, Deceased, and pursuant to Local Rule 3.01(e), respectfully requests that the Court provide the parties with an expedited ruling on Defendant Prison Health Services, Inc.'s (hereinafter "PHS") Objection to Order on Plaintiff's Motion to Compel (Docket No. 103), on the grounds that the documents Ordered to be produced are essential to the timely conclusion of discovery and the production of Plaintiff's expert reports due to be disclosed on February 6, 2012.

As reflected by Magistrate Frazier's Order dated August 18, 2011 (Docket No. 100), Defendant PHS was ordered to produce thirteen (13) categories of documents which it had withheld in discovery. On September 1, 2011, Defendant PHS filed an Objection to the Magistrate's Order (Docket No. 101). On September 9, 2011, Defendant PHS filed an untimely Motion to Stay the Magistrate's Order (Docket No. 102). On September 12, 2011, Plaintiff filed her Memorandum in Opposition (Docket No. 103).

This case is scheduled for trial on September 4, 2012. Plaintiff must produce her expert reports by February 6, 2012, and fact discovery must be completed by April 4, 2012. While Plaintiff has been diligently conducting depositions, including the depositions of numerous PHS employees, the documents which PSH has withheld from production has severely impeded Plaintiff's ability to provide all necessary facts to her experts so as to permit a disclosure of their full opinions. Defendant's continuing refusal to produce the documents subject to the Magistrate's

Order is also preventing Plaintiff from identifying possible additional witnesses for deposition in compliance with the pretrial schedule in this matter.

For the foregoing reasons, Plaintiff respectfully requests that the Court consider an expedited determination on Defendant's pending Objection and Motion to Stay.

Respectfully submitted,

s/ Nicholas A. DiCello
WILLIAM HAWAL  (OH Bar #0006730) (PHV)
NICHOLAS A. DICELLO  (OH Bar #0075745) (PHV)
NICOLE GREER  (OH Bar #0079736) (PHV)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232; (216) 696-3924 (FAX)
*whawal@spanglaw.com*
*ndicello@spanglaw.com*
*ngreer@spanglaw.com*

***Trial Counsel for Plaintiff***

TROY A. RAFFERTY  (FL Bar #024120)
VIRGINIA M. BUCHANAN  (FL Bar #793116)
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER RAFFERTY & PROCTOR P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL  32502
(850) 435-7000; (850) 497-7059 (FAX)
*trafferty@levinlaw.com*
*vbuchanan@levinlaw.com*

***Local Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2011, the foregoing was sent via electronic and regular U.S. Mail to:

| | |
|---|---|
| GREGG A. TOOMEY<br>**BUNNELL & WOULFE, P.A.**<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901 | *Counsel for Defendants, Prison Health Services, Inc., Marie Canete, R.N., Linda Sundo, L.P.N., Natalia Saunders, R.N., Joan Winnie, R.N., Geraldine Jones, R.N., Janice Stepnoski, L.C.S.W., Karen Overbee, Christine Aten, Tammy Hamilton, R.N., and Kathryn T. Hollier, C.N.A.* |
| SUMMER M. BARRANCO<br>RICHARD A. GIUFFREDA<br>**PURDY JOLLY GIUFFREDA & BARRANCO, P.A.**<br>2455 East Sunrise Boulevard, #1216<br>Fort Lauderdale, FL 33304 | *Counsel for Defendants, Sheriff Scott, Deputy Falzone, Deputy Calhoun, Deputy Pyle, Deputy Hardin, Deputy DiMarco, Sergeant Croker, Sergeant DaRoss, Sergeant Bramblet, and Lieutenant Peak* |

s/ Nicholas A. DiCello
WILLIAM HAWAL  (OH Bar #0006730) (PHV)
NICHOLAS A. DICELLO  (OH Bar #0075745) (PHV)
NICOLE GREER  (OH Bar #0079736) (PHV)
**SPANGENBERG SHIBLEY & LIBER LLP**

*Trial Counsel for Plaintiff*

TROY A. RAFFERTY  (FL Bar #024120)
VIRGINIA M. BUCHANAN  (FL Bar #793116)
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER RAFFERTY & PROCTOR P.A.**

*Local Counsel for Plaintiff*