UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**O R D E R**

As to all matters before Judge Paul A. Magnuson, counsel may bring into the Court electronic equipment and cell phones.

**IT IS SO ORDERED**.

Dated: November 8, 2012

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge