UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO. 2:10-CV-420-FtM-36-DNF

JOYCE CHRISTIE, on Behalf of the Estate of
Nicholas T. Christie, Deceased,

Plaintiff

vs.

MIKE SCOTT, LEE COUNTY SHERIFF,
PRISON HEALTH SERVICES, INC. nka PHS
CORRECTIONAL HEALTHCARE,
DEPUTY DANIEL FALZONE, DEPUTY
KURTIS CALHOUN, DEPUTY DATHAN S.
PYLE, DEPUTY JEREMY HARDIN,
DEPUTY ANDRE DIMARCO, SERGEANT
ARMANDO CROKER, SERGEANT MARY
DAROSS, SERGEANT ROBERT
BRAMBLET, MARIA CANETE, R.N.,
LINDA SUNDO, L.P.N., NATALIA
SAUNDERS, R.N., JOAN WINNIE, R.N.,
GERALDINE JONES, R.N., JANICE
STEPNOSKI, L.C.S.W., KAREN OVERBEE,
CHRISTINE ATEN, TAMMY HAMILTON,
R.N., KATHRYN T. HOLLIER, C.N.A.,

Defendants.

**DEFENDANTS PRISON HEALTH SERVICES, INC., MARIA CANETE, LINDA SUNDO, NATALIA SAUNDERS, JOAN WINNIE, JANICE STEPNOSKI, KAREN OVERBEE, CHRSTINE ATEN, TAMMY HAMILTON'S NOTICE OF JOINDER**

Defendants Prison Health Services, Inc. ("PHS"), Maria Canete ("Canete"), Linda Sundo ("Sundo"), Natalia Saunders ("Saunders"), Joan Winnie ("Winnie"), Janice Stepnoski ("Stepnoski"), Karen Overbee ("Overbee"), Christine Aten ("Aten"), and Tammy Hamilton ("Hamilton") (collectively "Medical Defendants")[1], file notice that they join in Defendants Scott, Falzone, Calhoun, Pyle, Bramblet, Croker, and DaRoss' Motion in Limine to Exclude Evidence

[1] A stipulation for dismissal with prejudice for Defendants Hollier and Jones was filed [D.E. 180]. However, an order has not been entered on the stipulation.

at Trial (and Memorandum of Law) [D.E. 260] filed October 29, 2012.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send the foregoing to the following: Virginia M. Buchanan, Esq., Levin Papantonio Thomas Mitchell Echsner Rafferty & Proctor, P.A., 316 South Baylen Street, Suite 600, Pensacola, FL 32502; Nicholas DiCello, Esq., William Hawal, Esq., Spangenberg, Shibley & Liber, LLP, 1001 Lakeside Avenue East, Suite 1700, Cleveland, OH 44114; and to Summer Barranco, Esq., Richard Giufredda, Esq., Purdy, Jolly, Giufredda & Barranco, P.A., 2455 East Sunrise Blvd., #1216, Fort Lauderdale, FL 33304.

BUNNELL & WOULFE P.A.
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337-1630
Fax: 239.337-0307
gat@bunnellwoulfe.com

By: s/Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689