UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:10-cv-420-FtM-36-DNF

JOYCE CHRISTIE, Individually and on Behalf of the Estate and Next of Kin of Nicholas T. Christie, Deceased,

Plaintiff,

vs.

MIKE SCOTT, individually and in his Official Capacity as Sheriff of Lee County, Florida, PRISON HEALTH SERVICES, INC., a Tennessee Corporation, DEPUTY DANIEL FALZONE, DEPUTY MONSHAY GIBBS, DEPUTY KURTIS CALHOUN, DEPUTY FRANK J. HANSEN, DEPUTY DATHAN S. PYLE, DEPUTY JEREMY HARDIN, DEPUTY TIMOTHY H. ELDRIDGE, DEPUTY ANDRE DIMARCO, SERGEANT ARMANDO CROKER, SERGEANT MARY DAROSS, SERGEANT ROBERT BRAMBLET, LIEUTENANT MICHAEL PEAK, MARIA CANETE, R.N., LINDA SUNDO, L.P.N., NATALIA SAUNDERS, R.N., JOAN WINNIE, R.N., GERALDINE JONES, R.N., JANICE STEPNOSKI, L.C.S.W., KAREN OVERBEE, CHRISTINE ATEN, TAMMY HAMILTON, R.N. and KATHERYN T. HOLLIER, C.N.A.,

Defendants.
/

DEPOSITION OF: DR. ROBERT PFALZGRAF

DATE TAKEN: July 27, 2011

TIME: 10:06 a.m. to 12:19 p.m.

PLACE TAKEN: Office of the Medical Examiner
70 Danley Drive
Fort Myers, Florida 33907

TAKEN BY: Counsel for the Defendant

REPORTER: Jackie D. Burrell, RPR, FPR

VON AHN ASSOCIATES, INC.
Registered Professional Reporters
2271 McGregor Boulevard, Second Floor
Fort Myers, Florida 33901
Phone: (239) 332-7443 FAX: 239 332-4066

Fort Myers • Naples • South Fort Myers • Punta Gorda

APPEARANCES:

For the Plaintiff:

SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114

By: William Hawal, Esquire
Nicholas A. DiCello, Esquire

For Defendants Sheriff Scott and the Lee County Sheriff's Office defendants:

PURDY JOLLY GIUFFREDA & BARRANCO, P.A.
2455 East Sunrise Boulevard, #1216
Fort Lauderdale, Florida 33304

By: Summer M. Barranco, Esquire
Richard A. Giuffreda, Esquire

For Sheriff's Office, in-house counsel:

Lee County Sheriff's Office
14750 Six Mile Cypress Parkway
Fort Myers, Florida 339124-406

By: Abbi Jo Smith, Esquire

For Defendant Prison Health Services:

BUNNELL & WOULFE, P.A.
1625 Hendry Street, Suite 203
Fort Myers, Florida 33901

By: Gregg A. Toomey, Esquire

For Defendant Timothy Eldridge:

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Post Office Box 280
Fort Myers, Florida 33901

By: John W. Lewis, Esquire

## I N D E X                    P A G E


| | |
|---|---|
| Direct Examination by Mr. Toomey | 4 |
| Cross-Examination by Mr. Giuffreda | 56 |
| Cross-Examination by Mr. Shearman | 76 |
| Cross-Examination by Mr. Hawal | 86 |
| Recross-Examination by Mr. Shearman | 101 |


## E X H I B I T S


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Complete File of Nicholas Christie | 8 |
| 2 | Curriculum Vitae | 86 |

Thereupon,

DR. ROBERT PFALZGRAF,

a Witness, after being duly sworn, upon his oath, answered and testified as follows:

**THE WITNESS:** Yes.

DIRECT EXAMINATION

BY MR. TOOMEY:

**Q. Good morning, Doctor.**

A. Good morning.

**Q. You are a forensic pathologist with the District 21 Medical Examiner's Office, correct?**

A. Yes.

**Q. And in that capacity you performed an autopsy on the remains of Nicholas Christie in 2009?**

A. Yes.

**Q. Can you tell us what date you performed, actually performed the autopsy?**

A. I performed it on April 1st, 2009.

**Q. In conducting the autopsy did you have access to any materials besides the body?**

A. I had the first report of the -- that we got from the investigator who took it over the phone, you know, the information given to us that he was in jail when things happened, and then he was transferred to the hospital where he died a day or two later. So that was

given to us and automatically, once you have somebody who dies as an inmate or the incident occurs while incarcerated, whether it's in the hospital or in jail, by law it becomes a medical examiner's case.

And then at the same time I didn't have all of the information, even if I did I wouldn't have read stacks and stacks of stuff before the autopsy only because there are people in charge of the investigation that attend the autopsy, so they were there, and even though they couldn't maybe answer every question I have at least I sort of knew from questioning them that this was a man who was in the jail, and basically I knew up front that he had been pepper sprayed and during the process he got sick and went to the hospital. So that's probably the basic information I had at the time I started the autopsy.

**Q. Did you gather any information before actually conducting the physical portion of the autopsy?**

A. Only that which was called in on the phone and what they gave me when they -- the investigators that attended the autopsy gave me. They showed up before the actual autopsy started.

**Q. What investigators attended the autopsy?**

A. It's on the report, Lieutenant Michael Peak and Sergeant Lopez. I forget his first name.

**Q. Okay. And you also told us earlier that you had -- there was an investigator for the medical examiner's office that was involved in this case as well; is that correct?**

A. Yes.

**Q. What is that person's name?**

A. I want to say it was Sam Johnson but I'm not sure. It was Brett Harding. Brett Harding was the initial investigator. He was the one who was on call when the call came in from Gulf Coast Hospital.

**Q. What was Mr. Harding's function in this case?**

A. He was -- he's the investigator who makes the decisions when a case gets called in. He's a board certified investigator. He decides whether a case falls under our jurisdiction and decides whether a body is to be brought in. If it's a scene investigation he usually goes to the scene.

So he did the initial phone call and decided the body needed to come here for an autopsy.

**Q. Well, I think you already told us that it had to come here anyway.**

A. Right. Well, he was the one who determined that. The hospital doesn't know that.

**Q. Okay. What other function does the investigator serve in this case?**

A. Well, we have multiple investigators so if you need additional information, for instance, if I wanted more information I would ask an investigator who's here. They work in shifts, so Brett Harding may have done the initial investigation, but I've had -- reading the notes, that Sam Johnson was another investigator that used to work in this office, and I had him get some additional information for me, so they also collect information and make telephone calls and do interviews if requested. That's their general duty.

**Q. These investigators, did they in this case write a report for you?**

A. The first report by Brett Harding is on a document that looks like this document here that has BEH on the bottom. That's Brett Harding. That's the initial report, and then all the other additional information that's added is on the -- that any investor has done or myself will be on my green sheets, but since they're copies that you got they're not on green anymore, but there's phone notes that are taken or investigator notes. So Sam Johnson has done a couple investigator notes as well as I have also.

**Q. You've given us a lot of documents today.**

A. Yes.

**Q. Some of them you actually used in determining**

**the cause of death, some you have not, right?**

A. Yes.

**Q. Okay. We're going to attach a copy of your whole file as an exhibit to this deposition.**

**(Exhibit Number 1 marked for identification.)**

**BY MR. TOOMEY:**

**Q. Is this the entire file maintained by the medical examiner's office?**

A. Yes.

**Q. There's no other papers kept anywhere else regarding this medical examiner's case?**

A. The only thing I would say that's not in here is the digital photos of the autopsy.

**Q. Okay.**

A. So those are kept in the computer discs. Those can be generated, but -- or a disc can be made, but those are just documentation pictures that we take of him as we received him and that sort of thing?

**Q. And the information that you provided us you've already spoken about, what the investigators find and things like that, how much of that do you actually have when you start cutting?**

A. Most of the time we have the hospital record, which I would have had this time. That's kept in a separate place because those are protected by the HIPAA

laws, so we don't sort of flaunt them around, but the medical record -- when the body comes from the hospital the medical record comes with him, and then the initial investigation report and that's about it to start out.

**Q. Okay. And I have a copy of the report. It's dated -- it looks like the autopsy was performed on April 1. Is there a date on this document when -- that tells us when you wrote -- you actually wrote this autopsy report?**

A. Well, it was dictated the day of the autopsy, but the actual signing of the death certificate and the autopsy report would have been done about the same time, and that's not done until all of the information is collected including toxicology. That takes weeks, and it looks like somewhere along the history of my working here we started dating our autopsy reports when I actually sign it. So I don't know -- I don't know for certain when I actually signed it without finding the death certificate. There might be a date on there when I signed that, so I would have signed that and completed this at the same time.

**Q. Okay. Is there a copy of the death certificate in the materials you've given us today?**

A. Probably. Probably not what I gave you because it's not a true death certificate. It's the

form that we send the funeral home. We don't actually have the death certificate because we don't generate it.

**Q. Okay. But it's your belief that you would have signed off on this report at the same time --**

**MR. SHEARMAN:** Is that the short form? That's in here too.

**MR. HAWAL:** I have one.

BY MR. TOOMEY:

**Q. -- at the same time you signed off on the death certificate; is that your understanding?**

A. Yes, yes. Once I determine, finalize my opinion, and I would not have been able to do that until all the information is collected, I would have signed -- I would have turned in the death certificate with an opinion for the cause of death along with the report, and generally that's all generated at the same time then.

**Q. By looking at a copy of the death certificate can you tell us when that was generated?**

A. I signed it on April 4th, 2009.

**Q. Does that mean that you probably in all likelihood signed off on your autopsy report the same day?**

A. Yes.

**Q. All right. Have there been any -- have you**

**written a supplement to your autopsy report?**

A. No. I mean, I do a clinical summary that's not required for the file, but I just do it on a complicated case like this so it's easy to refresh my memory, but I would have done that before I signed the autopsy report. It would help me think while I'm forming my opinion.

**Q. In this case you would have written a clinical summary -- in most cases you would have written the clinical summary before you signed off on the autopsy report?**

A. It probably would have been the same day or the day before. I mean, it would have been very close. After I had all the information then I could finish up that clinical summary.

**Q. Well, the death certificate that you looked at was generated in April, right?**

A. April 24th, yes.

**Q. The summary, and we'll get to that in a second, but it contains information that was gathered much later than that -- or strike that.**

**Maybe it doesn't. Okay.**

**Is it safe to say that if you signed off on the -- or if you -- the death certificate was generated and you signed off on your autopsy report the same day,**

**anything else in this file that came in after that date, April 24th, you didn't use in determining the cause of death in this case?**

A. That's correct.

**Q. All right.**

A. Can I change my answer just a little bit?

**Q. Sure.**

A. If it was something -- if something came in and it was shown to me -- I mean, most of the stuff that comes in is correspondence between lawyers and stuff, but if something new came in and it was insignificant I may have just said stick it in the file and it didn't impact my thinking. So I can't say with 100 percent certainty I didn't look at something that might have come in, but I don't recall anything.

**Q. If something had come in after you signed off on the autopsy report that was significant to your findings would you would generated a supplement to your report?**

A. Yes. And especially -- I mean, I always tell people our cause of death opinions are opinions. Our opinions are based on multiple things and our opinions can change if new information comes to light.

**Q. You've had a chance to review your whole file before coming here today, including the report, right?**

A. Yes.

**Q. Is there anything in the report that you want to change, clarify or explain at this point?**

A. No.

**Q. One of the materials that you gave us was a document that's called a clinical summary.**

A. Yes.

**Q. And I think you already told us that you generated this yourself?**

A. Yes.

**Q. And you probably generated it at or around the time that you issued your report?**

A. Yes.

**Q. What information did you have at the time you wrote your report besides the body that was important to your findings?**

A. Well, basically -- you mean important to my opinion? I mean my findings are my autopsy findings. Those were -- but then information that I collected would have been reports from the jail which I think I get from the sheriff's department, their reports, trying to create a timeline of, you know, what happened when because some of my opinions based are based on historical information, not on just the autopsy. So, you know, we can't do an autopsy in a vacuum. You have

to take all the information surrounding the circumstances of death and put those all together in order to form the opinion.

So once I did the autopsy I would have, you know, reviewed the medical records, I would have looked at -- you know, I would have tried to get as much information about what happened just prior to his death and the circumstances leading up to his death; and, you know, trying to collect information about, you know -- you know, why it is he got where he was. That's all. And then putting that altogether, and once I get the toxicology back, and that, like I said, that usually takes several weeks and probably on the tox. report it's likely that we'll have the -- a time stamp on when we received that.

So, yeah -- so it's one of those things, once I have all that then I know that the record is complete, so I form an opinion the best I can. So I guess the bottom line is I needed sort of the historical background of, you know, how he got into the jail and what happened to him in the jail, and then what happened to him after he went to the hospital.

So I looked at jail records, medical records from the hospital, and we all, and also I think I talked to a nurse at the jail on the phone which I have

documented in one of my phone notes, and had Sam Johnson, our investigator, I wanted to see one of these spit guards, and, you know, look at the chair. I just wanted to make sure that there wasn't anything of danger using one of those, you know. You never know, there may have been -- you know, I had to rule out suffocation by the spit guard and maybe the restraint chair doing something bad to him, so I had to consider those factors too. So those things were added to the investigation as time went on.

**Q. In a case like this, in gathering a history, especially the history of medical care prior to the death, is it important that you get your hands on all of the recent records?**

A. Yes. I mean, we request them and they give them to us. If they hold something back I have no way of knowing it unless it's something that I know that's typically there.

**Q. All right. And I see in the documents that you've given us today that there are some records from the jail, medical records that is. Do you know if you have all of the medical records from the jail in this file?**

A. Well, my assumption is it is. I assume that when I request them they give them to me, but I can't

tell you that they didn't hold something back.

**Q. In the records that you provided us today is there -- are there any records from the hospital?**

A. No, no. Those if -- those have either been destroyed and probably scanned into our computer or they're -- or they are kept in a separate file. Generally at some point, like I said, I can't point to the date we started scanning records in because we were getting storage problems with paper. So, you know, we probably have those but those weren't provided because of HIPAA laws. Without a next of kin consent or court order I can't give them up.

**Q. Well, all of the protections of privacy have been waived because there's an ongoing case here. What other documents besides the hospital records haven't been turned over?**

A. Just the hospital records.

**Q. All right. I would like to have what you have.**

A. Well --

**Q. I don't need it right now.**

A. Well, you're not going to get them today. I don't think -- I don't -- all I know is we've been told by our legal counsel that we cannot give -- we cannot give up medical records. If the wife signs a consent we

can, or if a court, a judge gives us an order we can; but I'm not going to put myself in a position to get in trouble.

**Q. Now --**

**MR. SHEARMAN:** Can we identify those maybe now so we know what to follow up with you on, what those records are?

**THE WITNESS:** They're Gulf Coast Hospital records.

**MR. SHEARMAN:** Okay.

**THE WITNESS:** So that's all I know. Now, like I said, I know for a fact that I don't always get all their records, so if there's something that I think I'm missing I have to ask for more, but I've got enough to satisfy my -- to satisfy me to form an opinion. So I did get enough records to know what happened at the hospital.

BY MR. TOOMEY:

**Q. When you request records or get records from a hospital such as Gulf Coast does your office have an on-line capability to get those directly from the hospital?**

A. No.

**Q. The office cannot go on-line and read the computerized records at Gulf Coast?**

A. No.

**Q. All right. When your office requests these records exactly who requests them?**

A. Generally when they call us about a case, I don't know without talking to the Brett Harding on this case, but generally when they call this is what happens. Once we decide it's a medical examiner's case we say, you know, when this, this and this is ready including records, when you have your records copied, when you have the blood specimens from admission pulled, we'll send our transport to pick up and you hand all that over. So we request them to copy those at the hospital before we pick up the body.

On occasion we don't get everything and we have to get -- we have to call them up and ask for more, say, hey, we don't have the tox. -- your tox., for instance, a common thing is we don't have all the labs. We'll say we want to know what your tox. screen showed, so we'll call them and they'll fax. So anything that we think is missing we send a request for a fax.

**Q. When the documents come in from the hospital such as Gulf Coast, in this particular case from Gulf Coast they came to your office in paper; is that right?**

A. Yes.

**Q. And if I understand what you're telling us, at**

**some point that paper was in this file, right?**

A. Yes. What happens is I go through -- first of all, I might get a very thick file. I go through it and thin it out because there's stuff in there that I don't care about? They'll have billing in there or they'll have doctors' orders. If the doctors' orders don't have any bearing on anything I throw those out; I shred them. So once I get that done, those are then given to our secretaries up front and they put them in a stack to be scanned.

So in the old days they'd just put them in a separate envelope, but -- so these records will either be in a separate envelope that I don't know about or they've been scanned in, one or the other.

**Q. When you review records I assume -- did you -- do you review the records before or after you actually perform the autopsy?**

A. I'll go through them if I have -- I generally have them beforehand. I'll look at the nuts and bolts, like what happened, why did he come in, but I really don't have time because it might take hours to go through it with a fine-toothed comb on a complicated case. So in this case the records -- I assume the records came in with him. I would have looked at like the H&P and maybe, you know, that was probably about it,

maybe some laboratories to see if he had any drugs in his system, but other than that I would not have read every page of that report until after the autopsy.

**Q. Do you know in this case whether you had the records from Gulf Coast before you performed the autopsy?**

A. It's highly likely. I don't know off the top of my head if I did.

**Q. All right. When you review notes or records from the hospital, do you make any notation on those pages?**

A. No.

**Q. Never?**

A. No.

**Q. Okay. Are there any other records that would have been in this office at some time regarding this case that are no longer here?**

A. No, not that I can recall.

**Q. Okay. Let's take a look at your report.**

A. Okay.

**Q. First of all, what protocol did you follow in performing the autopsy in this case?**

A. What do you mean what protocol?

**Q. What was your protocol? What was your procedure? What did you do?**

A. Well, the body is brought in. The body bag is opened up and I have an assistant who takes photographs of the body as we receive it. The body is then undressed and then additional photographs are taken of the face and other -- any other significant findings, and then basically on this case I did an external examination, which I would have documented in my report. Then I proceeded to cut open the body to take out the organs for examination, and at the same time as removing organs before I actually remove the organs we collect specimens for toxicology, although in this case since he survived in the hospital it was the admission blood that was more important than the autopsy blood. But I would collect blood and vitreous humour which is the fluid inside the eye routinely on every case and urine if it's there. But most people that come from a hospital they put a catheter in so there's no urine.

Then after the autopsy -- I mean then after the organs are removed, they're weighed. I take sections of them and take samples for microscopic exam. I save a piece of just about every organ in case I need to go back. Then the organ is put back in body and body shown up cleaned up and then released to the funeral home.

**Q. Is the lab and toxicologist work done here**

**in-house?**

A. No. We send it to Wuesthoff Laboratories, which is over in -- I want to say Rockledge or -- it's probably on the -- it's over on the east coast of Florida.

**Q. When you are performing the autopsy do you at the same time dictate whatever you observe?**

A. No. I dictate it right after the autopsy. What I do is I take notes. I have a body diagram where I take notes, and after the autopsy I write down the weights and I write down significant abnormalities that I might have found on my autopsy note sheet, which I believe you have a copy of, and then I use those notes to dictate. The reason for that is back in the old days when we used actual tape, sometimes it got chewed up and you had to redictate them when the transcriptionist said, hey, I lost your dictation, so. But now with digital technology it's never happened to me, but the reason we do it that way rather than dictate at the table, which is how I was trained, is that if you dictate at the table and don't take any notes and then your dictation is lost, it would be harder after you've done five or six more autopsies to remember.

So what I do is I take all the notes I needed to take to do a dictation and to also redictate it if

something happens to it.

**Q. Besides the two investigators who else was present with you during this autopsy?**

A. There was a crime scene technician, Elaine Flaherty, who works for the Lee County Sheriff's Office, she's basically there to collect evidence and to take photographs for the sheriff's office. And Brian Lucas who was my assistant.

**Q. What's Mr. Lucas' function?**

A. He's an autopsy technician. He's basically like our morgue supervisor, so he basically assists me with the autopsy, like I hand him the blood to put in the tubes or, you know, so I'll -- or he may actually draw the blood. Some of the stuff -- he'll take pictures for me. So he's sort of the clean hands a lot of times. And he fetches stuff for me, and he's also in charge of sawing the skull, and also sewing the body up when I'm done.

**Q. Okay. With regard to anything that, you know, you retained from the body for tox. or lab testing and sent to Wuesthoff --**

A. Yes.

**Q. -- are those slides here or does Wuesthoff have them?**

A. We have them. The slides are here. Now the

tubes of blood, if there's any left, I mean, we just got hospital blood, if there's any left they save it. They keep the blood tubes at Wuesthoff. Anything that we did not send to them, like autopsy blood, we will have here.

**Q. Okay. Why don't we go right into your report here? What I'm going to do is I'm just going to take it section by section.**

A. Okay.

**Q. You tell me what was pertinent to your findings, okay? Can we do that?**

A. Sure.

**Q. The first section is external description of the body, is there anything pertinent to your findings in that section?**

A. No, it's just a general description. There was nothing -- nothing of interest other than, I mean, I guess, you know, there's a lot of description of medical treatment, you know, catheters and stuff that was on the body. But other than that, you know, I guess the most important -- the most important thing in the external description is here's a 69-and-a-half-inch man who weighs 274 pounds, so right off the bat, I can tell you right now he's obese and he's going to be at risk -- if I knew nothing else about the guy, he's at risk for multiple diseases including heart disease. So, you

know, so right away I know that he's got a health issue with weight.

**Q. Anything else pertinent in that section?**

A. No.

**Q. All right. Identifying marks and scars, I think we can agree that there's nothing pertinent?**

A. No.

**Q. Evidence of medical therapy, is there anything pertinent to your findings there?**

A. No.

**Q. All right. Except I suppose then to know that he was in the hospital previous?**

A. That's correct.

**Q. All right. There's no sign of injuries, correct?**

A. No.

**Q. You went on -- is this report written in the order that you probably did things? Did you do an external examination --**

A. No. Every report gets the same format, one of my reports, and it's just how I was trained, to do it in this order. But I'm not saying that I examined the heart before I examined the lungs. I, just out of habit, I tend to cut the big organs first to get them out of the way just because they take up room on my

table. So I try to -- it's sort of what I call debulking my table. I try to get -- so that's just my habit. Every pathologist is different. So the order is just the format of my autopsy report.

**Q. Okay. But in general you're going after the big organs first, working your way down to smaller organs?**

A. Yeah. And, like I said, there may be -- I don't remember what order I did on this case, but, you know, on some cases there may be an issue that I want to answer right away, so I might pick one organ over another to look at first just to see. You know, like for instance, if I -- let's say I suspect blood clots in the lungs from the clinical history, I might pull the lungs out first and see if there's blood clots. And then once I find them I say, gee, I've got the cause of death here. And I don't have to like, you know, scratch my head the rest of the autopsy, why is this person dead. So, you know, those sort of things I might do first, but in general I tend to cut -- the biggest organs are the lungs, brain and liver, so I tend to cut those three organs first.

**Q. Is there any reason to believe that you conducted this autopsy in any order other than the one you usually do?**

A. No.

**Q. All right. Cardiovascular system?**

A. Of course his heart, which is part of the reason why he's dead. His heart is badly diseased, mostly because of the size of the heart. 890 grams is huge.

**Q. Have you performed an autopsy on any individual and seen a bigger heart?**

A. Yeah, but it's rare. I mean, I've seen maybe one, one or two over 900. I know I've seen one over 1,000, but, you know, 890 is probably in the top one percent of my cases.

**Q. What does this tell you regarding the cause of death?**

A. Well, what it tells me is that, you know, he's -- if you look at a bell curve, he's at the top end of the bell curve of people that's walking around. I mean, this 890-gram heart he had the week before and the week before that. This is something that occurred over a long period of time, so it isn't something that happened overnight.

So the reason I don't see that many people with 890-gram hearts or bigger is that those people generally get sick and die before, you know, from their disease and I would have no reason to do an autopsy. I

mean, if he just walked in off the street and said, you know, I've got shortness of breath and the diagnosis was congestive heart failure and did a chest x-ray and say you've got an enlarged heart, then they call to us and say that's not our case, so that's a natural death.

So in this case -- you know, the reason this is rare is because there's not a lot of people walking around with hearts that big. It's just -- most people get sick and die or get sick and have a heart transplant before that point.

**Q. And how is the -- can we agree this is very severe cardiomegaly?**

**MR. HAWAL:** Objection to the leading form of the question.

**THE WITNESS:** Yes.

BY MR. TOOMEY:

**Q. All right. How is this level of cardiomegaly linked to the cause of death in this case?**

A. Well, a heart that weighs 890 grams or is that big, you know, most men should have hearts less than 390, 400. You know, 400 is a nice easy number to remember. All men should be under that. Skinny men should even be way below 400, but anyway, that size of heart just means that that person is at risk for sudden cardiac death from arrhythmias. They're also at risk

for congestive heart failure, meaning the heart just can't get enough oxygen to pump efficiently so they get what's called left-sided heart failure or pump failure, which doctors call congestive heart failure, because what happens is the blood in the left side of the heart can't be pushed around very well, so it sort of backs up into the lungs and you get symptoms from congestion of the lungs including shortness of breath and fluid buildup and fluid around the lungs.

**Q. From your examination of this heart can you tell us what the cause of the cardiomegaly was?**

A. Not with 100 percent certainty, but probably 99 percent -- I mean, I don't know what the percentage, but basically almost everybody with a heart that big has high blood pressure, and that's how it got that big.

Now, there was other things that can cause big hearts but it's probably because it's caused by high blood pressure. One of those is chronic alcoholism, another is cocaine abuse. And then there's some congenital things that can cause big hearts, but by and large the vast majority of people that I do autopsies on that have big hearts is because they have high blood pressure.

**Q. You also note here that you found a dilation of the cardiac chambers?**

A. Yes.

**Q. What do you mean by that?**

A. When the heart is weakened because it's not pumping, it dilates to try to increase its efficiency. There's a physiologic mechanism behind that that I learned in medical school. It had something to do with the stretching of the muscle fibers, but basically the heart dilates and it's part a compensatory thing, trying to pump more blood out of the left chamber.

**Q. Is dilation a result of the cardiomegaly?**

A. Yes. It's, you know, probably the heart enlarged first and then as time went on and the heart got bigger the heart dilated to try to compensate.

**Q. Next sentence: The myocardium is red-brown and firm with focal areas of yellow discoloration consistent with fatty infiltration.**

**Can you explain what you mean there?**

A. Well, most hearts just have sort of a red meaty appearance inside the myocardium. That's the muscle there. On some people you see discolorations, that can be due to a heart attack like from an infarct or from a scar from a previous infarct. But in this case it looked like fat to me or adipose tissue, and some people get fat grown into their heart, and I imagine it's more likely in someone who is obese than

someone who is not obese.

**Q. How does that fit in with the cause of death?**

A. It doesn't. It was just something that I dictated, that I saw. I did eventually confirm it with microscopic examination.

**Q. Okay. You also found arteriosclerosis of the aorta?**

A. Yes.

**Q. How does that fit in with your ultimate findings?**

A. Well, it just sort of goes hand in hand. People who tend to have any cardiovascular disease tend to also have atherosclerosis of the aorta. That, per se, did not impact his bottom line cause of death. It's just more evidence that this person had the kind of lifestyle that led to hypertension and atherosclerosis, which usually go hand in hand.

**Q. What did you find in the lungs?**

A. The lungs were basically edematous, and how I know that is that they were both heavy. The right lung weighed 900 grams, the left lung weighed 870 grams. Like I said, the lungs usually weigh less than 500, usually done in the 300, 400 range, so when you have congestive heart failure -- this is consistent with congestive heart failure, you get fluid buildup in the

lungs and they weigh more.

**Q. And that again is -- when you saw this did you understand it to be a chronic condition?**

A. Yes.

**Q. Is there anything acute, that is acute to the time of death at least, that you found in the lungs?**

A. Well, when you say acute, I think you get acute episodes of congestive heart failure. He has a chronic condition of congestive heart failure that was treated with medications, but those conditions wax and wane, so when he's not having -- I mean if he -- if he had these heavy lungs the day, the days that he was out walking around he wouldn't be able to breathe. He'd be like so short of breath he'd probably go to the emergency room to get treated, but -- so this is probably part of his final heart failure, so it is sort of acute on a chronic condition.

**Q. Did you find any disease in the lungs?**

A. Not really, not outside -- not -- well, let me review just to be sure. Yeah, I think I remember being told that he might have emphysema and I didn't see any evidence of emphysema. I just had to check my micros. I didn't even see it microscopically. So didn't see it grossly or microscopically, but other than the heavy wet lungs or edematous lungs, I did not see any other

diseases in the lungs.

**Q. Okay. In addition to the heart being very large on this individual the liver also was as well, right?**

**MR. HAWAL:** Objection to the leading form of the question.

**THE WITNESS:** The liver is big. The liver though tends to have a very wide range of weights in my experience, but that is a big liver, and, you know, he has two reasons to have that, one is heart failure and two is he's got some fatty infiltration which goes along with both obesity as well as with, you know, if a person has chronic alcoholism or diabetes you can also see that, but obesity, you tend to have a big liver.

BY MR. TOOMEY:

**Q. Did you actually make a finding at any time as to the cause of the weight of this liver?**

A. Not really. I mean, he has a history of chronic alcoholism, he has hepatic fibrosis, but that isn't what caused the increased weight. I think the increased weight -- I didn't make a finding in my autopsy report, but if you ask me now my opinion is probably it's a combination of his obesity and also his heart failure.

**Q. Did the size of the liver in any way impact your ultimate determination as to the cause of death?**

A. No.

**Q. Were there any findings regarding the liver at all that had any impact on the cause of death in this case?**

A. No.

**Q. The endocrine system according to this appears to be normal, right?**

A. Yes.

**Q. All right. What, if anything, is important to you in performing this autopsy or making your opinions with regards to your findings in the digestive system?**

A. There's nothing in the digestive system other than he had some patchy areas of hemorrhage in his GI -- all along his GI tract, and that's a common finding in someone that's been in shock or low blood pressure or has been resuscitated from a cardiac arrest, is because during that period of time the intestine and also all of the other organs are not getting any oxygen, so it causes damage. And then when you reestablish blood flow then these areas can get hemorrhaging.

**Q. Anything remarkable in your findings in the urinary system?**

A. No.

**Q. How about the reticuloendothelial system?**

A. He had splenomegaly, which is an enlarged spleen. It's 520 grams. I mean, that's a common finding with someone with congestive heart failure.

**Q. Is it also a common finding with someone with a large liver?**

A. Yeah, because they're -- it's -- they're sort of in the same -- how do I want to put this? I've never had to explain this before. The blood flows back to the right side of the heart and when the right side of the heart is failing that blood isn't pushed back very well and so it starts to sort of build up in the liver, and the spleen is further downstream so it's -- you know, the liver gets big and then the spleen gets big. It just part of the same flow. So I mean, the spleen can get big for other reasons, but when the liver is big and the spleen is big it's almost always due to congestive heart failure.

**Q. Is that what your opinion was regarding this spleen in this case?**

A. Yes.

**Q. Is there anything important regarding musculoskeletal system, the neck or the central nervous system?**

A. Not grossly, no.

**Q. All right. Specific to the brain, were there any findings that impacted your ultimate opinion in any way?**

A. Well, I mean, my opinion includes the fact that he has hypoxic encephalopathy, which means his brain was damaged by a lack of oxygen during his cardiac arrest. And so that was not only confirmed clinically by the physicians, but it was also -- when we did a microscopic exam I looked in the areas that get damaged by a lack of blood flow, and he did have damage in his brain called -- the area is called Ammon's horn. If you look at my microscopic examination, there are histologic changes consistent with ischemia or lack of blood flow to the brain.

**Q. And that occurred at some time during an MI?**

A. It occurred, not due to an MI, it occurred when he basically arrested, his heart stopped pumping, and an MI, or myocardia infarct implies that there was death to the cardiac muscle. That didn't happen here. He was in congestive heart failure, and then during treatment he developed asystole which is basically an electrical disturbance.

So -- and when that happens the heart doesn't pump, so the heart's not pumping blood to the brain anymore, and by the time they restored the pump, the

brain had gone without oxygen for too long.

**Q. When did this cardiac arrest occur?**

A. I think it happened on more than one occasion, but it first happened when he got to -- as far as I know, the first time was when he got to the emergency room and they noticed he was in atrial fibrillation, which is an abnormal cardiac rhythm which he had a history of that, and so they gave him a drug to try to slow his heart down. It was beating too fast because of that, and when they, you know, when they gave him the drug, the -- you know, I'm not saying the drug did it, but right at -- soon after they gave the drug he went into asystole, so his heart just stopped having electrical impulses to it.

And so he was resuscitated, and then according to my review of the records he went into asystole two more times, which he was resuscitated from, and then after that he never regained consciousness.

**Q. So you haven't seen any documents or had any evidence or had any phone calls that show that Mr. Christie had a heart attack while he was in the jail; is that right?**

A. That's correct.

**Q. All right. Do you remember reviewing the hospital records in this case?**

A. Yes.

**Q. Do you remember the events around the first cardiac arrest while in the hospital?**

A. Well, like I said, I don't -- during the first cardiac arrest I said they -- I just know that they gave him some medication called Cardizem for his -- to treat his atrial fibrillation, which was causing a rapid ventricular response. So he got that drug, but other than that, that's all I recall.

**Q. Do you recall that there were notations in those records that the cardiac arrest followed either the decrease or complete cutoff of IV epinephrine?**

**MR. HAWAL:** Objection, form.

**THE WITNESS:** Well, yeah, I mean, the epinephrine was keeping him going. I mean, he arrested and they gave him epinephrine and his heartbeat started up. You can't stay on epinephrine forever so they tried to get him off it. And when they just decreased it or tried to discontinue it he went into asystole again, so --

BY MR. TOOMEY:

**Q. Do you remember that that was within a couple of hours after he arrived at the hospital? Do you remember?**

A. I don't remember the timing of it.

**Q. Okay. What were your ultimate findings regarding the cause of death in this case?**

A. Well, my cause of death opinion was he died of his hypoxic encephalopathy following resuscitation for cardiac arrest due to cardiogenic shock with congestive heart failure due to physiologic stress following restraint and noxious effects of Oleoresin Capsicum.

I also believed that -- or my opinion was that he also had other significant conditions that contributed to his death and that included his hypertensive heart disease which we talked about, his cardiomegaly, and mania with psychotic features, and that's his psychiatric illness that -- I guess that was the best diagnosis I could come up with for that.

**Q. Okay. He had a heart attack and died of hypoxia; is that your finding?**

A. Yeah. He had a heart attack which he got resuscitated from but too late. His brain was dead. So, you know, it was -- you know, even if they kept his heart going forever he was never going to wake up, so he died of hypoxic encephalopathy, and it was due to the stoppage of the heart. And the stoppage of the heart was in the -- came in the sequence of events in that he came in hypotensive from cardiogenic shock, meaning his left -- his left ventricle was failing, and that's why

he was complaining of his shortness of breath because his lungs were filling up with fluid.

And then -- of course then the underlying -- the underlying cause of death is the stress that was placed on him that caused his heart -- meaning he has a diseased heart, and when this additional stress of having been sprayed with Oleoresin Capsicum, which is pepper spray, and also being restrained, which is also a physiological stressor, those two things combined with his heart disease caused him to go into failure which eventually led to his cardiac arrest.

**Q. Have you ever previously placed a cause of death as the use of pepper spray?**

A. No.

**MR. SHEARMAN:** Object to form.

BY MR. TOOMEY:

**Q. You never have?**

A. No.

**Q. Why did you place it in this case?**

A. Because it was part of the overall -- I mean, I've just never had a case where -- I mean, it was my opinion that whenever a stressor, you know, had a Taser been used Taser would have been on there, you know, instead of pepper spray if a Taser had been used. If a nightstick had been used, a nightstick would have been

on there, you know. Even though the nightstick just caused bruises, that's a stressor.

So anything that's painful is a stressor, so in this case I had to use the history of that he was restrained and being sprayed with pepper spray and then he developed shortness of breath, which was, you know, thought to be the cause of his -- the irritant was causing his shortness of breath, but actually it may have been part of it, but it also -- his shortness of breath continued and continued because his heart was failing and his lungs were filling up with fluid. So I can't ignore the historical fact that he was not having these problems until he was restrained and sprayed with pepper spray.

**Q. Are you aware of his behavior in the jail?**

A. Yes.

**Q. You're aware that there were reports that over the course of a couple of days he was screaming, yelling, banging on things --**

A. Yes.

**Q. -- carrying on? You're aware of all of that, correct?**

A. Yes.

**Q. Why isn't that part of your cause of death?**

A. It is. It's in the condition -- it's in the

contributing conditions. Now, by law -- by rule, biostatistics -- death certificates are a biostatistics document by the way. You're only allowed to put one thing, one chain of events on the cause of death statement, but you can put as many things as you want as contributing. I can put 100 things if I could fit them on there.

So this is a case where I think if you remove any of these things he survives or he very well would not have died that day because I think it took all those things. He had to be -- you know, the banging and the -- that's why I did put mania with psychotic features because that was stressing him because he was paranoid.

I mean, that probably caused stress on his heart. He has a diseased heart so I put that as contributing, but I can only put one thing as the cause of death statement. So even if I had decided, you know, let's just put the hypertensive heart disease as the cause of death, I would have put the other stuff, the pepper spray contributing, you know. It would still be ruled the same manner, it's just that I felt that the best way to word this would be to sort of show the acute change in him, caused -- that was initiated by the restraint and the pepper spray.

So, yeah, he's got mental illness and that's

probably why he's in the jail. I mean, he's out walking around, you know, and gets arrested because he's probably doing things out in public that he shouldn't be doing and he gets arrested, but that's -- he's paranoid in the jail. He thinks, you know, that -- a nurse had described that he was cowering in his cell, so he was not being cooperative. I don't know why, but it's probably due to his mental illness. And then what happens is, you know, he's not having shortness of breath issues yet. It's not until the morning that he goes to the hospital in which they put him in the restraint chair because of his behavior, and then he's sprayed with pepper spray, which, you know, over time he starts getting short of breath. And then eventually someone at the hospital decides he needs to go to the hospital. And so that's why I decided to word it this way.

I certainly have signed other cases like this in which the bottom line is restraint and something else. I've used, you know, electrical conductive devices which is a Taser, I've used, you know, people who have been hit with nightsticks by police that caused nothing more than bruises. So I have used this wording on other deaths, and I even have used wording like this, physiologic stress for instance when a police officer

has died while trying to restrain a suspect who's fighting the police officer, where the police officer has no injuries except maybe a bruise or a scrape but he's got a bad heart, so I have used this sort of reasoning before. It's just I've never had a case in which pepper spray was in the mix.

**Q. So if I'm getting you, the pepper spray was used at a time that you found pertinent to the cause of death?**

**MR. HAWAL:** Objection, form.

BY MR. TOOMEY:

**Q. Is that right? Do I have at least that part of it right?**

A. Right. The timing -- it's the timing.

**Q. Okay.**

A. If he was pepper sprayed two days or a day earlier or hours earlier, and he was fine, walked away and never had any problems I would -- but this is an unbroken chain of events. He's put in a restraint chair; he's sprayed. While he's still restrained he develops shortness of breath. There's no break in the chain of events that are occurring. So it's my opinion that that at least had to sort of push his -- I mean he's a vulnerable person because of his heart disease and because of his mental illness, and so that's why you

don't see this very often. Those people who get pepper sprayed don't die, but in this case -- I mean, it could have been just one pepper spray, if it started the chain of events I would have put it as part of the opinion, and I just don't see any other way around it, you know. I can't ignore it.

**Q. How many hours earlier in time would this pepper spray incident have to be before you would remove it from other significant conditions on this report?**

**MR. HAWAL:** Objection, form, foundation.

**THE WITNESS:** I don't know if it would be time. It would have to be what happened in between. For instance, if he was pepper sprayed an hour before and -- or even minutes and he just, you know, walked back to his cell and was talking to the inmates, you know, hey, I got pepper sprayed, it was nothing. If he was just sitting there talking and then all of a sudden collapsed I probably would not have put that on there because the stress period is over. It's the stress that's on him that this is causing. It's not the pepper spray being a direct toxin to him. It's the stress that it's putting on his heart, so it's not really the timing as much as it is -- I couldn't give you an exact time. I think it would be trying to

build, like I did in this case, a timeline to see the sequence of events, and, you know, did this -- did this occur in a chain that, you know, he started here in the pepper spray and all of a sudden he went downhill, and I think that's what happened here.

BY MR. TOOMEY:

**Q. How did the pepper spray stress him?**

A. It's an irritant; it's painful. It's just like -- it could be anything from fear, it could be just the noxious, from inhaling it, and I'm not saying it's just that. It's also being restrained and being -- you know, and having mental illness.

All of these things impacted on his stress levels. When you're stressed your stress hormone which is generally your adrenaline or norepinephrine and your cortisol levels go up. And those are cardiac irritants; they cause dysrhythmias or cardiac rhythm disturbances.

And so when he gets stressed by being sprayed by an irritant and he's also restrained that causes his stress hormones to go up which basically cause his heart to speed up, and his heart wasn't healthy enough to speed up, and it caused him to go into failure.

So that's the -- probably the mechanism of how this occurred.

**Q. Is the stress the same at least pertinent to this report, is the stress the same from his behavior?**

**MR. HAWAL:** Objection, form, foundation.

**THE WITNESS:** Well, I mean, his behavior was going on for a couple of days and he wasn't short of breath yet, so, I mean, he wasn't having health problems until he was restrained and sprayed, so his underlying stress probably made it -- his underlying mental illness probably made it only a little bit worse only because, A, he's already paranoid from his mental illness, so anything that's done to him is probably magnified in terms of fear, and on -- in addition to that, you know, his mental illness got him into this predicament in the first place probably, you know, the aberrant behavior got him, you know, restrained and pepper sprayed.

BY MR. TOOMEY:

**Q. Was there a psychological autopsy done on this body --**

A. No.

**Q. -- on this person?**

A. No.

**Q. When you talk about his mental illness and psychosis in this report, where did you get that**

**information from?**

A. I couldn't. I couldn't find any information, so -- but I know he had a mental illness. I mean, his wife said he was depressed, but this isn't a depressed type, so actually if you look through my phone notes, I have a colleague that I used to use in Cincinnati who -- I sort of researched as much as I could then I called him up, and I have the phone note in the copies and stuff you got. I called him and asked him if I was off base in thinking that this guy was either bipolar, that he was in his manic phase. Because, you know, even though I'm a physician, I took psychiatry in medical school, I'm not an expert so I thought I -- you know, I know enough to sort of get myself in the right ballpark. And then what I did is I called up -- his name is Dr. John Kennedy, and I just called him up and I laid out the circumstances to him as to what happened. And I, you know, I'm in the position of having to fill out a death certificate. I don't get to interview this man while he's alive, and neither did John Kennedy, but based on what we knew at the time, John Kennedy said he probably was bipolar. When the doctor put him on his Lexapro for depression it covered up his depression part -- you know, bipolar is where you have manic phases and depressive phases.

When they gave him the Lexapro for depression -- he probably went -- when he went to see the doctor he was depressed at that time. They gave him Lexapro and that probably then uncovered the mania, because it suppressed the depression and then he became manic, and that's why he was behaving the way he was behaving.

I didn't know. I mean in some aspects he's acting schizophrenic where he thinks people -- there was history that he thought people were poisoning his medications. He apparently -- I was told that he went to a hotel somewhere and defecated in the room. I mean, that's not normal behavior.

His wife told me that he normally doesn't do that. So something was going on mentally with him even before he got to the jail.

So, you know, all I had, I just wanted to give a name to his mental illness and that's why I called John Kennedy to help me put the wording together.

**Q. So let's see if we got that right. You took some -- you obtained some information and reports from Mrs. Christie?**

A. And from the sheriff's office.

**Q. And reports from the sheriff's office?**

A. Yes.

**Q. And from that you asked a psychiatrist or a**

**psychologist friend of yours to make a diagnosis; is that right?**

**MR. HAWAL:** Objection, form.

**THE WITNESS:** Yes. You can read what I told the -- in my notes, but I mean, you make it sound that it's very stretchy, but, you know -- that's what we do in forensic pathology, we collect information from wherever we can get it, and we decide whether it's plausible or not.

BY MR. TOOMEY:

**Q. Okay. I understand that, Doctor.**

A. So, you know, I'm not saying that I'm 100 percent sure I'm right about this because like you said I might get more information and if I -- if John Kennedy actually got to interview this man he may have had a different opinion, but we're working with our hands tied, at least one hand tied behind our back because he's dead and we have no way of interviewing him to flesh out his diagnosis. So we have to go by what people tell us, and my -- just from my experience of seeing things like this, because I see this a lot where there's confrontations with police from crazy people, and three things that do it, bipolar, schizophrenia and drugs. So, you know, I have a drug screen which showed he didn't have anything like cocaine or something that

would be causing psychosis.

Schizophrenia is a possibility because that can cause -- that can cause people to behave paranoid and have -- think that people are poisoning your pills, but bipolar -- bipolar can also have -- you know, there's probably some overlap between bipolar and schizophrenia. There's no clean cuts between some of these diseases, but the fact that he was diagnosed with depression at one time means that either he's a schizophrenic with depression or he's bipolar that just hasn't shown his manic side until the time that he, you know, got into trouble.

**Q. Did you review any of the records of treatment prior to the time he was in the jail in coming to this opinion that he was manic, psychotic, schizophrenic or bipolar?**

A. No, I've never seen any records where someone made that diagnosis. All I have was that he was diagnosed several, like two or three years earlier with depression.

**Q. With depression?**

A. Yes.

**Q. And from that and with the conversation in which you explained some symptoms to a psychologist friend, you came upon the opinion -- enough of an**

**opinion to include in this autopsy report a cause of death, mania with psychotic features?**

A. Yes.

**MR. HAWAL:** Objection, form.

BY MR. TOOMEY:

**Q. Can you tell me why?**

A. Because we thought it was more likely than not that this was bipolar, and that he was in the manic phase. That's why I said mania. That's part of bipolar. So he had a mania with psychotic features. The paranoia is a psychotic feature.

All this is is just sort of wordsmithing to get this rammed into the right coding on the death certificate because this gets coded by the CDC and whoever. So it's basically trying to give wording to something that some person sitting in Tallahassee or another person sitting in Atlanta, Georgia says, okay, we give this code such and such because -- but, you know, if I'm wrong it's because he's got schizophrenia instead.

Like I said, I'm not just saying it's probable that's what it is. John Kennedy said it's probable what it is. Neither of us are 100 percent certain. We just think it's more than 50 percent likely that that's what it is, and that's all it needs to be to be on a death

certificate.

**Q. Well, what do you mean when you say this is only included to fit some kind of coding in Tallahassee?**

A. Well, I could put mental illness, not otherwise specified, I could have done that. I mean, but I know more than that. I know that he was acting psychotic, and I know that he was giving his money away. He was giving stuff away according to his wife. Now, she could be lying to me. Does it hurt -- you know, if I learn new information I can always change it, but I don't think I'm going to learn any new information that's going to make me change it.

I'm just -- I'm just trying to give the best approximation based on the information I got. If I didn't have that much information I wouldn't have put it on there. I would have, you know, left it off, you know, if he didn't act that way, but I do have that history and I can't ignore it.

I have -- I think it played a role in his outcome of dying, and I just, you know, decided that this guy -- like I said, I called John Kennedy and he's the guy by the way that did do psychiatric or psychological autopsies for us.

**Q. Why didn't you ask him to do one in this case?**

A. I don't know if the taxpayers of Lee County

would have paid for it, but it didn't matter. What would it have changed?

**Q. Well, I don't know.**

A. All I'm saying is -- what I'm saying is if he did a psychologic autopsy he can't interview the guy, he can look at the same records as I did, so I just told him over the phone the records that I saw.

Now, obviously if you wanted more than the wife -- people would have to agree to talk to him if he wanted to explore more, you know. So it would have taken more than just me shipping him some paperwork. It would have taken him, you know, interviewing people that may or may not have cooperated, and it wouldn't have really -- I mean, if John called me up and said, gee, I interviewed x amount of people and now I change my opinion to schizophrenia, it doesn't really change the overall flavor of the case. It's still a death due to a guy with a bad heart who got pepper sprayed who's got a mental illness. So that. I mean, I debated to just put mental illness.

**Q. I'm sorry?**

A. I debated to use that term, mental illness, on the -- instead of mania, just put mental illness, I don't think anybody would disagree with me that he had mental illness; but I think I can offer more because I'm

a physician. I recognize that this guy had psychoses, he was paranoid.

I mean, the fact that he thinks -- I mean, that's a common, a very common feature of people who are paranoid is they think they're being poisoned. He threw away his -- according to the information, the guy threw away his digoxin because he thought his pills were being poisoned.

**Q. Who made the diagnosis of psychosis and mania?**

A. I did with the help of -- I ran it past Dr. Kennedy who I knew is a board certified forensic psychiatrist to see if I was off base and he didn't think I was.

**Q. And you simply spoke to Dr. Kennedy?**

A. Yes. He works in Cincinnati.

**Q. Dr. Kennedy didn't review any records for you, did he?**

A. No.

**Q. Was this all conducted by telephone or did you --**

A. It was all by telephone.

**Q. -- exchange e-mails or letters?**

A. Just telephone.

**Q. Okay. I'm going to ask you this question again, Doctor, is there anything about this report you**

**want to change?**

A. No.

**Q. Is there anything else you want to explain about this report?**

A. No.

**MR. TOOMEY:** I don't have any more questions.

**MR. GIUFFREDA:** I have a few.

CROSS-EXAMINATION

BY MR. GIUFFREDA:

**Q. Doctor, first my name is Richard Giuffreda. I'm an attorney. I represent the Lee County defendants with the exception of Timothy Eldridge who is represented by Mr. Shearman down here at the end of the table.**

**Do you need to take a break or anything?**

A. No.

**Q. You're fine. Okay. You probably want to get this over with, right?**

A. No, no.

**Q. The bipolar issue, was that diagnosis within a reasonable degree of medical probability or certainty?**

A. Probability.

**Q. Probability. And that was based upon your conversation with Dr. Kennedy?**

A. Well, it's -- I had formulated a theory first.

Only because I knew that -- I first thought this might be schizophrenia, but I thought, well, maybe, because he was depressed, it could be bipolar. And I know from other cases of police officers encountering crazy -- or I don't know if that's a good word to use, but mentally ill people on the street, that if it's not drugs, it's usually either they're in their manic phase of their bipolar or they're schizophrenic. Those are the two main things that cause people to think they're some like Jesus Christ and they're out walking around the street naked, you know, those two things. The manic phase of bipolar and schizophrenia, so those are the two things that I considered.

I called Dr. Kennedy to sort of talk to him. I summarized it in my -- and he said he would use a diagnosis of bipolar disorder with psychotic features. I just used the manic part of it. So -- but that's just what he thought based on what I told him.

**Q. Okay. And I'm going to cover a little bit where some of that history came from, but just to understand it a little bit better, the bipolar disorder with the manic component, that can lead to stress in a person, having that condition --**

**MR. HAWAL:** Objection --

BY MR. GIUFFREDA:

**Q. -- being paranoid?**

**MR. HAWAL:** -- form, foundation.

**THE WITNESS:** Yes. I mean, I'm sure it raises -- during the manic phase it can raise your stress hormones. Some people believe -- I don't know if you've ever heard the word -- it's a common -- I'm trying to think of the name of the term, excited delirium. There's a term called excited delirium that is sort of a trash can term that they use for people that go off on the police, just act bizarre and attack police officers and then during the struggle they die.

BY MR. GIUFFREDA:

**Q. Associated more with Taser cases?**

A. Yes, it's often associated with Taser and restraint.

**Q. Right?**

A. They're tied up. When that happens they're almost always on drugs, but when they're not it's schizophrenia or bipolar, so there's something to it, that when you have a mental illness it stresses your heart.

Now, obviously the encounter with the police where they're wrestling and Tasering you stresses the heart too, and a lot of times these people have heart,

almost always they have heart disease too. They all always sort of have all three things going together, so I can't say with 100 percent certainty that his mental illness stressed his heart. I mean, he had the mental illness before he went to jail, and obviously he was walking around.

But if he's paranoid and he's then being pepper sprayed, I would, you know, think that that can't help. It has to -- it has to help -- or not help, it probably accentuates the stress.

**Q. All right. Well, as far as you know Mr. Christie though had never previously been diagnosed with this mental condition prior to the autopsy findings?**

A. No. I'm the first psychiatrist he went to since having these symptoms.

**Q. Okay. Now, if a person does have bipolar disorder do you know whether that can cause an increase in catecholamines, epinephrine, norepinephrine?**

A. I think during an acute phase or an acute -- I don't know that for certain. I should say no. I don't know that for certain.

**Q. If someone has a condition that increases, you know, norepinephrine or adrenaline, is that something that can impact the function of the heart?**

A. Absolutely.

**Q. In what way, good or bad?**

A. Well, it speeds it up for one. It does two things. It makes the heart more likely to develop electrical disturbances like fibrillation, but it also speeds up the heart. It's the mechanism why when you get -- your heart races when you're afraid of something. It's your body getting ready to run, you know, to increase blood flow to your organs. It's --

**Q. Fight or flight?**

A. Fight or flight. It's an adaptive thing to allow you to respond to stress.

**Q. Would you say that most of the history upon which you relied on your own opinion -- or base your own opinion on and including the assistance you obtained from Dr. Kennedy came from Mrs. Christie?**

**MR. HAWAL:** Objection, foundation.

**THE WITNESS:** Well, some of it was from her. I mean, but I also got information from the sheriff's department. For instance there was a note in here, for instance, that some people looked at him and thought he was nutty as a loon, and other people looked at him and thought he was sane as could be. I mean, it depended on who -- when it was and who was observing him, but there was -- and

I don't recall who told me -- I don't recall who told me his -- he thought his pills were poisoned and that he threw them out. I don't know where I got that information. I mean, I think that's a big -- that's, you know, a very significant part of this story, you know, the fact that he thought that his pills were being poisoned.

BY MR. GIUFFREDA:

**Q. You have some notes I believe in the record where you documented a conversation with Mrs. Christie; is that correct?**

A. Yes, I do.

**Q. Do you have that in front of you?**

A. I'll get it.

**Q. I can't recall if it's more than one or not.**

A. I just have one here I think.

**Q. Could you read that to yourself quickly?**

A. Sure. I returned a call to decedent's wife.

**Q. Well -- if you want to read it out loud, that's fine.**

A. Okay. I thought you meant -- I won't. I'll read it through. I don't want to read it out loud if I don't have to. Okay.

**Q. Is there anything that Mrs. Christie told you that's reflected in that note that was relied upon in**

**forming your postmortem psychiatric opinion including your reliance on Dr. Kennedy's contribution?**

A. Well, I mean, I used this information that she gave me, so, yes, that's -- what she gave me is very important because I now see that she also told me that he thought his medications were being poisoned. Then I took this information and told this to Dr. Kennedy.

**Q. All right. And could you tell me the key things that Mrs. Christie told you as reflected in that note that you relayed to Dr. Kennedy?**

A. I probably told him everything that was in here, that he was hyperactive, could not sleep, giving away money to people; that's a common symptom. I remember from medical school one of the things that manic people, bipolar, is they go on spending sprees, they run up their credit cards beyond control, I mean, they just go crazy with their credit cards, they spend money and they give -- they just do things that they normally wouldn't do, so he was doing that.

She said he talked rapidly, talked a lot. She was told by the hotel people I guess that he had defecated on the floor of his hotel room, which I'm not sure why that is, but she again was told that people -- she thought that -- or he thought that people were poisoning his prescriptions. She told me he visited his

brother and told him be careful, folks were going to poison your medications. I could never actually confirm that because I never could really find the brother.

And she called down here and tried to have him Baker Acted, being Baker Acted means someone thinks you're mentally ill, so she thought he was mentally ill and was trying to have him committed.

**Q. Now, the call you had to Dr. Kennedy is not documented anywhere --**

A. Yes.

**Q. It wasn't recorded?**

A. Yes. Well, it's just my notes that I typed, and so it's in your copies that you got of all my -- it's sitting here.

**Q. Does that document reflect which factual information Dr. Kennedy relied upon specifically that you relayed to him?**

A. I didn't put in my note exactly what I told him. I would have -- at least -- I talked to Mrs. Christie on April 2nd -- April 2nd, 2009, and I talked to John Kennedy on April 7th, 2009. So I know that I had the information from Mrs. Christie.

So I probably just sat there with that note and told him some of the symptoms, and told him that -- now that I'm reading my note I kind of recall. I said

it sounded to me he was acting manic, in a bipolar situation but he had paranoia, and I didn't know paranoia could be a part of that.

**Q. And he said in the manic phase?**

A. Yes. He said it could be. So he said -- because I said does this make it schizophrenia, and he said no. So I think I can say that he was acting manic. Now, whether he was really bipolar or not I don't know, but he was acting manic and he was acting psychotic. He was acting paranoid which is a psychotic feature. So that's why I came to that opinion, and Dr. Kennedy didn't, you know, he thought it was bipolar.

**Q. All right. One last question on this subject and I'm going to move to a different subject. Is there anything in the record that reflects whether Dr. Kennedy gave more weight or less weight to different facts as you reported them to him?**

A. No.

**Q. No. Okay. The atherosclerosis, that's the most common form of arteriosclerosis; is that accurate?**

A. Yes.

**Q. In layman's terms that's hardening of the arteries?**

A. It's basically -- it's a combination of lipids, cholesterol and fats and then they become

calcified and it gets inside the walls of the blood vessel.

**Q. All right. And although that wasn't a contributing cause in your opinion to the cause of death, it was something, a finding that confirmed your opinion that he had heart disease?**

A. Yes.

**MR. HAWAL:** Objection.

**THE WITNESS:** Well, it's -- it just means that the things that cause, for instance, hypertensive heart disease also cause atherosclerosis so whatever it is, his diet, cigarette smoking, there's several risk factors, hereditary factors all played a role probably or some played a role in causing both things.

BY MR. TOOMEY:

**Q. Is there anything about your autopsy that either confirmed or dispelled the notion that Mr. Christie may have had COPD?**

A. Well, COPD is a clinical term, and the only -- the only thing that I can see generally at autopsy is emphysema. There are other forms of COPD caused by chronic bronchitis or asthma, but if they're not currently having an asthma attack I don't see evidence of asthma. And if I don't see -- and chronic bronchitis

is a functional problem; it's not an anatomic problem, so I can't diagnosis chronic bronchitis generally from an autopsy. But emphysema, which is part of CO -- can be the cause of COPD. COPD is just sort of a wastebasket term for a bunch of lung diseases. The only one I can really pick out oftentimes is emphysema, and I didn't see any evidence of emphysema.

**Q. All right. Now, back to -- if I could cover a few questions with you about the chain of events, the stressors on the heart --**

A. Okay.

**Q. -- and your understanding of exactly when in time Mr. Christie developed shortness of breath, which I recall your testimony was that it may have been caused in part by the effects of pepper spray, but also would have been due to the fact that his lungs were filling with fluid as a result of the heart failure.**

**MR. HAWAL:** Objection, misstates his testimony.

BY MR. GIUFFREDA:

**Q. Is that correct?**

A. Yes. I think his continuing shortness of breath despite having been cleaned off -- the pepper spray was cleaned off and his shortness of breath didn't get better. That may -- some of his shortness of breath

may have been due to the irritant effect on his respiratory system, but I think after that it's probably because his left heart is failing and his lungs are becoming filled with fluid so he's not getting good oxygen exchange.

**Q. All right. Now, in this case the lungs weighed significantly more than an average man's lungs would weigh?**

A. Yes, but you have to also remember I did this autopsy two days after he -- I mean he lived in the hospital, so, you know, I have to go by the clinical on what happened the day that he died because his lungs could have increased weight, decreased weight. I don't know what they did from the time he got short of breath until the time I did the autopsy or the time that he died.

**Q. All right. Now, the -- do you have an opinion within a reasonable degree of medical certainty whether the application of pepper spray on the days preceding the day that he was placed in the chair and pepper sprayed contributed to the heart failure?**

**MR. HAWAL:** Objection, form.

**THE WITNESS:** If he didn't have any symptoms, and I'm not aware of him having symptoms, I would say no. I can't say that he was pepper sprayed

enough or -- it just at that point did not cause
him to go into failure.

BY MR. GIUFFREDA:

**Q. So what are the symptoms that you understand factually of heart failure that in your mind are temporally connected to the use of pepper spray? Is it the chair, the use of it in the chair?**

A. Yes.

**Q. So within a reasonable degree of medical probability that's the contributing factor causal connection, the placement in the chair and the use of the pepper spray in the chair?**

A. Right. It's a combination of the two. I can't separate the two.

**Q. And that's because he developed shortness of breath, change in color, those types of things?**

A. While he was --

**Q. In the chair?**

A. -- in the chair.

**Q. But you do not have an opinion within a reasonable degree of medical probability that if he was pepper sprayed two days before that or the day before that that that could have contributed to the cause of death which is a heart attack?**

A. That's correct.

**Q. What if he was pepper sprayed about an hour before he was put in the chair, do you have an opinion within a reasonable degree of medical certainty whether that particular use of pepper spray contributed to the cause of death?**

A. I would not be able to form an opinion unless someone told me that after he was sprayed he started developing symptoms.

**Q. Okay. Mr. Christie's heart was over two times the normal size, correct?**

A. That's correct.

**Q. In that sense he could have had a heart attack at any time?**

A. Yes.

**MR. HAWAL:** Objection, form.

**THE WITNESS:** He's at risk for sudden death any time.

BY MR. GIUFFREDA:

**Q. And certainly stress does not help his situation, correct?**

A. No.

**Q. Stress any of type?**

A. Any stress.

**Q. If Mr. Christie had decided to, you know, climb all the stairs in the Washington Monument that**

**day, could that have killed him in your opinion?**

A. Yes.

**MR. HAWAL:** Objection.

BY MR. GIUFFREDA:

**Q. The medications that Mr. Christie was taking, to your understanding, do you have an understanding of whether he stopped taking those medications, and if so, when?**

A. Well, I don't know when he -- whenever he stated -- I believe that he probably quit taking them whenever he thought they were being poisoned, but I don't know exactly when that was. I do know that the drug that he thought was being poisoned was digoxin which is a drug to treat both atrial fibrillation and it also treats congestive heart failure, that when he went to the hospital they found -- they found some still in his system, but it was below the therapeutic level, so it was still hanging around, and I don't know how long digoxin lasts, but it really doesn't matter because I don't know how high it would have been when he quit taking it, so --

**Q. So you don't know what his therapeutic level was?**

A. No, I don't know what his level was on the day he quit taking it, and then apparently he quit taking it

according to the history I got, but there was still some in his system when he went to the hospital.

**Q. Could what apparently was perhaps an irrational reason to stop taking his medication, nevertheless, is the fact that he stopped taking that particular medication a contributing cause to the heart attack?**

**MR. HAWAL:** Objection.

**THE WITNESS:** I don't know.

BY MR. GIUFFREDA:

**Q. The spit mask, you had an employee of the sheriff's office try one on for you, correct?**

A. Actually I had one brought here.

**Q. Okay.**

A. My investigator Sam Johnson -- I used to have it hanging in my office. I think I got rid of it, but I had it brought here just to see what it was like, and -- because, you know, it was described to me, and they did take a picture of somebody with it on, but I really wanted to see what it was -- hold it in my hands.

**Q. Okay. For some reason I was under the impression you were present when the photograph was taken of the deputy wearing the spit mask?**

A. No.

**Q. You were not. Okay. So you saw the picture**

**of a deputy wearing the spit mask and you had one physically to touch?**

A. Yes.

**Q. Did you try it on?**

A. Yes.

**Q. Did you do that to see if you could breathe through it?**

A. Yes. I just wanted to see what it was like.

**Q. The restraint chair, did you personally observe a restraint chair?**

A. No. I think I have pictures but I did not go to the scene to look at it. I've seen pictures.

**Q. And have you yourself ever been pepper sprayed?**

A. Not directly. I've been at a place where people got pepper sprayed and I was downwind, so I got a little bit of it, but that's my only experience with it.

**Q. Where was that?**

A. I was -- actually it was at the beach. It was on Easter day. It was on a beach. I was visiting relatives and there was big concert and two of the people at the concert got in a big fight and the police came in and I was -- I had a video camera and was videotaping the events and when the fight occurred the police came in and pepper sprayed and I was close enough

that I got some of it come -- go in my direction.

**Q. Okay. Was there anything about the spit hood or mask in and of itself that you believe contributed to the cardiac arrest, meaning the design of it?**

A. No.

**Q. Understanding that wearing one could be stressful to some people?**

A. Well, sure. I mean, anything --

**Q. Okay. I understand.**

A. If someone is claustrophobic it would be stressful.

**Q. Sure. But right now, these questions, I'm focusing on the physical design of the device, if we will.**

**Anything about the restraint chair that you believe either prevented breathing or restricted the ability to breathe, anything like that?**

A. I did not see anything that raised my suspicion.

**Q. And I believe you testified that from your understanding most people don't die from the simple use of OC spray itself, correct?**

A. That's correct.

**Q. You don't find OC spray to be toxic or anything like that?**

A. No.

**Q. Did you ever interview any of the defendants in this case?**

A. No.

**Q. So you don't know what they knew, if anything, about Mr. Christie's medical history?**

**MR. HAWAL:** Objection.

**THE WITNESS:** I don't know what they knew other than what I've heard from, you know, the investigators.

BY MR. GIUFFREDA:

**Q. Okay. You said that the cause of death is essentially the heart attack which led to the hypoxic situation where his brain was deprived of oxygen for too long?**

A. Yes.

**Q. And that there were several contributing factors?**

A. Yes.

**Q. But due to some rules or procedural or form limitations the first contributing factor you listed was the restraint and the OC spray?**

**MR. HAWAL:** Objection to form and mischaracterizing and misstating the prior testimony of the witness.

BY MR. GIUFFREDA:

**Q. Have I misstated your testimony?**

A. Yes. I believe that that was the acute thing that caused the change in his condition. Meaning, I couldn't leave the other things off. I think he had to have all these things in order to die.

**Q. Okay. And that's what I was getting to. You had referred to this as this chain and all of these things had to exist. But in terms of ultimately if Mr. Christie did not have heart disease and had been pepper sprayed and restrained in a chair and had a spit mask on him, even as you understand it occurred, do you think he would have died absent the heart disease?**

A. Highly unlikely.

**Q. So in terms of the significance of each of the pieces of that chain, isn't it a fact that he had severe heart disease, that is the primary reason he died?**

**MR. HAWAL:** Objection, form, foundation.

**THE WITNESS:** That's one of the things. I mean, he was at risk for sudden death with that disease with any stressor, and so, yes, if he did not -- I would say that that was the most significant underlying condition that he had.

You know, if he did not have that, just restating what I said before, if he didn't have it

he probably would have survived.

BY MR. GIUFFREDA:

**Q. Now, if you could, Doctor, understanding his heart disease as you found it on autopsy including, you know, all of the slides you examined, your physical examination of the heart itself, its size, its weight, the structure of the heart, the dilation issues that you testified here today. Hypothetically, if Mr. Christie had been allowed, in other words, if the officers did nothing, if Mr. Christie had been allowed to simply yell and scream and hyperventilate and shake and bang his bars and pace back and forth for two or three days nonstop, can you give an opinion within a reasonable a degree of medical probability that he could have still had a heart attack?**

**MR. HAWAL:** Objection, form, foundation.

**THE WITNESS:** Yes. He still could have had cardiac arrest.

BY MR. GIUFFREDA:

**Q. Or if they had Tased him instead of pepper spray him he could have had a heart attack?**

A. Yes.

**MR. GIUFFREDA:** I have no other questions.

CROSS-EXAMINATION

BY MR. SHEARMAN:

**Q. Doctor, I'll try not to repeat. My name is Bob Shearman and I do represent Mr. Eldridge. Am I correct in understanding, Doctor, that Mr. Christie's obesity, hypertension, his manic phase of his bipolar disease created this agitated state and setting where stress from whatever cause was likely to lead him to cardiac arrest?**

A. Yes.

**Q. And the trigger, the stress in this case happened to be historically, from your understanding, being placed in the restraint chair?**

A. Yes.

**Q. Happened to be being sprayed with OC spray?**

A. Yes.

**Q. It happened to be in a setting where he was a paranoid individual in encounters with law enforcement?**

A. Yes.

**Q. Doctor, I want you to assume that Mr. Christie had indeed stopped taking the medication which you had indicated would have addressed his congestive heart failure and A-fib, and I want you to assume that Mrs. Christie had been in a position to provide that to the folks at the jail prior to the time that Mr. Christie was taken from the jail. I want you to assume that he had taken that medication. Do you have**

**an opinion as to whether that would have decreased the likelihood that he would have died in this incident?**

**MR. HAWAL:** Objection, form, foundation.

**THE WITNESS:** I really don't know because, I mean, that treats the congestive heart failure and it slows down the heart rate too, but under the stress I'd imagine at some point the epinephrine or -- not the epinephrine, but your adrenaline and your cortisol levels would overcome. I mean, the heart disease is still there, you understand the digoxin isn't treating the heart disease. The digoxin is just treating the symptoms that if he didn't take it he might get short of breath on his own by his heart failing. So I really don't know. It would be speculation to say that if he had a full dose of digoxin whether it would help him or not.

BY MR. SHEARMAN:

**Q. Doctor, you indicated that you had actually tried on the spit mask. Did you have any difficulty breathing through it?**

A. No.

**Q. You indicated, Doctor, in response to a prior question that you linked Mr. Christie's death with the stress caused by the OC spray and the restraint chair**

**because in part Mr. Christie had been walking around with mental illness and his heart condition previously and had not died?**

A. And as far as I know was asymptomatic. No one was describing him as being excessively short of breath prior to, you know, his final episode.

**Q. Would you agree with me that that was simply because he hadn't been placed in a stressful situation which would trigger those items to result in the heart failure?**

**MR. HAWAL:** Objection.

**THE WITNESS:** I think that's a good assumption.

BY MR. SHEARMAN:

**Q. And in saying that the stress led to the heart failure, Doctor, you aren't giving an opinion as to whether the actions or the conduct of the corrections officers were appropriate or inappropriate, you're simply saying that whatever they did caused stress which triggered this individual with severe chronic heart disease to have heart failure?**

A. That's correct.

**Q. You were asked, Doctor, some questions about your conversation with Dr. Kennedy which led to the diagnosis of bipolar disease.**

A. Yes.

**Q. Have you ever reached a diagnosis of bipolar disease in a similar fashion prior to this?**

A. No. Almost always if I've used bipolar it's because the person was already carrying the diagnosis. I think this is -- you know, I've been doing this for 20 years. I can't think of another case where I've come up with the -- I'm the first one that came up with the diagnosis of a mental illness.

**Q. You had mentioned the term excited delirium previously, Doctor, and I believe you indicated that in situations in which you had encountered it previously it was associated with drug use; is that correct?**

A. Yes.

**Q. Are you also aware that it's frequently associated with chronic alcohol abuse?**

**MR. HAWAL:** Objection, foundation.

**THE WITNESS:** I don't recall that, per se. I mean, I can imagine someone mistaking -- like someone going through delirium tremens, which a person that's hallucinating might mistake that for schizophrenia or some other mental illness, but, you know, it's been a while since I read the literature on that, but I don't remember if alcohol, per se, causes a classic excited delirium.

BY MR. SHEARMAN:

**Q. Do you have any opinions, Doctor, as to whether excited delirium bears any relationship to Mr. Christie's death?**

**MR. HAWAL:** Objection, foundation.

**MR. SHEARMAN:** What foundation would I need?

**MR. HAWAL:** Well, first of all, I don't think you've established that this is an opinion that the doctor is qualified to express. He's indicated he's not read recently on the subject matter. You've not established that his opinions are to a reasonable degree of medical certainty or probability; there's -- those are my objections.

BY MR. SHEARMAN:

**Q. Okay. Let me start out with the answer to the question, Doctor, and then maybe we can address those objections.**

A. Okay. Well, first of all, I don't think this fits the definition of excited delirium although it comes close, I suppose, I guess spitting at an officer. I mean, excited delirium includes being aggressive. That's part of the definition towards usually law enforcement, you know, you became violent; it's violent behavior.

So I don't know if clanging the bars with your

cup or spitting on somebody falls into that category, however, I have never used excited delirium in my career. I will probably never use excited delirium in my career because when I do those cases I use what is causing the excited delirium as the cause of death.

If it's cocaine, it's cocaine; if it's bipolar it's bipolar. A lot of pathologists in this country use excited delirium and think it's -- I hate to say it but it's because they're lazy and they don't want to figure out why they're doing that.

So I try to get to the bottom of someone's actions and behavior if I can. So I generally will never use excited delirium anyway. So I have read the book called excited delirium written by Vincent deMayo and others, and, you know, so I'm aware of it, and I've consulted on cases where other people have used the term excited delirium, so I had to be aware of its usage, but I would not use this on here because even though there are some features of excited delirium here, excited delirium, like I said, I do know is caused by drugs, usually cocaine but it can also be caused by amphetamines and PCP or it can be caused by mental illness, generally schizophrenia or bipolar. But chronic alcoholism isn't one of those things that I had buried in my memory banks as something that caused it.

It may have been added to the list or I may have forgotten.

**Q. Doctor, to address counsel's objections, do you feel competent to address opinions regarding the relationship between excited delirium to this case?**

A. Yes.

**Q. Doctor, do you recall reading in any of the nursing records that Mr. Christie was taken to be showered and washed off after there was an accumulation of OC spray on him?**

A. Yes.

**Q. Do you remember that nurses noted that he appeared to be breathing better at that time?**

A. I believe so. I mean, I think they thought his breathing problem was due to the noxious effects of the spray.

**Q. Would the fact that after it was washed off, they looked at him and they thought he was breathing better, would that influence your opinions at all as to whether any of the prior OC sprayings had any contributing cause to his congestive heart failure ultimately?**

**MR. HAWAL:** Objection, foundation.

**THE WITNESS:** I don't really know. I mean, unless they actually record respiratory rates. I

mean, just looking at somebody subjectively it's hard to say, but even though they cleaned him I believe he was still restrained. So, like I say, I think it's still part of the continuing of the events of -- so I don't really -- to answer your question, I don't really know if he was breathing better. They thought he was, and I considered it, but I think the pepper spray that he got while he was sitting in that chair were the ones that -- the ones that stressed him the most.

BY MR. SHEARMAN:

**Q. I recognize, Doctor, that you weren't there at the time and so you've got to rely upon the notes and records created by the medical staff that did see him at the time; is that correct?**

A. Yes.

**Q. In reviewing those notes and records is there anything that you determined to be implausible, inaccurate, you just couldn't accept what was in there?**

A. No.

**Q. So if a nurse noted that he was breathing better, would you have any reason to discount or reject her determination that he was breathing better?**

A. No.

**Q. You might have answered this previously,**

**Doctor, and I apologize if I'm replowing this ground, but do I understand that you did not find anything toxic about the OC spray itself which led to Mr. Christie's death, instead it was the stress that you believe it induced in combination with other items given his compromised physical state that caused his death?**

**MR. HAWAL:** Objection, foundation.

**THE WITNESS:** That's correct. It's the stress that caused, not the actual -- it didn't have any like poisonous features.

BY MR. HAWAL:

**Q. That's what I was getting at, Doctor.**

A. It didn't work on him like if he was sprayed with cyanide gas or something.

**Q. And my example I was going to ask you, if I've been poisoned with arsonic you can determine that in the autopsy, correct?**

A. Yes.

**Q. And you determine it's toxins that led to my death?**

A. Yes.

**Q. That's not what you concluded here?**

A. That's correct.

**Q. If the chronology of events that you were presented with indicated that Mr. Christie became**

**agitated after he was denied a second meal and after that he went into this congestive heart failure, would you have concluded that the stress induced by the denial of the second meal precipitated that heart failure applying the same rationale as you've told us here today?**

**MR. HAWAL:** Objection, foundation.

**THE WITNESS:** Yes.

**MR. SHEARMAN:** Thank you, Doctor. That's all the questions I have.

I do want to attach your CV, I don't know if we said that, to the deposition.

(Exhibit Number 2 marked for identification.)

CROSS-EXAMINATION

BY MR. HAWAL:

**Q. Doctor, you were asked most recently I think about the question of whether or not Mr. Christie was washed off or decontaminated at the jail, and you said that you'd seen something about that in some of the records that you reviewed?**

A. Yes.

**Q. Did you also note that when Mr. Christie arrived at the hospital that the physicians and nurses couldn't even provide him medical attention because of the amount of pepper spray that he was covered with and**

**they themselves had to provide him with decontamination with milk, washing him off with milk; do you remember seeing that?**

**MR. TOOMEY:** Form.

**MR. SHEARMAN:** Join.

**MR. GIUFFREDA:** Join.

**THE WITNESS:** I don't remember the detail about the milk but I do remember the detail that there was enough still on him that it was bothersome to medical personnel.

BY MR. HAWAL:

**Q. Does that -- does that provide you with additional information as to the effectiveness or the degree to which he was washed or decontaminated in the Lee County Jail?**

A. It just sounds like whatever wash, even if they washed him thoroughly it didn't take enough off that it -- to a noticeable level. It was still present when he went to the emergency room.

**Q. Did you have a clear chronology when you were evaluating the facts as to how frequently and to what degree Mr. Christie had been pepper sprayed at the jail prior to the time that he was pepper sprayed while actually in the restraint chair?**

A. I didn't know everything until later. I mean,

I was given that information eventually, but -- and I might have been handed a police report at the time I did the autopsy by the officers that came.

**Q. Do you know the difference between a stream sprayer and a fogger in terms of the application of pepper spray?**

A. No.

**Q. All right. I want you to assume that Mr. Christie had been fogged with a fogger that is intended to be used for riot circumstances in his cell twice less than an hour prior to being sprayed again while restrained in his chair. In your opinion can those types of exposures to OC have a cumulative effect in terms of causing the kind of stress that ultimately would cause the patient to develop respiratory distress and ultimately suffer cardiac arrest?**

**MR. TOOMEY:** Form.

**MR. GIUFFREDA:** Form.

**MR. SHEARMAN:** Form.

**THE WITNESS:** I think it could if it's, you know, sort of in the chain of events of things occurring.

BY MR. HAWAL:

**Q. Is it fair to say that based upon what you knew about the circumstances surrounding that last**

**application -- that last documented application of pepper spray while he was restrained and his response to that was enough for you to determine that that was the precipitating stressful event without a need to go backward and look to see to what extent there was some cumulative accumulation of stress; is that fair?**

A. Well, sure, because, first of all, if he'd only been sprayed once while he was in that chair that would have got me to add that to the -- I'll add everything that happened to the death certificate. But, you know, if he's sprayed, I don't know how big those jail cells are but if you're sprayed and you're not restrained you can sort of get away, but if you're strapped in and then sprayed, I would imagine the stress level is worse because you have no choice but to sit there and take it.

**Q. Do you think the stress is even worse if you are sprayed in a restraint chair, not given the opportunity to decontaminate and then you're -- you have this spit hood placed over your head. Do you think that is an additional stressor --**

**MR. TOOMEY:** Form.

**MR. SHEARMAN:** Form.

**MR. GIUFFREDA:** Form.

BY MR. HAWAL:

**Q. -- under the circumstances?**
A. I think it could add stress too.
**Q. Were you told by anyone at the sheriff's office that Mr. Christie was pleading and begging that the spit hood be removed because he was having difficulty breathing?**
**MR. TOOMEY:** Form.
**MR. GIUFFREDA:** Form.
**THE WITNESS:** I don't recall that being told to me.
BY MR. HAWAL:
**Q. A question was asked by one of the counsel about what information was known at the sheriff's office about Mr. Christie's medical history, and I'm referring to an intake receiving and screening form for the Lee County Sheriff's Office dated 3/25/09, six days before his death. Without marking this as an exhibit, Doctor, does this indicate what some of his medical conditions were and some of his medications that he was taking?**
**MR. TOOMEY:** Form.
**MR. GIUFFREDA:** Form.
**THE WITNESS:** It does have medications listed here.
BY MR. HAWAL:
**Q. And what medical conditions does it have**

**listed as to what Mr. Christie was known to have a history of at the time that he was confined in the Lee County Jail on that date?**

**MR. GIUFFREDA:** Form.

**MR. TOOMEY:** Join.

**THE WITNESS:** Well, it has a list of medications and what they're for, and --

BY MR. HAWAL:

**Q. Atrial fibrillation is one?**

A. COPD, heart condition, and I don't see atrial fibrillation written.

**Q. All right. If you turn the page --**

A. Back pain and gout.

**Q. If you turn the page is there an indication that he has atrial fibrillation?**

A. Yes.

**MR. GIUFFREDA:** Form.

**MR. TOOMEY:** Join.

BY MR. HAWAL:

**Q. Would it be -- in your medical judgment would it be appropriate to place an individual who has those medical conditions and is suffering from an acute mental illness in a restraint chair and pepper spray them based upon your medical training?**

**MR. GIUFFREDA:** Form.

**MR. TOOMEY:** Form.

**THE WITNESS:** Well, I know that it's stressed that people with heart condition are at risk from stress, so I wouldn't want anybody -- like one of my relatives with heart disease to be put in any stressful situation if it could be avoided.

BY MR. HAWAL:

**Q. Doctor, you also mentioned something about Mr. Christie spitting at officers. Do you know that -- do you know whether he was actually spitting at officers or whether he was simply trying to spit pepper spray out of his mouth after having been repeatedly sprayed in the jail?**

A. Well, I was just told he was spitting at the officers.

**Q. Okay. And that was by the Lee County Sheriff's Office?**

A. Yes.

**Q. Now, in looking at your autopsy report there is on Page 1, which is actually the second page of the report, a list of witnesses, and it has individuals from the Lee County Sheriff's Office, Lieutenant Michael Peak and a Sergeant Lopez and crime scene technician Elaine Flaherty. What were they witnesses to?**

A. They watched the autopsy.

**Q. Is that normal that the sheriff's office sends individuals to watch the autopsy?**

A. Yes. They come to almost every autopsy in which they went to the scene, whether it's a suspected drug overdose or a homicide or whatever, suicide, so they send somebody, the sheriff's office usually, whoever is investigating the death.

**Q. And on May 22nd, 2009 you apparently had a phone discussion with a detective, Bill Kallstrom, who was investigating Mr. Christie's death on behalf of the Lee County Sheriff's Office?**

A. Yes.

**Q. Do you recall that?**

A. Yes.

**Q. Is this a summary that you would have dictated after having the phone conversation with Detective Kallstrom?**

A. Yeah. I would actually have typed it up myself.

**Q. And do you recall that he was attempting to discuss with you whether there was an alternative cause for Mr. Christie's death that was unrelated to his having been pepper sprayed and restrained and/or suffered a cardiac arrest?**

**MR. GIUFFREDA:** Form.

**THE WITNESS:** Yes.

BY MR. HAWAL:

**Q. And you excluded that other potential cause?**

A. Yes.

**Q. And did you also conduct a telephone interview with Nurse Maria Canete on April 1, 2009, by telephone?**

A. Yes.

**Q. And was it your understanding that Nurse Canete was a nurse who had contact with Mr. Christie throughout periods of his incarceration or detention at the Lee County Jail?**

A. Yes.

**Q. And is this a fair and accurate summary of what she told you as a part of that interview?**

A. Yes.

**Q. And, Doctor, you had, I think, previously referred to some notes that you made during your autopsy which ultimately you used to dictate your autopsy report. Are these two pages the one with the anterior, posterior anatomical drawing?**

A. Yes. In the file it will be on the back. This is the back side of this sheet. The picture -- the diagram sheet has my notes on the back, but it copies two features -- or two separate pages, so these are my notes that I took before and after the autopsy.

**Q. And would it be fair to say that -- or would it be fair for us to assume that the abbreviations and notations that you have on those two sheets are accurately represented in terms of what your dictation is in narrative form?**

A. Yes.

**Q. We talked about -- you talked about Mr. Christie's cardiomegaly. The heart is essentially one large muscle, correct?**

A. Well --

**Q. I mean, it's a muscle?**

A. It's a muscle with some valves in it, yes.

**Q. And the more the muscle works, the larger it becomes, much as if we exercise our biceps or other parts of our musculoskeletal system, they will get larger as they work harder?**

A. Yes.

**Q. How long had Mr. Christie had cardiomegaly to a significant degree?**

A. I'm sure it's been for a long time. I mean --

**Q. Years?**

A. It could be years, but I don't have all his medical history so I don't know if he was ever diagnosed previous to coming to Lee County.

**Q. Do you know that he was scheduled to have**

**cardioversion, surgical cardioversion for his electrical disturbance, his atrial fibrillation?**

A. No.

**Q. He had no significant narrowing or stenosis from his cardiovascular -- from his atherosclerosis?**

A. No.

**Q. His arteries were largely patent other than a ten percent narrowing of his circumflex?**

A. That's correct.

**Q. Meaning he did not die of a myocardial infarction or a blockage of his coronary arteries, correct?**

A. That's correct.

**Q. And he was not at risk of dying from that condition, correct?**

A. Not in the classic sense. I mean, myocardia infarct is due to either narrowing of the artery from atherosclerosis or a blood clot or thrombosis is the medical term, which causes the lumen of the coronary arteries to basically stop the blood flow to the portion of the heart.

**Q. And you found no thrombus in any of his coronary arteries, correct?**

A. No, I did not.

**Q. And in terms of his heart, when you evaluated**

**his heart you found no evidence of any prior myocardial infarction or any dead heart tissue from ischemia, correct?**

A. That's correct.

**Q. Based upon your investigation and the information that was provided to you about Mr. Christie's history, did you understand that this mental episode, whatever it was, whether it was bipolar disorder or something else, was relatively acute, something that had begun happening approximately two months before -- I'm sorry, two weeks before his ultimate death; is that your understanding in a general sense?**

A. Yes.

**Q. You mentioned that you had previously had an incidental exposure to OC, but is it true that you've never actually been sprayed in the face with OC or pepper spray?**

A. No, I have not.

**Q. Yesterday we took the depositions of some sheriff's deputies and we did the day before. One of the deputies testified that as part of their training they are OC sprayed at the corrections academy, and he described that episode as intensely painful, and he said that he felt like he was going to die.**

**Had you ever heard that OC is that noxious and uncomfortable to individuals or can be that noxious and uncomfortable to individuals who are sprayed in the face?**

**MR. TOOMEY:** Form.

**MR. GIUFFREDA:** Form.

**MR. SHEARMAN:** Form.

**THE WITNESS:** I've never discussed that with anybody before.

BY MR. HAWAL:

**Q. All right. That would be, in your judgment, if that is a reasonable description of how OC is experienced by the person who is sprayed, would you consider that to be a significant stressor?**

A. Yes.

**MR. GIUFFREDA:** Form.

**MR. TOOMEY:** Join.

**MR. SHEARMAN:** Join.

BY MR. HAWAL:

**Q. Doctor, the opinions that you set forth in your autopsy report that you've discussed at length here this morning, were those opinions as to the cause and manner of death held to a reasonable degree of medical probability and certainty?**

A. Yes.

**Q. And do you feel you did a careful evaluation of the factors which you concluded that led to his manner and cause of death?**

A. Yes.

**Q. And you stand by those today?**

A. Yes.

**Q. And did you actually consult which any other pathologist here in your department after you made your preliminary determination as to the manner and cause of death?**

A. Well, it's not documented, but whenever you have a case like this, what I mean a case like this, where you know it's going to have some ramifications, I mean 90 percent of our stuff we do we generate a report, we never hear anything again about the case. But we knew that this would impact the family and impact other people as well as the press was very interested in it.

I always form my opinion on a difficult case like this in which, you know -- I don't want to say difficult, it's complex because there's so many issues that I had to take into consideration. It's not like someone just sticking a gun to their head and shooting themselves. So you had to, you know, carefully consider, and so, basically what I did here was once I formulated my opinion then I talked to my boss who is

Dr. Hamilton, the head of this office, and maybe Dr. Sneed who is also here, but I don't remember.

But I would have talked -- I talked to Dr. Hamilton and said, you know, does this sound reasonable to you, you know. And if she had said no, which she didn't; she said, yes, it sounds reasonable. If she said no I would consider her reasonings and I would -- I might continue to go with my opinion or -- but she agreed that this had to be worded this way, so --

**Q. You are a medical examiner for Lee County, correct?**

A. Yes.

**Q. You knew when you were preparing your conclusions and putting them into a final autopsy report that this could have ramifications for the Lee County Sheriff's Office, correct?**

A. Well, sure, whenever there's a death -- that's why we do them. If there's a death in custody there's always accusations, whether they're true or not, of prisoner abuse or whatever. But whenever you have a death in the jail or a death in any custody situation, whether it's out on the street or in jail, you always have high interest by the public including the press and you get accusations. So you want to make sure, you

know, that your opinions are based on the best facts that we can obtain.

**Q. And given all that background you stand by your findings, correct?**

A. Yes.

**MR. HAWAL:** Thank you, sir. Oh, I'm sorry.

Thank you, Doctor. I have no further questions.

**MR. GIUFFREDA:** I don't have any other questions.

**MR. SHEARMAN:** I've got a couple really brief ones, Doctor.

RECROSS-EXAMINATION

BY MR. SHEARMAN:

**Q. Am I correct that atherosclerosis, cardiomegaly are progressive disorders that you would anticipate that once they begin they're going to continue to worsen?**

A. Well, not necessarily. I mean, you can correct -- if you catch them you can -- there's research that shows if you change those risk factors --

**Q. But if you don't change the risk factors, if you don't take medications, you don't change what led to those conditions, you'd expect them to naturally continue?**

A. Yes.

**Q. So to say that I've been walking around for a long time with an enlarged heart and high blood pressure and it hasn't killed me yet doesn't mean it's not likely to cause me problems in the future --**

**MR. HAWAL:** Objection.

BY MR. SHEARMAN:

**Q. -- just because I've been walking around for quite a while with it?**

A. No. Like I said previously, you know, he's at risk for sudden death at any time.

**Q. And in fact the opposite is true. The longer it continues the worse you anticipate it getting unless there's some change and expect that I am subject to sudden death at any point whenever stress is applied from whatever source?**

A. Yes.

**Q. Doctor, you were asked an opinion -- you were asked a question as to whether the opinions you expressed were expressed within a reasonable degree of medical probability at least as related to those opinions in your report. I'd like to broaden that and ask you if all the opinions that you've expressed today in your deposition have been expressed within a reasonable degree of medical probability to the best of**

**your ability?**

A.   Yes.

**MR. SHEARMAN:** Thank you.

**MR. TOOMEY:** Read or waive?

**THE WITNESS:** I'll waive.

**MR. TOOMEY:** Okay.  Order.  E-script only.

**MR. HAWAL:** I'll take a copy.

**MR. TOOMEY:** And the exhibits, I leave the exhibits up to you.

**MR. GIUFFREDA:** I want a regular and a mini, and index.

**MR. SHEARMAN:** Copy.

(Deposition concluded at 12:19 p.m.)

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF LEE

I, the undersigned authority, certify that DR. ROBERT PFALZGRAF, personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 14th day of August, 2011.

(This transcript has been digitally signed.)

Jackie D. Burrell, RPR, FPR
Notary Public - State of Florida
My Commission Expires 1/8/2013
Commission Number DD 842407

REPORTER'S CERTIFICATE WITH ACKNOWLEDGMENT

STATE OF FLORIDA

COUNTY OF LEE

I, Jackie D. Burrell, RPR, FPR and Notary Public in and for the State of Florida at Large, do hereby certify that I was authorized to and did stenographically report the deposition of DR. ROBERT PFALZGRAF; that a review of the transcript was not requested; and that the transcript is a true record of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with this action, nor am I financially interested in the action.

Dated this 14th day of August, 2011.

(This transcript has been digitally signed.)

JACKIE D. BURRELL, RPR, FPR

**A**

**Abbi (1)** 2:15
**abbreviations (1)** 95:2
**aberrant (1)** 47:15
**ability (2)** 73:17 103:1
**able (3)** 10:12 32:13 69:6
**abnormal (1)** 37:7
**abnormalities (1)** 22:11
**absent (1)** 75:13
**Absolutely (1)** 60:1
**abuse (3)** 29:19 80:16 100:21
**academy (1)** 97:23
**accentuates (1)** 59:10
**accept (1)** 84:19
**access (1)** 4:19
**accumulation (2)** 83:9 89:6
**accurate (2)** 64:20 94:13
**accurately (1)** 95:4
**accusations (2)** 100:20,25
**ACKNOWLED...** 105:1
**act (2)** 53:17 58:10
**Acted (2)** 63:5,5
**acting (7)** 49:8 53:6 64:1,7,9 64:9,10
**action (2)** 105:17,18
**actions (2)** 79:17 82:12
**actual (4)** 5:22 9:11 22:15 85:9
**acute (11)** 32:5,5,7,8,17 42:22 59:20,20 75:3 91:22 97:9
**adaptive (1)** 60:11
**add (3)** 89:9,9 90:2
**added (3)** 7:17 15:9 83:1
**addition (2)** 33:2 47:13
**additional (7)** 7:2,8,16 21:4 40:6 87:13 89:21
**address (3)** 81:16 83:3,4
**addressed (1)** 77:20
**adipose (1)** 30:23
**admission (2)** 18:10 21:12
**adrenaline (3)** 46:16 59:24 78:8
**afraid (1)** 60:7
**aggressive (1)** 81:21
**agitated (2)** 77:5 86:1
**agree (4)** 25:6 28:11 54:9 79:7
**agreed (1)** 100:9
**AHN (1)** 1:25
**alcohol (2)** 80:16,25
**alcoholism (4)** 29:18 33:13,20 82:24
**alive (1)** 48:20
**allow (1)** 60:12
**allowed (3)** 42:3 76:9,10
**alternative (1)** 93:21
**altogether (1)** 14:11
**Ammon's (1)** 36:11
**amount (2)** 54:15 86:25
**amphetamines (1)** 82:22
**anatomic (1)** 66:1
**anatomical (1)** 94:20
**ANDRE (1)** 1:11
**and/or (1)** 93:23
**answer (5)** 5:10 12:6 26:11 81:15 84:5
**answered (2)** 4:4 84:25
**anterior (1)** 94:19
**anticipate (2)** 101:17 102:13
**anybody (3)** 54:24 92:4 98:9
**anymore (2)** 7:20 36:25
**anyway (3)** 6:21 28:23 82:13
**aorta (2)** 31:7,13
**apologize (1)** 85:1
**apparently (4)** 49:10 70:25 71:3 93:8
**appearance (1)** 30:19
**APPEARANCES...** 2:1
**appeared (2)** 83:13 104:8
**appears (1)** 34:8
**application (4)** 67:19 88:5 89:1,1
**applied (1)** 102:15
**applying (1)** 86:5
**appropriate (2)** 79:18 91:21
**approximately (1)** 97:10
**approximation (1)** 53:14
**April (10)** 4:18 9:7 10:20 11:17,18 12:2 63:20,20,21 94:6
**area (1)** 36:11
**areas (4)** 30:15 34:15,22 36:9
**ARMANDO (1)** 1:12
**arrest (13)** 34:18 36:7 37:2 38:3,5,11 39:5 40:11 73:4 76:18 77:7 88:16 93:24
**arrested (4)** 36:17 38:16 43:2,4
**arrhythmias (1)** 28:25
**arrived (2)** 38:23 86:23
**arsonic (1)** 85:16
**arteries (5)** 64:23 96:7,11,20,23
**arteriosclerosis (2)** 31:6 64:20
**artery (1)** 96:17
**asked (7)** 48:9 49:25 79:23 86:16 90:12 102:18,19
**aspects (1)** 49:7
**assistance (1)** 60:15
**assistant (2)** 21:2 23:8
**assists (1)** 23:11
**associated (4)** 58:14,15 80:13,16
**ASSOCIATES (1)** 1:25
**assume (8)** 15:24 19:15,23 77:18,21,25 88:8 95:2
**assumption (2)** 15:24 79:13
**asthma (3)** 65:23,24,25
**asymptomatic (1)** 79:4
**asystole (4)** 36:21 37:13,16 38:20
**ATEN (1)** 1:15
**atherosclerosis (7)** 31:13,16 64:19 65:11 96:5,18 101:15
**Atlanta (1)** 52:17
**atrial (7)** 37:6 38:7 70:14 91:9,10,15 96:2
**attach (2)** 8:3 86:11
**attack (12)** 30:21 37:21 39:15 39:17 58:11 65:24 68:24 69:12 71:7 74:13 76:15,21
**attempting (1)** 93:20
**attend (1)** 5:9
**attended (2)** 5:21,23
**attention (1)** 86:24
**attorney (3)** 56:11 105:15,17
**August (2)** 104:12 105:20
**authority (1)** 104:7
**authorized (1)** 105:8
**automatically (1)** 5:1
**autopsies (3)** 22:23 29:21 53:23
**autopsy (69)** 4:13,17,19 5:7,9,16 5:18,21,22,23 6:19 8:13 9:6,9,10 9:12,16 10:22 11:1,6,10,25 12:17 13:18,24,25 14:4 19:17 20:3,6 20:22 21:13,18 22:6,8,10,12 23:3 23:10,12 24:4 26:4,18,24 27:7 27:25 33:23 34:12 47:19 52:1 54:5 59:13 65:17,21 66:3 67:10,15 76:4 85:17 88:3 92:19,25 93:2,3 94:17,18,25 98:21 100:15
**Avenue (1)** 2:3
**average (1)** 67:7
**avoided (1)** 92:6
**aware (7)** 41:15,17,21 67:24 80:15 82:15,17
**A-fib (1)** 77:21
**a.m (1)** 1:20

**B**

**B (1)** 3:18
**back (16)** 14:12 15:16 16:1 21:22,22 22:14 35:9,11 45:15 50:17 66:8 76:12

91:13 94:21,22,23
**background (2)**
14:20 101:3
**backs (1)**
29:6
**backward (1)**
89:5
**bad (4)**
15:8 44:4 54:18
60:2
**badly (1)**
27:4
**bag (1)**
21:1
**Baker (2)**
63:5,5
**ballpark (1)**
48:14
**bang (1)**
76:11
**banging (2)**
41:19 42:11
**banks (1)**
82:25
**Barranco (2)**
2:8,10
**bars (2)**
76:12 81:25
**base (3)**
48:10 55:12 60:14
**based (11)**
12:22 13:23,23
48:21 53:14 56:23
57:18 88:24 91:23
97:5 101:1
**basic (1)**
5:15
**basically (16)**
5:12 13:17 21:6
23:6,10,11 29:14
30:7 31:19 36:17
36:21 46:21 52:15
64:24 96:20 99:24
**bat (1)**
24:22
**beach (2)**
72:19,20
**bearing (1)**
19:7
**bears (1)**
81:3
**beating (1)**
37:9
**becoming (1)**
67:4
**begging (1)**
90:4
**begun (1)**
97:10
**BEH (1)**
7:14
**behalf (2)**
1:4 93:10
**behave (1)**
51:3
**behaving (2)**
49:6,6
**behavior (8)**
41:15 43:12 47:2,4
47:16 49:12 81:24
82:12
**belief (1)**
10:3
**believe (13)**
22:13 26:23 58:5
61:9 70:10 73:3
73:16,20 75:3
80:11 83:14 84:3
85:4
**believed (1)**
39:8
**bell (2)**
27:16,17
**best (6)**
14:18 39:14 42:22
53:13 101:1
102:25
**better (7)**
57:21 66:25 83:13
83:19 84:7,22,23
**beyond (1)**
62:16
**biceps (1)**
95:14
**big (21)**
25:24 26:6 28:8,20
29:14,15,16,20,22
33:7,9,15 35:14
35:14,16,16,17
61:4 72:21,22
89:11
**bigger (3)**
27:8,23 30:13
**biggest (1)**
26:20
**Bill (1)**
93:9
**billing (1)**
19:5
**biostatistics (2)**
42:2,2
**bipolar (31)**
48:10,22,24 50:23
51:5,5,6,10,16
52:8,10 56:20
57:3,8,12,16,21
58:20 59:17 62:15
64:1,8,12 77:4
79:25 80:2,4 82:6
82:7,23 97:8
**bit (5)**
12:6 47:10 57:19,21
72:17
**bizarre (1)**
58:10
**blockage (1)**
96:11
**blood (29)**
18:10 21:12,13,14
23:12,14 24:1,2,3
24:4 26:13,15
29:5,15,18,22
30:9 34:17,21
35:9,11 36:10,13
36:24 60:9 65:1
96:18,20 102:3
**board (2)**
6:13 55:11
**Bob (1)**
77:2
**body (20)**
4:20 6:15,19 9:2
13:15 18:13 21:1
21:1,3,3,8,22,22
22:9 23:17,20
24:13,19 47:20
60:8
**bolts (1)**
19:19
**book (1)**
82:14
**boss (1)**
99:25
**bothersome (1)**
87:10
**bottom (5)**
7:15 14:19 31:14
43:19 82:11
**Boulevard (2)**
1:26 2:9
**Box (1)**
2:23
**brain (9)**
26:21 36:1,6,11,14
36:24 37:1 39:18
74:14
**BRAMBLET (1)**
1:12
**break (2)**
44:21 56:15
**breath (19)**
28:2 29:8 32:14
40:1 41:6,8,10
43:10,14 44:21
47:6 66:13,23,24
66:25 67:14 68:16
78:13 79:5
**breathe (3)**
32:13 72:6 73:17
**breathing (9)**
73:16 78:21 83:13
83:15,18 84:6,21
84:23 90:6
**Brett (6)**
6:8,8 7:4,13,15
18:5
**Brian (1)**
23:7
**brief (1)**
101:11
**broaden (1)**
102:22
**bronchitis (3)**
65:23,25 66:2
**brother (2)**
63:1,3
**brought (4)**
6:16 21:1 71:13,17
**bruise (1)**
44:3
**bruises (2)**
41:2 43:23
**build (2)**
35:12 46:1
**buildup (2)**
29:9 31:25
**bunch (1)**
66:5
**BUNNELL (1)**
2:18
**buried (1)**
82:25
**Burrell (4)**
1:24 104:22 105:6
105:25

**C**

**calcified (1)**
65:1
**CALHOUN (1)**
1:10
**call (12)**
6:9,10,18 18:4,6,15
18:19 26:1 28:4
29:4 61:18 63:8
**called (18)**
5:19 6:13 13:6 29:3
36:11,11 38:6
48:7,9,15,16
49:17 53:21 54:14
57:14 58:8 63:4
82:14
**calls (2)**
7:9 37:20
**camera (1)**
72:23
**Canete (3)**
1:13 94:6,9
**capability (1)**
17:21
**capacity (2)**
1:8 4:13
**Capsicum (2)**
39:7 40:7
**cardiac (19)**
28:25 29:25 34:18
36:6,19 37:2,7
38:3,5,11 39:5
40:11 46:17,18
73:4 76:18 77:7
88:16 93:24
**cardiogenic (2)**
39:5,24
**cardiomegaly (8)**
28:12,17 29:11
30:10 39:12 95:8
95:18 101:16
**cardiovascular (3)**
27:2 31:12 96:5
**cardioversion (2)**
96:1,1
**Cardizem (1)**
38:6
**cards (2)**
62:16,17
**care (2)**
15:12 19:5
**career (2)**
82:3,4
**careful (2)**
63:1 99:1
**carefully (1)**
99:23
**carrying (2)**
41:21 80:5
**case (54)**
1:3 5:4 6:3,11,13
6:14,25 7:11 8:11
11:4,8 12:3 15:11
16:14 18:4,6,7,22
19:23,23 20:4,17
20:22 21:6,11,15
21:21 26:9 28:5,6
28:18 30:23 34:6
35:20 37:25 39:2
40:19,21 41:4
42:8 44:5 45:2
46:1 53:24 54:17
67:6 74:3 77:9
80:7 83:5 99:12
99:12,15,18
**cases (8)**
11:9 26:10 27:12
43:18 57:4 58:14
82:4,16
**catch (1)**
101:20
**catecholamines (1)**
59:19
**category (1)**

82:1
**catheter (1)**
21:17
**catheters (1)**
24:18
**causal (1)**
68:10
**cause (52)**
8:1 10:15 12:2,21 26:16 27:13 28:18 29:11,16,20 31:2 31:14 33:18 34:2 34:5 39:2,3 40:4 40:12 41:7,24 42:4,16,19 44:8 46:18,21 51:3,3 52:1 57:9 59:18 65:4,4,10,11 66:4 68:1,23 69:5 71:6 74:12 77:6 82:5 83:21 88:15 93:21 94:3 98:22 99:3,9 102:5
**caused (20)**
29:17 33:21 40:5,10 41:2 42:14,23 43:22 46:23 65:22 66:14 75:4 78:25 79:19 82:20,21,22 82:25 85:6,9
**causes (4)**
34:21 46:20 80:25 96:19
**causing (7)**
38:7 41:8 45:21 51:1 65:15 82:5 88:14
**CDC (1)**
52:14
**cell (3)**
43:6 45:15 88:10
**cells (1)**
89:12
**central (1)**
35:23
**certain (4)**
9:18 52:23 59:21,22
**certainly (2)**
43:18 69:19
**certainty (8)**
12:14 29:12 56:21 59:3 67:18 69:3 81:12 98:24
**certificate (16)**
9:11,19,23,25 10:2 10:10,14,18 11:16 11:24 48:19 52:14 53:1 89:10 104:1 105:1
**certificates (1)**
42:2
**certified (2)**
6:14 55:11
**certify (3)**
104:7 105:8,14
**chain (9)**
42:4 44:19,22 45:3 46:3 66:9 75:8,16 88:21
**chair (24)**
15:3,7 43:12 44:20 67:20 68:7,7,11 68:12,18,19 69:2 72:9,10 73:15 75:11 77:11 78:25 84:9 87:24 88:12 89:8,18 91:23
**chamber (1)**
30:9
**chambers (1)**
29:25
**chance (1)**
12:24
**change (15)**
12:6,23 13:3 42:23 53:10,12 54:15,16 56:1 68:16 75:4 101:21,22,23 102:14
**changed (1)**
54:2
**changes (1)**
36:13
**charge (2)**
5:8 23:17
**check (1)**
32:22
**chest (1)**
28:3
**chewed (1)**
22:15
**choice (1)**
89:15
**cholesterol (1)**
64:25
**Christ (1)**
57:10
**Christie (35)**
1:4,5 3:24 4:14 37:21 49:21 59:12 60:16 61:10,24 62:9 63:20,22 65:19 66:13 69:24 70:5 75:10 76:8 76:10 77:18,22,24 79:1 83:8 85:25 86:17,22 87:22 88:9 90:4 91:1 92:9 94:9 95:18
**Christie's (11)**
69:9 74:6 77:3 78:24 81:4 85:3 90:14 93:10,22 95:8 97:7
**CHRISTINE (1)**
1:15
**chronic (12)**
29:18 32:3,9,17 33:13,20 65:23,25 66:2 79:20 80:16 82:24
**chronology (2)**
85:24 87:20
**cigarette (1)**
65:12
**Cincinnati (2)**
48:6 55:15
**circumflex (1)**
96:8
**circumstances (6)**
14:2,8 48:17 88:10 88:25 90:1
**clanging (1)**
81:25
**clarify (1)**
13:3
**classic (2)**
80:25 96:16
**claustrophobic (1)**
73:10
**clean (2)**
23:15 51:7
**cleaned (4)**
21:23 66:23,24 84:2
**clear (1)**
87:20
**Cleveland (1)**
2:4
**climb (1)**
69:25
**clinical (8)**
11:2,8,10,15 13:6 26:14 65:20 67:11
**clinically (1)**
36:7
**close (3)**
11:13 72:25 81:20
**clot (1)**
96:18
**clots (2)**
26:13,15
**coast (8)**
6:10 17:8,20,25 18:22,23 20:5 22:4
**cocaine (5)**
29:19 50:25 82:6,6 82:21
**code (1)**
52:18
**coded (1)**
52:14
**coding (2)**
52:13 53:3
**collapsed (1)**
45:18
**colleague (1)**
48:6
**collect (6)**
7:8 14:9 21:10,14 23:6 50:7
**collected (3)**
9:14 10:13 13:19
**color (1)**
68:16
**comb (1)**
19:22
**combination (4)**
33:24 64:24 68:13 85:5
**combined (1)**
40:9
**come (11)**
6:19,21 12:15,16 18:21 19:20 21:16 39:14 73:1 80:7 93:3
**comes (5)**
9:2,3 12:10,23 81:20
**coming (3)**
12:25 51:14 95:24
**Commission (2)**
104:24,25
**committed (1)**
63:7
**common (9)**
18:17 34:16 35:3,5 55:4,4 58:6 62:13 64:20
**compensate (1)**
30:13
**compensatory (1)**
30:8
**competent (1)**
83:4
**complaining (1)**
40:1
**complete (3)**
3:24 14:17 38:12
**completed (1)**
9:20
**complex (1)**
99:20
**complicated (2)**
11:4 19:22
**component (1)**
57:22
**compromised (1)**
85:6
**computer (2)**
8:15 16:5
**computerized (1)**
17:25
**concert (2)**
72:21,22
**concluded (4)**
85:22 86:3 99:2 103:13
**conclusions (1)**
100:15
**condition (13)**
32:3,9,17 41:25 57:23 59:13,23 75:4,23 79:2 91:10 92:3 96:15
**conditions (8)**
32:10 39:9 42:1 45:9 90:18,25 91:22 101:24
**conduct (2)**
79:17 94:5
**conducted (2)**
26:24 55:19
**conducting (2)**
4:19 5:18
**conductive (1)**
43:20
**confined (1)**
91:2
**confirm (2)**
31:4 63:2
**confirmed (3)**
36:7 65:5,18
**confrontations (1)**
50:22
**congenital (1)**
29:20
**congestion (1)**
29:7
**congestive (16)**
28:3 29:1,4 31:24 31:25 32:8,9 35:4 35:17 36:20 39:5 70:15 77:20 78:5 83:21 86:2
**connected (2)**
68:6 105:17
**connection (1)**
68:11
**consciousness (1)**
37:18
**consent (2)**
16:11,25
**consider (4)**
15:8 98:14 99:24 100:7
**consideration (1)**
99:21
**considered (2)**

57:13 84:7
**consistent (3)**
30:16 31:24 36:13
**consult (1)**
99:7
**consulted (1)**
82:16
**contact (1)**
94:9
**contains (1)**
11:20
**continue (3)**
100:8 101:18,25
**continued (2)**
41:10,10
**continues (1)**
102:13
**continuing (2)**
66:22 84:4
**contributed (5)**
39:10 67:21 68:23 69:4 73:3
**contributing (10)**
42:1,6,16,20 65:4 68:10 71:6 74:17 74:21 83:21
**contribution (1)**
62:2
**control (1)**
62:16
**conversation (5)**
51:23 56:24 61:10 79:24 93:16
**cooperated (1)**
54:13
**cooperative (1)**
43:7
**COPD (6)**
65:19,20,22 66:4,4 91:10
**copied (1)**
18:9
**copies (4)**
7:19 48:8 63:13 94:23
**copy (8)**
8:3 9:5,22 10:18 18:12 22:13 103:7 103:12
**coronary (3)**
96:11,19,23
**Corporation (1)**
1:9
**correct (36)**
4:11 6:4 12:4 25:13 25:15 37:23 41:22 61:11 66:21 68:25 69:10,11,20 71:12 73:22,23 77:3 79:22 80:13 84:15 85:8,17,23 95:9 96:9,12,13,15,23 97:3,4 100:12,17 101:4,15,20
**corrections (2)**
79:17 97:23
**correspondence (1)**
12:10
**cortisol (2)**
46:17 78:9
**counsel (6)**
1:23 2:12 16:24 90:12 105:15,17
**counsel's (1)**
83:3
**country (1)**
82:7
**County (18)**
1:8 2:7,13 23:5 53:25 56:11 87:15 90:16 91:3 92:16 92:22 93:11 94:11 95:24 100:11,16 104:5 105:4
**couple (5)**
7:21 38:22 41:18 47:5 101:11
**course (3)**
27:3 40:3 41:18
**court (3)**
1:1 16:11 17:1
**cover (2)**
57:19 66:8
**covered (2)**
48:23 86:25
**cowering (1)**
43:6
**crazy (3)**
50:22 57:4 62:17
**create (1)**
13:22
**created (2)**
77:5 84:14
**credit (2)**
62:16,17
**crime (2)**
23:4 92:23
**CROKER (1)**
1:12
**Cross-Examinati...**
3:11,12,13 56:8 76:24 86:14
**cumulative (2)**
88:13 89:6
**cup (1)**
82:1
**currently (1)**
65:24
**Curriculum (1)**
3:25
**curve (2)**
27:16,17
**custody (2)**
100:19,22
**cut (4)**
21:8 25:24 26:20,21
**cutoff (1)**
38:12
**cuts (1)**
51:7
**cutting (1)**
8:22
**CV (1)**
86:11
**cyanide (1)**
85:14
**Cypress (1)**
2:14
**C.N.A (1)**
1:15

**D**

**D (5)**
1:24 3:7 104:22 105:6,25
**damage (2)**
34:21 36:10
**damaged (2)**
36:6,9
**danger (1)**
15:4
**DANIEL (1)**
1:9
**Danley (1)**
1:22
**DAROSS (1)**
1:12
**date (7)**
1:19 4:16 9:7,19 12:1 16:8 91:3
**dated (3)**
9:6 90:16 105:20
**DATHAN (1)**
1:11
**dating (1)**
9:16
**day (18)**
4:25 9:10 10:23 11:12,13,25 32:12 42:10 44:16 67:12 67:20 68:22 70:1 70:24 72:20 97:21 104:11 105:20
**days (11)**
19:11 22:14 32:12 41:18 44:16 47:5 67:10,19 68:22 76:12 90:16
**DD (1)**
104:25
**dead (5)**
26:19 27:4 39:18 50:18 97:2
**death (72)**
8:1 9:11,19,22,25 10:2,10,14,15,18 11:16,24 12:3,21 14:2,7,8 15:13 26:17 27:14 28:5 28:18,25 31:2,14 32:6 34:2,5 36:19 39:2,3,10 40:4,13 41:24 42:2,4,17 42:19 44:9 48:19 52:2,13,25 54:17 65:5 68:24 69:5 69:16 74:12 75:20 78:24 81:4 82:5 85:4,6,20 89:10 90:17 93:7,10,22 97:12 98:23 99:3 99:10 100:18,19 100:22,22 102:11 102:15
**deaths (1)**
43:24
**debated (2)**
54:19,22
**debulking (1)**
26:2
**Deceased (1)**
1:5
**decedent's (1)**
61:18
**decide (2)**
18:7 50:9
**decided (5)**
6:18 42:17 43:16 53:20 69:24
**decides (3)**
6:14,15 43:15
**decisions (1)**
6:13
**decontaminate (1)**
89:19
**decontaminated (2)**
86:18 87:14
**decontamination ...**
87:1
**decrease (1)**
38:12
**decreased (3)**
38:19 67:13 78:1
**defecated (2)**
49:11 62:22
**Defendant (3)**
1:23 2:17,21
**defendants (5)**
1:16 2:7,7 56:11 74:2
**definition (2)**
81:19,22
**degree (13)**
56:21 67:18 68:9,21 69:3 76:14 81:12 87:14,22 95:19 98:23 102:20,25
**delirium (18)**
58:8,8 80:10,20,25 81:3,19,21 82:2,3 82:5,8,13,14,17 82:19,20 83:5
**deMayo (1)**
82:14
**denial (1)**
86:3
**denied (1)**
86:1
**department (3)**
13:21 60:20 99:8
**depended (1)**
60:24
**deposition (6)**
1:18 8:4 86:12 102:24 103:13 105:9
**depositions (1)**
97:20
**depressed (4)**
48:4,4 49:3 57:3
**depression (8)**
48:23,23 49:1,5 51:9,10,20,21
**depressive (1)**
48:25
**deprived (1)**
74:14
**deputies (2)**
97:21,22
**deputy (10)**
1:9,10,10,10,10,11 1:11,11 71:23 72:1
**described (3)**
43:6 71:18 97:24
**describing (1)**
79:5
**description (6)**
3:21 24:12,15,17,21 98:12
**design (2)**
73:4,13
**despite (1)**
66:23
**destroyed (1)**
16:5
**detail (2)**
87:7,8
**detective (2)**
93:9,16

**detention (1)**
94:10
**determination (3)**
34:2 84:23 99:9
**determine (4)**
10:11 85:16,19 89:3
**determined (2)**
6:22 84:18
**determining (2)**
7:25 12:2
**develop (2)**
60:4 88:15
**developed (4)**
36:21 41:6 66:13 68:15
**developing (1)**
69:8
**develops (1)**
44:21
**device (1)**
73:13
**devices (1)**
43:21
**diabetes (1)**
33:14
**diagnosed (4)**
51:8,19 59:12 95:23
**diagnosis (13)**
28:2 39:14 50:1,19 51:18 55:9 56:20 57:16 66:2 79:25 80:2,5,9
**diagram (2)**
22:9 94:23
**DiCello (1)**
2:5
**dictate (6)**
22:7,8,14,19,21 94:18
**dictated (3)**
9:10 31:4 93:15
**dictation (4)**
22:17,22,25 95:4
**die (8)**
27:24 28:9 45:2 58:12 73:21 75:6 96:10 97:25
**died (12)**
4:25 39:3,15,21 42:10 44:1 67:12 67:16 75:13,17 78:2 79:3
**dies (1)**
5:2
**diet (1)**
65:12
**difference (1)**
88:4
**different (4)**
26:3 50:16 64:14,16
**difficult (2)**
99:18,20
**difficulty (2)**
78:20 90:6
**digestive (2)**
34:13,14
**digital (2)**
8:13 22:18
**digitally (2)**
104:16 105:22
**digoxin (6)**
55:7 70:13,19 78:11 78:12,16
**dilated (1)**
30:13
**dilates (2)**
30:4,8
**dilation (3)**
29:24 30:10 76:7
**DIMARCO (1)**
1:12
**direct (3)**
3:10 4:6 45:22
**direction (1)**
73:1
**directly (2)**
17:21 72:15
**disagree (1)**
54:24
**disc (1)**
8:16
**discoloration (1)**
30:15
**discolorations (1)**
30:20
**discontinue (1)**
38:20
**discount (1)**
84:22
**discs (1)**
8:15
**discuss (1)**
93:21
**discussed (2)**
98:8,21
**discussion (1)**
93:9
**disease (23)**
24:25 27:25 31:12 32:18 39:11 40:10 42:18 44:24 59:1 65:6,11 75:10,13 75:17,21 76:4 77:5 78:10,11 79:21,25 80:3 92:5
**diseased (3)**
27:4 40:6 42:15
**diseases (4)**
24:25 33:1 51:8 66:5
**disorder (4)**
57:16,21 59:18 97:9
**disorders (1)**
101:16
**dispelled (1)**
65:18
**distress (1)**
88:15
**District (3)**
1:1,1 4:11
**disturbance (2)**
36:22 96:2
**disturbances (2)**
46:18 60:5
**DIVISION (1)**
1:2
**doctor (32)**
4:8 48:22 49:2 50:11 55:25 56:10 76:3 77:1,3,18 78:19,23 79:16,23 80:11 81:2,9,16 83:3,7 84:12 85:1 85:12 86:9,16 90:17 92:8 94:16 98:20 101:7,12 102:18
**doctors (3)**
19:6,6 29:4
**document (6)**
7:14,14 9:7 13:6 42:3 63:15
**documentation (1)**
8:17
**documented (6)**
15:1 21:7 61:10 63:9 89:1 99:11
**documents (5)**
7:23 15:19 16:15 18:21 37:19
**doing (6)**
15:7 43:3,4 62:19 80:6 82:10
**dose (1)**
78:16
**downhill (1)**
46:5
**downstream (1)**
35:13
**downwind (1)**
72:16
**Dr (22)**
1:18 4:2 48:16 55:11,14,16 56:24 57:14 60:16 62:2 62:7,10 63:8,16 64:11,15 79:24 100:1,2,4 104:7 105:9
**draw (1)**
23:14
**drawing (1)**
94:20
**Drive (1)**
1:22
**drug (10)**
37:8,11,11,12 38:8 50:24 70:13,14 80:13 93:5
**drugs (5)**
20:1 50:24 57:6 58:19 82:20
**due (13)**
30:21 35:17 36:16 39:5,6,21 43:8 54:17 66:16 67:1 74:20 83:15 96:17
**duly (2)**
4:3 104:9
**duty (1)**
7:10
**dying (2)**
53:20 96:14
**dysrhythmias (1)**
46:18

**E**

**E (3)**
3:7,7,18
**earlier (5)**
6:1 44:17,17 45:7 51:19
**east (3)**
2:3,9 22:4
**Easter (1)**
72:20
**easy (2)**
11:4 28:21
**edematous (2)**
31:19 32:25
**effect (2)**
67:1 88:13
**effectiveness (1)**
87:13
**effects (3)**
39:7 66:15 83:15
**efficiency (1)**
30:4
**efficiently (1)**
29:2
**either (9)**
16:4 19:12 38:11 48:10 51:9 57:7 65:18 73:16 96:17
**Elaine (2)**
23:4 92:23
**Eldridge (4)**
1:11 2:21 56:12 77:2
**electrical (5)**
36:22 37:14 43:20 60:5 96:1
**emergency (3)**
32:15 37:5 87:19
**emphysema (6)**
32:21,22 65:22 66:3 66:6,7
**employee (3)**
71:11 105:15,16
**encephalopathy (3)**
36:5 39:4,21
**encounter (1)**
58:23
**encountered (1)**
80:12
**encountering (1)**
57:4
**encounters (1)**
77:16
**endocrine (1)**
34:8
**enforcement (2)**
77:16 81:23
**enlarged (4)**
28:4 30:12 35:2 102:3
**entire (1)**
8:7
**envelope (2)**
19:12,13
**epinephrine (7)**
38:12,15,16,18 59:19 78:7,8
**episode (3)**
79:6 97:8,24
**episodes (1)**
32:8
**especially (2)**
12:20 15:12
**Esquire (7)**
2:5,5,10,11,15,20 2:25
**essentially (2)**
74:13 95:8
**established (2)**
81:8,11
**Estate (1)**
1:4
**evaluated (1)**
96:25
**evaluating (1)**
87:21
**evaluation (1)**
99:1
**event (1)**
89:4
**events (12)**
38:2 39:23 42:4 44:19,22 45:4

46:2 66:9 72:24 84:5 85:24 88:21
**eventually (4)** 31:4 40:11 43:14 88:1
**everybody (1)** 29:14
**evidence (8)** 23:6 25:8 31:15 32:22 37:20 65:24 66:7 97:1
**exact (1)** 45:25
**exactly (4)** 18:3 63:18 66:12 70:12
**exam (2)** 21:20 36:9
**examination (9)** 3:10 4:6 21:7,9 25:19 29:10 31:5 36:12 76:6
**examined (3)** 25:22,23 76:5
**examiner (2)** 1:21 100:11
**examiner's (6)** 4:11 5:4 6:3 8:8,11 18:7
**example (1)** 85:15
**exception (1)** 56:12
**excessively (1)** 79:5
**exchange (2)** 55:22 67:5
**excited (17)** 58:7,8 80:10,25 81:3,19,21 82:2,3 82:5,8,13,14,17 82:19,19 83:5
**excluded (1)** 94:3
**exercise (1)** 95:14
**exhibit (5)** 3:21 8:4,5 86:13 90:17
**exhibits (2)** 103:8,9
**exist (1)** 75:9
**expect (2)** 101:24 102:14
**experience (3)** 33:9 50:20 72:17
**experienced (1)** 98:13
**expert (1)** 48:13
**Expires (1)** 104:24
**explain (4)** 13:3 30:17 35:9 56:3
**explained (1)** 51:24
**explore (1)** 54:10
**exposure (1)** 97:16
**exposures (1)** 88:13
**express (1)** 81:9
**expressed (4)** 102:20,20,23,24
**extent (1)** 89:5
**external (4)** 21:6 24:12,20 25:19
**eye (1)** 21:15
**e-mails (1)** 55:22
**E-script (1)** 103:6

**F**

**face (3)** 21:5 97:17 98:4
**fact (11)** 17:12 36:4 41:12 51:8 55:3 61:6 66:16 71:5 75:16 83:17 102:12
**factor (2)** 68:10 74:21
**factors (7)** 15:8 65:13,13 74:18 99:2 101:21,22
**facts (3)** 64:16 87:21 101:1
**factual (1)** 63:15
**factually (1)** 68:5
**failing (5)** 35:11 39:25 41:11 67:3 78:14
**failure (31)** 28:3 29:1,3,3,4 31:24,25 32:8,9 32:16 33:11,25 35:4,18 36:20 39:6 40:10 46:23 66:17 67:21 68:2 68:5 70:15 77:21 78:5 79:10,16,21 83:21 86:2,4
**fair (5)** 88:24 89:6 94:13 95:1,2
**falls (2)** 6:14 82:1
**FALZONE (1)** 1:9
**family (1)** 99:16
**far (3)** 37:4 59:11 79:4
**fashion (1)** 80:3
**fast (1)** 37:9
**fat (2)** 30:23,24
**fats (1)** 64:25
**fatty (2)** 30:16 33:11
**fax (3)** 1:27 18:19,20
**fear (2)** 46:10 47:13
**feature (3)** 52:11 55:4 64:10
**features (8)** 39:12 42:12 52:2,10 57:16 82:19 85:10 94:24
**feel (2)** 83:4 99:1
**felt (2)** 42:21 97:25
**fetches (1)** 23:16
**fibers (1)** 30:7
**fibrillation (8)** 37:6 38:7 60:5 70:14 91:9,11,15 96:2
**fibrosis (1)** 33:20
**fight (4)** 60:10,11 72:22,24
**fighting (1)** 44:2
**figure (1)** 82:9
**file (12)** 3:24 8:4,7 11:3 12:1,12,24 15:23 16:6 19:1,3 94:21
**fill (1)** 48:18
**filled (1)** 67:4
**filling (3)** 40:2 41:11 66:16
**final (3)** 32:16 79:6 100:15
**finalize (1)** 10:11
**financially (1)** 105:18
**find (8)** 8:20 26:16 31:18 32:18 48:2 63:3 73:24 85:2
**finding (8)** 9:18 33:17,22 34:16 35:4,5 39:16 65:5
**findings (16)** 12:18 13:16,18,18 21:5 24:10,13 25:9 31:10 34:4 34:13,23 36:2 39:1 59:14 101:4
**fine (3)** 44:17 56:17 61:20
**fine-toothed (1)** 19:22
**finish (1)** 11:14
**firm (1)** 30:15
**first (27)** 4:21 5:25 7:13 19:2 20:21 24:12 25:24 26:6,12,15,20,22 30:12 37:4,5 38:2 38:4 47:15 56:10 56:25 57:1 59:15 74:21 80:8 81:7 81:18 89:7
**fit (4)** 31:2,9 42:6 53:3
**fits (1)** 81:19
**five (1)** 22:23
**Flaherty (2)** 23:5 92:24
**flaunt (1)** 9:1
**flavor (1)** 54:17
**flesh (1)** 50:19
**flight (2)** 60:10,11
**floor (2)** 1:26 62:22
**Florida (13)** 1:1,8,22,26 2:9,14 2:19,23 22:5 104:4,23 105:3,7
**flow (6)** 34:21 35:15 36:10 36:13 60:9 96:20
**flows (1)** 35:9
**fluid (8)** 21:14 29:8,9 31:25 40:2 41:11 66:17 67:4
**focal (1)** 30:15
**focusing (1)** 73:13
**fogged (1)** 88:9
**fogger (2)** 88:5,9
**folks (2)** 63:1 77:23
**follow (2)** 17:6 20:21
**followed (1)** 38:11
**following (2)** 39:4,6
**follows (1)** 4:4
**forensic (3)** 4:10 50:7 55:11
**forever (2)** 38:18 39:20
**forget (1)** 5:25
**forgotten (1)** 83:2
**form (47)** 10:1,5 14:3,18 17:15 28:13 33:5 38:13 40:15 44:10 45:10 47:3 50:3 52:4 58:2 64:20 67:22 69:6,15 74:20,23 75:18 76:16 78:3 87:4 88:17,18,19 89:22 89:23,24 90:7,8 90:15,20,21 91:4 91:17,25 92:1 93:25 95:5 98:5,6 98:7,16 99:18
**format (2)** 25:20 26:4
**forming (2)** 11:7 62:1
**forms (1)** 65:22
**formulated (2)** 56:25 99:25
**Fort (9)** 1:2,22,26,28,28 2:9

2:14,19,23
**forth (2)**
76:12 98:20
**found (10)**
22:12 29:24 31:6 32:6 44:8 70:16 70:16 76:4 96:22 97:1
**foundation (13)**
45:10 47:3 58:2 60:17 75:18 76:16 78:3 80:17 81:5,6 83:23 85:7 86:7
**FPR (4)**
1:24 104:22 105:6 105:25
**FRANK (1)**
1:10
**FRANKLIN (1)**
2:22
**frequently (2)**
80:15 87:21
**friend (2)**
50:1 51:25
**front (3)**
5:13 19:9 61:13
**full (1)**
78:16
**function (4)**
6:11,24 23:9 59:25
**functional (1)**
66:1
**funeral (2)**
10:1 21:23
**further (3)**
35:13 101:7 105:14
**future (1)**
102:5

**G**

**G (1)**
3:7
**gas (1)**
85:14
**gather (1)**
5:17
**gathered (1)**
11:20
**gathering (1)**
15:11
**gee (2)**
26:16 54:14
**general (5)**
7:10 24:15 26:5,20 97:12
**generally (11)**
10:16 16:7 18:4,6 19:18 27:24 46:16 65:21 66:2 82:12 82:23
**generate (2)**
10:2 99:14
**generated (8)**
8:16 10:16,19 11:17 11:24 12:18 13:9 13:11
**Georgia (1)**
52:17
**GERALDINE (1)**
1:14
**getting (9)**
16:9 34:20 43:14 44:7 60:8 67:4 75:7 85:12 102:13
**GI (2)**
34:15,16
**GIBBS (1)**
1:10
**Giuffreda (32)**
2:8,11 3:11 56:7,9 56:10 57:25 58:13 61:8 66:20 68:3 69:18 70:4 71:10 74:11 75:1 76:2 76:19,23 87:6 88:18 89:24 90:8 90:21 91:4,17,25 93:25 98:6,16 101:9 103:10
**give (12)**
15:15,25 16:12,24 16:25 45:24 49:16 52:15,18 53:13 62:18 76:13
**given (11)**
4:23 5:1 7:23 9:23 15:20 19:8 85:5 88:1 89:18 101:3 105:12
**gives (1)**
17:1
**giving (4)**
53:7,8 62:12 79:16
**go (24)**
17:24 19:2,3,18,21 21:22 24:5 31:17 32:14 40:10 43:15 46:17,21,23 50:19 58:10 62:15,17 67:11 68:2 72:11 73:1 89:4 100:8
**goes (4)**
6:17 31:11 33:12 43:11
**going (24)**
8:3 16:22 17:2 24:6 24:6,23 26:5 38:15 39:20,20 47:5 49:14 53:11 53:12 55:24 57:19 59:2 63:1 64:14 80:20 85:15 97:25 99:13 101:17
**good (6)**
4:8,9 57:5 60:2 67:4 79:12
**Gorda (1)**
1:28
**gout (1)**
91:13
**grams (5)**
27:5 28:19 31:21,21 35:3
**green (2)**
7:18,19
**Gregg (1)**
2:20
**grossly (2)**
32:24 35:25
**ground (1)**
85:1
**grown (1)**
30:24
**guard (1)**
15:7
**guards (1)**
15:3
**guess (6)**
14:18 24:17,19 39:13 62:21 81:20
**Gulf (7)**
6:10 17:8,20,25 18:22,22 20:5
**gun (1)**
99:22
**guy (8)**
24:24 48:10 53:21 53:22 54:5,18 55:1,6

**H**

**H (2)**
1:11 3:18
**habit (2)**
25:24 26:3
**hallucinating (1)**
80:21
**Hamilton (3)**
1:15 100:1,4
**hand (8)**
18:11 23:12 31:11 31:11,17,17 50:17 104:11
**handed (1)**
88:2
**hands (4)**
15:13 23:15 50:17 71:20
**hanging (2)**
70:18 71:16
**HANSEN (1)**
1:10
**happen (1)**
36:19
**happened (19)**
4:24 13:22 14:7,21 14:21 17:17 19:20 22:18 27:20 37:3 37:4 45:12 46:6 48:17 67:12 77:10 77:13,15 89:10
**happening (1)**
97:10
**happens (7)**
18:6 19:2 23:1 29:5 36:23 43:9 58:18
**hard (1)**
84:2
**hardening (1)**
64:22
**harder (2)**
22:22 95:16
**HARDIN (1)**
1:11
**Harding (6)**
6:8,8 7:4,13,15 18:5
**Harding's (1)**
6:11
**hate (1)**
82:8
**Hawal (48)**
2:5 3:13 10:7 28:13 33:5 38:13 44:10 45:10 47:3 50:3 52:4 57:24 58:2 60:17 65:8 66:18 67:22 69:15 70:3 71:8 74:7,23 75:18 76:16 78:3 79:11 80:17 81:5 81:7 83:23 85:7 85:11 86:7,15 87:11 88:23 89:25 90:11,24 91:8,19 92:7 94:2 98:10 98:19 101:6 102:6 103:7
**head (5)**
20:8 26:18 89:20 99:22 100:1
**health (4)**
1:9 2:17 25:1 47:6
**healthy (1)**
46:22
**hear (1)**
99:15
**heard (3)**
58:6 74:9 98:1
**heart (117)**
24:25 25:23 27:3,4 27:5,8,18 28:3,4,9 28:19,24 29:1,1,3 29:4,5,10,14 30:3 30:8,11,12,13,21 30:24 31:24,25 32:8,9,16 33:2,10 33:25 35:4,10,11 35:18 36:17,20,23 37:9,13,21 39:6 39:11,15,17,20,22 39:22 40:5,6,10 41:10 42:15,15,18 44:4,24 45:23 46:21,22 54:18 58:22,25,25 59:1 59:4,25 60:4,6,7 65:6,11 66:10,17 67:3,21 68:5,24 69:9,12 70:15 71:6 74:13 75:10 75:13,17 76:4,6,7 76:15,21 77:20 78:5,6,10,11,14 79:2,9,15,20,21 83:21 86:2,4 91:10 92:3,5 95:8 96:21,25 97:1,2 102:3
**heartbeat (1)**
38:17
**hearts (7)**
27:23 28:8,20 29:17 29:20,22 30:18
**heart's (1)**
36:24
**heavy (3)**
31:20 32:12,24
**held (1)**
98:23
**help (8)**
11:6 49:18 55:10 59:9,9,9 69:19 78:16
**hemorrhage (1)**
34:15
**hemorrhaging (1)**
34:22
**HENDERSON (1)**
2:22
**Hendry (1)**
2:18
**hepatic (1)**
33:20
**hereditary (1)**
65:13
**hey (3)**
18:16 22:17 45:16
**he'll (1)**
23:14

**high (6)**
29:15,17,22 70:20 100:24 102:3
**highly (2)**
20:7 75:14
**HIPAA (2)**
8:25 16:11
**histologic (1)**
36:12
**historical (3)**
13:24 14:19 41:12
**historically (1)**
77:10
**history (17)**
9:15 15:11,12 26:14 33:19 37:8 41:4 49:9 53:18 57:20 60:13 71:1 74:6 90:14 91:2 95:23 97:7
**hit (1)**
43:22
**hold (3)**
15:16 16:1 71:20
**HOLLIER (1)**
1:15
**HOLT (1)**
2:22
**home (2)**
10:1 21:24
**homicide (1)**
93:5
**hood (3)**
73:2 89:20 90:5
**hormone (1)**
46:15
**hormones (2)**
46:21 58:5
**horn (1)**
36:11
**hospital (33)**
4:25 5:3,14 6:10,23 8:23 9:2 14:22,24 16:3,15,17 17:8 17:17,20,22 18:12 18:21 20:10 21:12 21:16 24:2 25:12 37:25 38:3,23 43:11,15,16 67:11 70:16 71:2 86:23
**hotel (3)**
49:11 62:21,22
**hour (3)**
45:14 69:1 88:11
**hours (4)**
19:21 38:23 44:17 45:7
**huge (1)**
27:6
**humour (1)**
21:14
**hurt (1)**
53:9
**hyperactive (1)**
62:12
**hypertension (2)**
31:16 77:4
**hypertensive (3)**
39:11 42:18 65:10
**hyperventilate (1)**
76:11
**hypotensive (1)**
39:24
**Hypothetically (1)**
76:8
**hypoxia (1)**
39:16
**hypoxic (4)**
36:5 39:4,21 74:13
**H&P (1)**
19:25

**I**

**identification (2)**
8:5 86:13
**identify (1)**
17:5
**Identifying (1)**
25:5
**ignore (3)**
41:12 45:6 53:18
**ill (3)**
57:6 63:6,6
**illness (25)**
39:13 42:25 43:8 44:25 46:13 47:9 47:11,14,24 48:3 49:17 53:4 54:19 54:20,22,23,25 58:21 59:4,5 79:2 80:9,22 82:23 91:23
**imagine (4)**
30:25 78:7 80:19 89:14
**impact (7)**
12:13 31:14 34:1,5 59:25 99:16,16
**impacted (2)**
36:2 46:14
**implausible (1)**
84:18
**implies (1)**
36:18
**important (9)**
13:15,17 15:13 21:13 24:20,20 34:11 35:22 62:5
**impression (1)**
71:22
**impulses (1)**
37:14
**inaccurate (1)**
84:19
**inappropriate (1)**
79:18
**incarcerated (1)**
5:3
**incarceration (1)**
94:10
**incident (3)**
5:2 45:8 78:2
**incidental (1)**
97:16
**include (1)**
52:1
**included (2)**
39:10 53:3
**includes (2)**
36:4 81:21
**including (9)**
9:14 12:25 18:8 24:25 29:8 60:15 62:1 76:4 100:24
**increase (3)**
30:4 59:18 60:9
**increased (3)**
33:21,22 67:13
**increases (1)**
59:23
**index (1)**
103:11
**indicate (1)**
90:18
**indicated (6)**
77:20 78:19,23 80:11 81:9 85:25
**indication (1)**
91:14
**individual (5)**
27:8 33:3 77:16 79:20 91:21
**individually (2)**
1:4,8
**individuals (4)**
92:21 93:2 98:2,3
**induced (2)**
85:5 86:3
**infarct (4)**
30:21,22 36:18 96:17
**infarction (2)**
96:11 97:2
**infiltration (2)**
30:16 33:11
**influence (1)**
83:19
**information (41)**
4:23 5:6,15,17 7:2 7:3,8,9,17 8:19 9:13 10:13 11:14 11:20 12:23 13:14 13:19,24 14:1,7,9 48:1,2 49:20 50:8 50:14 53:10,11,14 53:15 55:6 60:19 61:4 62:3,7 63:16 63:22 87:13 88:1 90:13 97:6
**inhaling (1)**
46:11
**initial (5)**
6:9,18 7:5,16 9:3
**initiated (1)**
42:23
**injuries (2)**
25:14 44:3
**inmate (1)**
5:2
**inmates (1)**
45:16
**inside (3)**
21:15 30:19 65:1
**insignificant (1)**
12:11
**instance (8)**
7:2 18:17 26:13 43:25 45:13 60:20 60:21 65:10
**intake (1)**
90:15
**intended (1)**
88:10
**intensely (1)**
97:24
**interest (2)**
24:16 100:24
**interested (2)**
99:17 105:18
**interview (6)**
48:19 50:15 54:5 74:2 94:5,14
**interviewed (1)**
54:15
**interviewing (2)**
50:18 54:12
**interviews (1)**
7:9
**intestine (1)**
34:19
**investigating (2)**
93:7,10
**investigation (6)**
5:8 6:16 7:5 9:4 15:9 97:5
**investigator (12)**
4:22 6:2,9,12,14,25 7:3,6,21,22 15:2 71:15
**investigators (7)**
5:20,23 7:1,11 8:20 23:2 74:10
**investor (1)**
7:17
**involved (1)**
6:3
**in-house (2)**
2:12 22:1
**irrational (1)**
71:4
**irritant (4)**
41:7 46:9,20 67:1
**irritants (1)**
46:17
**ischemia (2)**
36:13 97:2
**issue (3)**
25:1 26:10 56:20
**issued (1)**
13:12
**issues (3)**
43:10 76:7 99:20
**items (2)**
79:9 85:5
**IV (1)**
38:12

**J**

**J (1)**
1:10
**Jackie (4)**
1:24 104:22 105:6 105:25
**jail (28)**
4:23 5:3,12 13:20 14:20,21,23,25 15:21,22 37:22 41:15 43:1,5 49:15 51:14 59:5 77:23,24 86:18 87:15,22 89:12 91:3 92:13 94:11 100:22,23
**JANICE (1)**
1:14
**JEREMY (1)**
1:11
**Jesus (1)**
57:10
**Jo (1)**
2:15
**JOAN (1)**
1:14
**John (10)**
2:25 48:16,20,21 49:18 50:14 52:22 53:21 54:14 63:21
**Johnson (5)**
6:7 7:6,21 15:2 71:15

**Join (6)**
87:5,6 91:5,18 98:17,18
**JOLLY (1)**
2:8
**JONES (1)**
1:14
**JOYCE (1)**
1:4
**judge (1)**
17:1
**judgment (2)**
91:20 98:11
**July (1)**
1:19
**jurisdiction (1)**
6:15

K

**Kallstrom (2)**
93:9,17
**KAREN (1)**
1:14
**KATHERYN (1)**
1:15
**keep (1)**
24:3
**keeping (1)**
38:15
**Kennedy (21)**
48:16,20,21 49:18 50:15 52:22 53:21 55:11,14,16 56:24 57:14 60:16 62:7 62:10 63:8,16,21 64:11,15 79:24
**Kennedy's (1)**
62:2
**kept (5)**
8:10,15,24 16:6 39:19
**key (1)**
62:8
**killed (2)**
70:1 102:4
**kin (2)**
1:5 16:11
**kind (4)**
31:15 53:3 63:25 88:14
**knew (11)**
5:11,12 24:24 48:21 55:11 57:1 74:5,8 88:25 99:16 100:14
**know (178)**
4:23 6:23 9:17,17 13:22,25 14:5,6,9 14:9,10,17,20 15:3,5,5,6,17,21 16:9,23 17:6,11 17:12,16 18:5,8 18:18 19:13,25 20:4,7 23:13,19 24:17,18,19 25:1 25:1,11 26:10,12 26:17,19 27:10,11 27:15,24 28:2,6 28:20,21 29:13 30:11 31:20 33:10 33:13 35:13 37:5 37:10,11 38:5 39:19,19 40:22,23 41:1,6 42:11,17 42:20 43:2,5,7,9 43:13,20,21 45:5 45:11,15,16 46:2 46:3,13 47:13,15 47:16 48:3,11,13 48:14,18,24 49:7 49:16 50:6,12,24 51:5,12 52:19 53:6,6,7,9,16,17 53:20,25 54:3,10 54:12 57:3,5,11 58:5 59:8,11,18 59:21,22,24 60:8 61:3,5,6 63:21 64:2,8,12 67:11 67:14 69:24 70:9 70:12,12,18,20,22 70:24 71:9,18 74:5,8,9 75:24 76:5 78:4,14 79:4 79:6 80:6,23 81:23,25 82:15,20 83:24 84:6 86:11 87:25 88:4,21 89:11,11 92:2,9 92:10 95:23,25 99:13,19,23 100:4 100:5 101:1 102:10
**knowing (1)**
15:17
**known (2)**
90:13 91:1
**KURTIS (1)**
1:10

L

**lab (2)**
21:25 23:20
**laboratories (2)**
20:1 22:2
**labs (1)**
18:17
**lack (3)**
36:6,10,13
**laid (1)**
48:16
**Lakeside (1)**
2:3
**large (5)**
29:21 33:3 35:6 95:9 105:7
**largely (1)**
96:7
**larger (2)**
95:13,16
**lasts (1)**
70:19
**late (1)**
39:18
**Lauderdale (1)**
2:9
**law (4)**
5:4 42:1 77:16 81:22
**laws (2)**
9:1 16:11
**lawyers (1)**
12:10
**layman's (1)**
64:22
**lazy (1)**
82:9
**lead (2)**
57:22 77:6
**leading (3)**
14:8 28:13 33:5
**learn (2)**
53:10,11
**learned (1)**
30:6
**leave (2)**
75:5 103:8
**led (9)**
31:16 40:11 74:13 79:15,24 85:3,19 99:2 101:23
**Lee (18)**
1:8 2:7,13 23:5 53:25 56:11 87:15 90:15 91:2 92:16 92:22 93:11 94:11 95:24 100:11,16 104:5 105:4
**left (9)**
24:1,2 29:5 30:9 31:21 39:25,25 53:16 67:3
**left-sided (1)**
29:3
**legal (1)**
16:24
**length (1)**
98:21
**letters (1)**
55:22
**let's (4)**
20:19 26:13 42:18 49:19
**level (6)**
28:17 70:17,22,24 87:18 89:15
**levels (3)**
46:15,17 78:9
**Lewis (1)**
2:25
**Lexapro (3)**
48:23 49:1,3
**LIBER (1)**
2:3
**Lieutenant (3)**
1:13 5:24 92:22
**lifestyle (1)**
31:16
**light (1)**
12:23
**likelihood (2)**
10:22 78:2
**limitations (1)**
74:21
**LINDA (1)**
1:13
**line (3)**
14:19 31:14 43:19
**linked (2)**
28:18 78:24
**lipids (1)**
64:25
**list (3)**
83:1 91:6 92:21
**listed (3)**
74:21 90:22 91:1
**literature (1)**
80:24
**little (5)**
12:6 47:10 57:19,21 72:17
**lived (1)**
67:10
**liver (13)**
26:21 33:3,7,7,9,15 33:18 34:1,4 35:6 35:12,14,16
**LLP (1)**
2:3
**long (7)**
27:20 37:1 70:18 74:15 95:18,20 102:3
**longer (2)**
20:17 102:12
**look (11)**
12:14 15:3 19:19 20:19 26:12 27:16 36:12 48:5 54:6 72:12 89:5
**looked (9)**
11:16 14:5,23 19:24 30:23 36:9 60:21 60:23 83:18
**looking (3)**
10:18 84:1 92:19
**looks (3)**
7:14 9:6,15
**loon (1)**
60:22
**Lopez (2)**
5:25 92:23
**lost (2)**
22:17,22
**lot (8)**
7:23 23:15 24:17 28:7 50:21 58:25 62:20 82:7
**loud (2)**
61:19,22
**low (1)**
34:17
**Lucas (2)**
23:7,9
**lumen (1)**
96:19
**lung (3)**
31:20,21 66:5
**lungs (24)**
25:23 26:14,15,21 29:7,8,9 31:18,19 31:22 32:1,6,12 32:18,25,25 33:1 40:2 41:11 66:16 67:3,6,7,12
**lying (1)**
53:9
**L.C.S.W (1)**
1:14
**L.P.N (1)**
1:13

M

**M (1)**
2:10
**magnified (1)**
47:12
**main (1)**
57:9
**maintained (1)**
8:7
**majority (1)**
29:21
**making (1)**
34:12
**man (4)**
5:12 24:21 48:19 50:15
**mania (8)**
39:12 42:12 49:4

52:2,9,10 54:23 55:9
**manic (17)**
48:11,24 49:5 51:11 51:15 52:8 57:7 57:11,17,22 58:4 62:15 64:1,4,7,9 77:4
**manner (4)**
42:21 98:23 99:3,9
**man's (1)**
67:7
**Maria (2)**
1:13 94:6
**marked (2)**
8:5 86:13
**marking (1)**
90:17
**marks (1)**
25:5
**MARY (1)**
1:12
**mask (6)**
71:11,23 72:1 73:3 75:12 78:20
**materials (3)**
4:20 9:23 13:5
**matter (3)**
54:1 70:19 81:10
**McGregor (1)**
1:26
**meal (2)**
86:1,4
**mean (68)**
10:21 11:2,13 12:9 12:20 13:17,18 15:15 20:23 21:18 24:1,16 27:9,17 28:1 29:13 30:2 30:17 32:11 33:19 35:3,15 36:4 38:14,15 40:20,21 42:14 43:1 44:23 45:2 47:4,6 48:3 49:7,11 50:5 53:2 53:5 54:14,19 55:3,3 58:3 59:4 60:19,24 61:4 62:3,16 67:10 73:8 75:20 78:5,9 80:19 81:21 83:14 83:24 84:1 87:25 95:11,20 96:16 99:12,14 101:19 102:4
**meaning (6)**
29:1 39:24 40:5 73:4 75:4 96:10
**means (5)**
28:24 36:5 51:9 63:5 65:9
**meant (1)**
61:21
**meaty (1)**
30:19
**mechanism (3)**
30:5 46:24 60:6
**medical (43)**
1:21 4:11 5:4 6:2 8:8,11 9:2,3 14:5 14:23 15:12,21,22 16:25 18:7 24:17 25:8 30:6 48:12 56:21 62:14 67:18 68:9,21 69:3 74:6 76:14 81:12 84:14 86:24 87:10 90:14 90:18,25 91:20,22 91:24 95:23 96:19 98:23 100:11 102:21,25
**medication (5)**
38:6 71:4,6 77:19 77:25
**medications (10)**
32:10 49:10 62:6 63:2 70:5,7 90:19 90:22 91:7 101:23
**memory (2)**
11:5 82:25
**men (3)**
28:20,22,22
**mental (26)**
42:25 43:8 44:25 46:13 47:9,11,14 47:24 48:3 49:17 53:4 54:19,20,22 54:23,25 58:21 59:3,4,13 79:2 80:9,22 82:22 91:22 97:8
**mentally (4)**
49:14 57:5 63:6,6
**mentioned (3)**
80:10 92:8 97:15
**MI (3)**
36:15,16,18
**Michael (3)**
1:13 5:24 92:22
**micros (1)**
32:22
**microscopic (4)**
21:20 31:5 36:9,12
**microscopically (2)**
32:23,24
**MIDDLE (1)**
1:1
**MIKE (1)**
1:8
**Mile (1)**
2:14
**milk (3)**
87:2,2,8
**mind (1)**
68:5
**mini (1)**
103:10
**minutes (1)**
45:14
**mischaracterizin...**
74:24
**missing (2)**
17:14 18:20
**misstated (1)**
75:2
**misstates (1)**
66:18
**misstating (1)**
74:24
**mistake (1)**
80:21
**mistaking (1)**
80:19
**mix (1)**
44:6
**money (3)**
53:7 62:13,18
**MONSHAY (1)**
1:10
**months (1)**
97:11
**Monument (1)**
69:25
**morgue (1)**
23:11
**morning (4)**
4:8,9 43:10 98:22
**mouth (1)**
92:12
**move (1)**
64:14
**multiple (3)**
7:1 12:22 24:25
**muscle (7)**
30:7,20 36:19 95:9 95:11,12,13
**musculoskeletal (2)**
35:23 95:15
**Myers (8)**
1:2,22,26,28,28 2:14,19,23
**myocardia (2)**
36:18 96:16
**myocardial (2)**
96:10 97:1
**myocardium (2)**
30:14,19

**N**

**N (1)**
3:7
**naked (1)**
57:11
**name (7)**
5:25 6:6 48:15 49:17 56:10 58:7 77:1
**Naples (1)**
1:28
**narrative (1)**
95:5
**narrowing (3)**
96:4,8,17
**NATALIA (1)**
1:13
**natural (1)**
28:5
**naturally (1)**
101:24
**necessarily (1)**
101:19
**neck (1)**
35:23
**need (6)**
7:2 16:21 21:21 56:15 81:6 89:4
**needed (3)**
6:19 14:19 22:24
**needs (2)**
43:15 52:25
**neither (2)**
48:20 52:23
**nervous (1)**
35:23
**never (20)**
15:5 20:13 22:18 35:8 37:18 39:20 40:17,21 44:5,18 51:17 59:12 63:2 63:3 82:2,3,13 97:17 98:8 99:15
**nevertheless (1)**
71:5
**new (4)**
12:11,23 53:10,11
**nice (1)**
28:21
**Nicholas (4)**
1:5 2:5 3:24 4:14
**nightstick (3)**
40:25,25 41:1
**nightsticks (1)**
43:22
**nonstop (1)**
76:13
**norepinephrine (3)**
46:16 59:19,24
**normal (4)**
34:9 49:12 69:10 93:1
**normally (2)**
49:13 62:19
**Notary (2)**
104:23 105:6
**notation (1)**
20:10
**notations (2)**
38:10 95:3
**note (10)**
22:12 29:24 48:8 60:21 61:25 62:10 63:18,23,25 86:22
**noted (2)**
83:12 84:21
**notes (20)**
7:6,20,21,22 15:1 20:9 22:9,10,13 22:21,24 48:5 50:5 61:9 63:12 84:13,17 94:17,23 94:25
**noticeable (1)**
87:18
**noticed (1)**
37:6
**notion (1)**
65:18
**noxious (5)**
39:7 46:11 83:15 98:1,2
**number (4)**
8:5 28:21 86:13 104:25
**nurse (6)**
14:25 43:5 84:21 94:6,8,9
**nurses (2)**
83:12 86:23
**nursing (1)**
83:8
**nuts (1)**
19:19
**nutty (1)**
60:22

**O**

**oath (2)**
4:3 104:1
**obese (3)**
24:23 30:25 31:1
**obesity (4)**
33:12,14,24 77:4
**Object (1)**
40:15
**Objection (28)**
28:13 33:5 38:13 44:10 45:10 47:3 50:3 52:4 57:24 60:17 65:8 66:18 67:22 69:15 70:3

71:8 74:7,23
75:18 76:16 78:3
79:11 80:17 81:5
83:23 85:7 86:7
102:6
**objections (3)**
81:13,17 83:3
**observe (2)**
22:7 72:10
**observing (1)**
60:25
**obtain (1)**
101:2
**obtained (2)**
49:20 60:15
**obviously (3)**
54:8 58:23 59:5
**OC (14)**
73:22,24 74:22
77:13 78:25 83:10
83:20 85:3 88:13
97:16,17,23 98:1
98:12
**occasion (2)**
18:14 37:3
**occur (2)**
37:2 46:3
**occurred (7)**
27:19 36:15,16,16
46:25 72:24 75:12
**occurring (2)**
44:22 88:22
**occurs (1)**
5:2
**offer (1)**
54:25
**office (30)**
1:21 2:7,12,13,23
4:11 6:3 7:7 8:8
17:20,24 18:2,23
20:16 23:5,7
49:22,23 71:12,16
90:4,13,16 92:17
92:22 93:1,6,11
100:1,17
**officer (4)**
43:25 44:2,2 81:20
**officers (8)**
57:4 58:11 76:9
79:18 88:3 92:9
92:10,15
**official (2)**
1:8 104:11
**oftentimes (1)**
66:6
**Oh (1)**
101:6
**Ohio (1)**
2:4
**okay (44)**
6:1,24 8:3,14 9:5
9:22 10:3 11:22
17:10 20:15,19,20
23:19 24:5,8,10
26:5 31:6 33:2
39:1,15 44:15
50:11 52:17 55:24
56:17 57:19 59:17
61:21,23 64:19
66:11 69:9 71:14
71:21,25 73:2,9
74:12 75:7 81:15
81:18 92:16 103:6
**old (2)**
19:11 22:14
**Oleoresin (2)**
39:7 40:7
**once (11)**
5:1 10:11 14:4,11
14:16 18:7 19:8
26:16 89:8 99:24
101:17
**ones (3)**
84:9,10 101:12
**ongoing (1)**
16:14
**on-line (2)**
17:21,24
**open (1)**
21:8
**opened (1)**
21:2
**opinion (41)**
10:12,15 11:7 13:18
14:3,18 17:16
33:23 35:19 36:2
36:4 39:3,8 40:22
44:22 45:4 50:16
51:15,25 52:1
54:16 60:14,15
62:1 64:11 65:4,6
67:17 68:20 69:2
69:6 70:1 76:13
78:1 79:16 81:8
88:12 99:18,25
100:8 102:18
**opinions (16)**
12:21,21,22,22
13:23 34:12 81:2
81:11 83:4,19
98:20,22 101:1
102:19,22,23
**opportunity (1)**
89:19
**opposite (1)**
102:12
**order (10)**
14:3 16:12 17:1
25:18,22 26:3,9
26:24 75:6 103:6
**orders (2)**
19:6,6
**organ (3)**
21:21,22 26:11
**organs (11)**
21:9,10,10,19 25:24
26:6,7,21,22
34:20 60:9
**outcome (1)**
53:20
**outside (1)**
32:19
**overall (2)**
40:20 54:17
**OVERBEE (1)**
1:14
**overcome (1)**
78:9
**overdose (1)**
93:5
**overlap (1)**
51:6
**overnight (1)**
27:21
**oxygen (6)**
29:2 34:20 36:6
37:1 67:5 74:14

**P**

**P (1)**
3:7
**pace (1)**
76:12
**page (6)**
3:21 20:3 91:12,14
92:20,20
**pages (3)**
20:11 94:19,24
**paid (1)**
54:1
**pain (1)**
91:13
**painful (3)**
41:3 46:9 97:24
**paper (3)**
16:9 18:23 19:1
**papers (1)**
8:10
**paperwork (1)**
54:11
**paranoia (3)**
52:11 64:2,3
**paranoid (10)**
42:13 43:4 47:11
51:3 55:2,5 58:1
59:7 64:10 77:16
**Parkway (1)**
2:14
**part (21)**
27:3 30:8 32:16
35:15 40:20 41:9
41:24 44:12 45:4
48:23 52:9 57:17
61:5 64:3 66:3,15
79:1 81:22 84:4
94:14 97:22
**particular (3)**
18:22 69:4 71:6
**parties (2)**
105:15,16
**parts (1)**
95:15
**patchy (1)**
34:15
**patent (1)**
96:7
**pathologist (3)**
4:10 26:3 99:8
**pathologists (1)**
82:7
**pathology (1)**
50:7
**patient (1)**
88:15
**PCP (1)**
82:22
**Peak (3)**
1:13 5:24 92:22
**people (43)**
5:8 12:21 21:16
27:17,22,23 28:7
28:8 29:21 30:20
30:24 31:12 43:21
45:1 49:8,9 50:20
50:22 51:3,4 54:9
54:12,15 55:4
57:6,9 58:5,10,25
60:21,23 62:13,15
62:21,23,24 72:16
72:22 73:7,21
82:16 92:3 99:17
**pepper (48)**
5:13 40:8,13,24
41:5,14 42:20,24
43:13 44:6,7,16
45:1,3,8,13,16,21
46:4,8 47:16
54:18 59:8 66:15
66:23 67:19,20,25
68:6,12,22 69:1,4
72:13,16,25 75:11
76:20 84:8 86:25
87:22,23 88:6
89:2 91:23 92:11
93:23 97:18
**percent (10)**
12:13 27:12 29:12
29:13 50:13 52:23
52:24 59:3 96:8
99:14
**percentage (1)**
29:13
**perform (1)**
19:17
**performed (7)**
4:13,16,17,18 9:6
20:5 27:7
**performing (3)**
20:22 22:6 34:12
**period (3)**
27:20 34:19 45:20
**periods (1)**
94:10
**person (13)**
26:18 28:24 31:15
33:13 44:24 47:22
52:16,17 57:23
59:17 80:5,21
98:13
**personally (2)**
72:9 104:8
**personnel (1)**
87:10
**person's (1)**
6:6
**pertinent (7)**
24:9,13 25:3,6,9
44:8 47:1
**PFALZGRAF (4)**
1:18 4:2 104:8
105:10
**phase (8)**
48:11 52:9 57:7,11
58:4 59:20 64:4
77:4
**phases (2)**
48:24,25
**phone (13)**
1:27 4:22 5:19 6:18
7:20 14:25 15:1
37:20 48:5,8 54:7
93:9,16
**photograph (1)**
71:22
**photographs (3)**
21:2,4 23:7
**photos (1)**
8:13
**physical (4)**
5:18 73:13 76:5
85:6
**physically (1)**
72:2
**physician (2)**
48:12 55:1
**physicians (2)**
36:8 86:23
**physiologic (3)**
30:5 39:6 43:25
**physiological (1)**

40:9
**pick (4)**
18:11,13 26:11 66:6
**picture (3)**
71:19,25 94:22
**pictures (4)**
8:17 23:15 72:11,12
**piece (1)**
21:21
**pieces (1)**
75:16
**pills (4)**
51:4 55:7 61:2,7
**place (6)**
1:21 8:25 40:19 47:15 72:15 91:21
**placed (6)**
40:5,12 67:20 77:11 79:8 89:20
**placement (1)**
68:11
**Plaintiff (2)**
1:6 2:2
**plausible (1)**
50:9
**played (3)**
53:19 65:14,14
**pleading (1)**
90:4
**point (8)**
13:3 16:7,7 19:1 28:10 68:1 78:7 102:15
**poison (1)**
63:2
**poisoned (8)**
55:5,8 61:2,7 62:6 70:11,13 85:16
**poisoning (3)**
49:9 51:4 62:25
**poisonous (1)**
85:10
**police (12)**
43:22,25 44:2,2 50:22 57:4 58:10 58:11,23 72:22,25 88:2
**portion (2)**
5:18 96:20
**position (3)**
17:2 48:18 77:22
**possibility (1)**
51:2
**Post (1)**
2:23
**posterior (1)**
94:20
**postmortem (1)**
62:1
**potential (1)**
94:3
**pounds (1)**
24:22
**preceding (1)**
67:19
**precipitated (1)**
86:4
**precipitating (1)**
89:4
**predicament (1)**
47:14
**preliminary (1)**
99:9
**preparing (1)**
100:14
**prescriptions (1)**
62:25
**present (3)**
23:3 71:22 87:18
**presented (1)**
85:25
**press (2)**
99:17 100:24
**pressure (5)**
29:15,18,23 34:17 102:3
**prevented (1)**
73:16
**previous (3)**
25:12 30:22 95:24
**previously (9)**
40:12 59:12 79:2 80:11,12 84:25 94:16 97:15 102:10
**primary (1)**
75:17
**prior (13)**
14:7 15:12 51:14 59:13 74:24 77:23 78:23 79:6 80:3 83:20 87:23 88:11 97:1
**Prison (2)**
1:9 2:17
**prisoner (1)**
100:21
**privacy (1)**
16:13
**probability (10)**
56:21,22,23 68:10 68:21 76:14 81:13 98:24 102:21,25
**probable (2)**
52:21,22
**probably (42)**
5:15 9:24,24 10:21 11:12 13:11 14:13 16:5,10 19:25 22:4 25:18 27:11 29:12,17 30:11 32:14,16 33:24 42:14 43:1,3,8 45:19 46:24 47:8 47:9,12,15 48:22 49:2,4 51:6 56:17 59:10 62:11 63:23 65:14 67:2 70:10 76:1 82:3
**problem (3)**
66:1,1 83:15
**problems (5)**
16:9 41:13 44:18 47:7 102:5
**procedural (1)**
74:20
**procedure (1)**
20:25
**proceeded (1)**
21:8
**process (1)**
5:14
**Professional (1)**
1:25
**progressive (1)**
101:16
**protected (1)**
8:25
**protections (1)**
16:13
**protocol (3)**
20:21,23,24
**provide (4)**
77:22 86:24 87:1,12
**provided (4)**
8:19 16:2,10 97:6
**psychiatric (3)**
39:13 53:22 62:1
**psychiatrist (3)**
49:25 55:12 59:15
**psychiatry (1)**
48:12
**psychologic (1)**
54:5
**psychological (2)**
47:19 53:23
**psychologist (2)**
50:1 51:24
**psychoses (1)**
55:1
**psychosis (3)**
47:25 51:1 55:9
**psychotic (10)**
39:12 42:12 51:15 52:2,10,11 53:7 57:16 64:9,10
**public (4)**
43:3 100:24 104:23 105:7
**pull (1)**
26:14
**pulled (1)**
18:10
**pump (5)**
29:2,3 30:9 36:24 36:25
**pumping (3)**
30:4 36:17,24
**Punta (1)**
1:28
**PURDY (1)**
2:8
**push (1)**
44:23
**pushed (2)**
29:6 35:11
**put (29)**
14:2 17:2 19:9,11 21:17,22 23:12 35:8 42:3,5,6,12 42:15,16,18,19 43:11 44:19 45:4 45:19 48:22 49:18 53:4,15 54:19,23 63:18 69:2 92:5
**putting (3)**
14:11 45:23 100:15
**PYLE (1)**
1:11
**P.A (3)**
2:8,18,22
**p.m (2)**
1:20 103:13

**Q**

**qualified (1)**
81:9
**question (11)**
5:10 28:14 33:6 55:24 64:13 78:24 81:16 84:6 86:17 90:12 102:19
**questioning (1)**
5:11
**questions (8)**
56:6 66:9 73:12 76:23 79:23 86:10 101:8,10
**quickly (1)**
61:17
**quit (4)**
70:10,20,25,25
**quite (1)**
102:9

**R**

**races (1)**
60:7
**raise (1)**
58:4
**raised (1)**
73:18
**raises (1)**
58:3
**ramifications (2)**
99:13 100:16
**rammed (1)**
52:13
**ran (1)**
55:10
**range (2)**
31:23 33:8
**rapid (1)**
38:7
**rapidly (1)**
62:20
**rare (2)**
27:9 28:7
**rate (1)**
78:6
**rates (1)**
83:25
**rationale (1)**
86:5
**reached (1)**
80:2
**read (12)**
5:6 17:24 20:2 50:4 61:17,19,22,22 80:23 81:10 82:13 103:4
**reading (3)**
7:5 63:25 83:7
**ready (2)**
18:8 60:8
**really (17)**
19:20 32:19 33:19 45:23 54:14,16 63:3 64:8 66:6 70:19 71:19 78:4 78:14 83:24 84:5 84:6 101:11
**reason (11)**
22:14,19 26:23 27:4 27:22,25 28:6 71:4,21 75:17 84:22
**reasonable (13)**
56:21 67:18 68:9,21 69:3 76:13 81:12 98:12,23 100:5,6 102:20,25
**reasoning (1)**
44:5
**reasonings (1)**
100:7
**reasons (2)**
33:10 35:16
**recall (14)**
12:15 20:18 38:9,10

12:15 20:18 38:9 38:10 61:1,1,15 63:25 66:14 80:18 83:7 90:9 93:13 93:20
**receive (1)** 21:3
**received (2)** 8:18 14:15
**receiving (1)** 90:15
**recognize (2)** 55:1 84:12
**record (8)** 8:23 9:2,3 14:17 61:9 64:15 83:25 105:11
**recorded (1)** 63:11
**records (43)** 14:5,23,23 15:14,20 15:21,22 16:2,3,8 16:15,17,25 17:7 17:9,13,16,19,19 17:25 18:3,9,9 19:12,15,16,23,24 20:5,9,15 37:16 37:25 38:11 51:13 51:17 54:6,7 55:16 83:8 84:14 84:17 86:20
**Recross-Examina...** 3:14 101:13
**red (1)** 30:18
**redictate (2)** 22:16,25
**red-brown (1)** 30:14
**reestablish (1)** 34:21
**referred (2)** 75:8 94:17
**referring (1)** 90:14
**reflect (1)** 63:15
**reflected (2)** 61:25 62:9
**reflects (1)** 64:15
**refresh (1)** 11:4
**regained (1)** 37:18
**regard (1)** 23:19
**regarding (8)** 8:11 20:16 27:13 34:4 35:19,22 39:2 83:4
**regards (1)** 34:13
**Registered (1)** 1:25
**regular (1)** 103:10
**reject (1)** 84:22
**related (1)** 102:21
**relationship (2)** 81:3 83:5
**relative (2)** 105:14,16
**relatively (1)** 97:9
**relatives (2)** 72:21 92:5
**relayed (2)** 62:10 63:17
**released (1)** 21:23
**reliance (1)** 62:2
**relied (3)** 60:14 61:25 63:16
**rely (1)** 84:13
**remains (1)** 4:14
**remarkable (1)** 34:23
**remember (17)** 22:23 26:9 28:22 32:20 37:24 38:2 38:22,24,25 62:14 67:9 80:24 83:12 87:2,7,8 100:2
**remove (3)** 21:10 42:8 45:8
**removed (2)** 21:19 90:5
**removing (1)** 21:9
**repeat (1)** 77:1
**repeatedly (1)** 92:12
**replowing (1)** 85:1
**report (46)** 4:21 5:24 7:12,13 7:16 9:4,5,9,12 10:4,15,22 11:1,6 11:11,25 12:17,19 12:25 13:2,12,15 14:13 20:3,19 21:7 24:5 25:17 25:20 26:4 33:23 45:9 47:2,25 52:1 55:25 56:4 88:2 92:19,21 94:19 98:21 99:14 100:15 102:22 105:9
**reported (1)** 64:17
**REPORTER (1)** 1:24
**Reporters (1)** 1:25
**REPORTER'S (1)** 105:1
**reports (7)** 9:16 13:20,21 25:21 41:17 49:20,23
**represent (2)** 56:11 77:2
**represented (2)** 56:13 95:4
**request (5)** 15:15,25 17:19 18:12,20
**requested (2)** 7:10 105:11
**requests (2)** 18:2,3
**required (1)** 11:3
**research (1)** 101:20
**researched (1)** 48:7
**respiratory (3)** 67:2 83:25 88:15
**respond (1)** 60:12
**response (3)** 38:8 78:23 89:2
**rest (1)** 26:18
**restating (1)** 75:25
**restored (1)** 36:25
**restrain (1)** 44:1
**restrained (14)** 40:8 41:5,13 44:20 46:12,20 47:7,16 75:11 84:3 88:12 89:2,13 93:23
**restraint (16)** 15:7 39:7 42:24 43:12,19 44:19 58:16 72:9,10 73:15 74:22 77:11 78:25 87:24 89:18 91:23
**restricted (1)** 73:16
**result (3)** 30:10 66:17 79:9
**resuscitated (4)** 34:18 37:15,17 39:18
**resuscitation (1)** 39:4
**retained (1)** 23:20
**reticuloendotheli...** 35:1
**returned (1)** 61:18
**review (9)** 12:24 19:15,16 20:9 32:20 37:16 51:13 55:16 105:10
**reviewed (2)** 14:5 86:20
**reviewing (2)** 37:24 84:17
**rhythm (2)** 37:7 46:18
**Richard (2)** 2:11 56:10
**rid (1)** 71:16
**right (56)** 6:22 8:1 10:25 11:17 12:5,25 15:19 16:18,21 18:2,23 19:1 20:9 22:8 24:5,22,23 25:1,5,11,14 26:11 27:2 28:17 31:20 33:4 34:9 34:11 35:10,10 36:1 37:12,22,24 44:12,13,14 48:14 49:19 50:2,13 52:13 56:18 58:17 59:11 62:8 64:13 65:3 66:8 67:6,17 68:13 73:12 88:8 91:12 98:11
**riot (1)** 88:10
**risk (12)** 24:23,24 28:24,25 65:13 69:16 75:20 92:3 96:14 101:21 101:22 102:11
**ROBERT (5)** 1:12,18 4:2 104:8 105:9
**Rockledge (1)** 22:3
**role (3)** 53:19 65:14,14
**room (6)** 25:25 32:15 37:6 49:11 62:22 87:19
**routinely (1)** 21:15
**RPR (4)** 1:24 104:22 105:6 105:25
**rule (2)** 15:6 42:1
**ruled (1)** 42:21
**rules (1)** 74:20
**run (2)** 60:8 62:16
**R.N (5)** 1:13,13,14,14,15

S

**S (2)** 1:11 3:18
**safe (1)** 11:23
**Sam (5)** 6:7 7:6,21 15:1 71:15
**samples (1)** 21:20
**sane (1)** 60:23
**sat (1)** 63:23
**satisfy (2)** 17:15,15
**SAUNDERS (1)** 1:13
**save (2)** 21:21 24:2
**saw (4)** 31:4 32:2 54:7 71:25
**sawing (1)** 23:17
**saying (9)** 25:22 37:11 46:11 50:12 52:21 54:4 54:4 79:15,19
**says (1)** 52:17
**scanned (3)** 16:5 19:10,14
**scanning (1)** 16:8
**scar (1)** 30:22
**scars (1)** 25:5
**scene (6)**

92:23 93:4
**scheduled (1)**
95:25
**schizophrenia (11)**
50:23 51:2,7 52:19 54:16 57:2,12 58:20 64:6 80:22 82:23
**schizophrenic (4)**
49:8 51:10,15 57:8
**school (3)**
30:6 48:13 62:14
**Scott (2)**
1:8 2:7
**scrape (1)**
44:3
**scratch (1)**
26:17
**scream (1)**
76:11
**screaming (1)**
41:18
**screen (2)**
18:18 50:24
**screening (1)**
90:15
**se (3)**
31:14 80:18,25
**seal (1)**
104:11
**second (5)**
1:26 11:20 86:1,4 92:20
**secretaries (1)**
19:9
**section (5)**
24:7,7,12,14 25:3
**sections (1)**
21:20
**see (32)**
15:2,19 20:1 26:12 26:15 27:22 30:20 32:21,23,23,25 33:14 45:1,5 46:1 49:2,19 50:21 55:12 62:5 65:21 65:24,25 66:7 71:17,20 72:6,8 73:18 84:14 89:5 91:10
**seeing (2)**
50:21 87:3
**seen (7)**
27:8,9,10 37:19 51:17 72:12 86:19
**send (6)**
10:1 18:11,20 22:2 24:4 93:6
**sends (1)**
93:1
**sense (3)**
69:12 96:16 97:13
**sent (1)**
23:21
**sentence (1)**
30:14
**separate (6)**
8:25 16:6 19:12,13 68:14 94:24
**sequence (2)**
39:23 46:2
**Sergeant (5)**
1:12,12,12 5:25 92:23
**serve (1)**
6:25
**Services (2)**
1:9 2:17
**set (1)**
98:20
**setting (2)**
77:5,15
**severe (3)**
28:12 75:16 79:20
**sewing (1)**
23:17
**shake (1)**
76:11
**Shearman (26)**
3:12,14 10:5 17:5 17:10 40:15 56:13 76:25 77:2 78:18 79:14 81:1,6,14 84:11 86:9 87:5 88:19 89:23 98:7 98:18 101:11,14 102:7 103:3,12
**sheet (3)**
22:12 94:22,23
**sheets (2)**
7:18 95:3
**Sheriff (2)**
1:8 2:7
**sheriff's (20)**
2:7,12,13 13:21 23:5,7 49:22,23 60:20 71:12 90:3 90:13,16 92:17,22 93:1,6,11 97:21 100:17
**SHIBLEY (1)**
2:3
**shifts (1)**
7:4
**shipping (1)**
54:11
**shock (3)**
34:17 39:5,24
**shooting (1)**
99:22
**short (7)**
10:5 32:14 43:14 47:5 67:14 78:13 79:5
**shortness (13)**
28:2 29:8 40:1 41:6 41:8,9 43:9 44:21 66:13,22,24,25 68:15
**show (2)**
37:20 42:22
**showed (3)**
5:21 18:18 50:24
**showered (1)**
83:9
**shown (3)**
12:9 21:23 51:11
**shows (1)**
101:21
**shred (1)**
19:7
**sick (4)**
5:14 27:24 28:9,9
**side (5)**
29:5 35:10,10 51:11 94:22
**sign (2)**
9:17 25:14
**signed (16)**
9:18,20,20 10:4,9 10:13,20,22 11:5 11:10,23,25 12:16 43:18 104:16 105:22
**significance (1)**
75:15
**significant (10)**
12:17 21:5 22:11 39:9 45:9 61:5 75:23 95:19 96:4 98:14
**significantly (1)**
67:7
**signing (1)**
9:11
**signs (1)**
16:25
**similar (1)**
80:3
**simple (1)**
73:21
**simply (5)**
55:14 76:10 79:7,19 92:11
**sir (1)**
101:6
**sit (1)**
89:15
**sitting (5)**
45:17 52:16,17
63:14 84:9
**situation (6)**
64:2 69:20 74:14 79:8 92:6 100:22
**situations (1)**
80:12
**six (3)**
2:14 22:23 90:16
**size (5)**
27:5 28:23 34:1 69:10 76:6
**Skinny (1)**
28:22
**skull (1)**
23:17
**sleep (1)**
62:12
**slides (3)**
23:23,25 76:5
**slow (1)**
37:9
**slows (1)**
78:6
**smaller (1)**
26:6
**Smith (1)**
2:15
**smoking (1)**
65:12
**Sneed (1)**
100:2
**somebody (5)**
5:1 71:19 82:1 84:1 93:6
**someone's (1)**
82:11
**soon (1)**
37:12
**sorry (3)**
54:21 97:11 101:6
**sort (25)**
5:11 8:18 9:1 14:19 23:15 26:1,19 29:6 30:18 31:11 32:16 35:7,12 42:22 44:4,23 48:7,14 52:12 57:14 58:9 59:2 66:4 88:21 89:13
**sound (2)**
50:5 100:4
**sounded (1)**
64:1
**sounds (2)**
87:16 100:6
**source (1)**
102:16
**South (1)**
1:28
**SPANGENBER...**
2:3
**Specific (1)**
36:1
**specifically (1)**
63:16
**specified (1)**
53:5
**specimens (2)**
18:10 21:11
**speculation (1)**
78:15
**speed (2)**
46:22,23
**speeds (2)**
60:3,6
**spend (1)**
62:17
**spending (1)**
62:15
**spit (11)**
15:3,7 71:11,23 72:1 73:2 75:11 78:20 89:20 90:5 92:11
**spitting (5)**
81:20 82:1 92:9,10 92:14
**spleen (6)**
35:3,13,14,15,17,20
**splenomegaly (1)**
35:2
**spoke (1)**
55:14
**spoken (1)**
8:20
**spray (37)**
40:8,13,24 41:5,14 42:20,24 43:13 44:6,7 45:3,8,22 46:4,8 66:15,24 67:19 68:6,12 69:4 73:22,24 74:22 76:21 77:13 78:25 83:10,16 84:8 85:3 86:25 88:6 89:2 91:23 92:11 97:18
**sprayed (40)**
5:13 40:7 41:5,13 43:13 44:16,20 45:2,13,16 46:19 47:7,17 54:18 59:8 67:21,25 68:22 69:1,7 72:14,16,25 75:11 77:13 85:13 87:22 87:23 88:11 89:8 89:11,12,14,18 92:12 93:23 97:17 97:23 98:3,13

**sprayer (1)**
88:5
**sprayings (1)**
83:20
**sprees (1)**
62:15
**stack (1)**
19:9
**stacks (2)**
5:7,7
**staff (1)**
84:14
**stairs (1)**
69:25
**stamp (1)**
14:14
**stand (2)**
99:5 101:3
**STARNES (1)**
2:22
**start (3)**
8:22 9:4 81:15
**started (8)**
5:16,22 9:16 16:8 38:17 45:3 46:4 69:7
**starts (2)**
35:12 43:14
**state (6)**
77:5 85:6 104:4,23 105:3,7
**stated (1)**
70:10
**statement (2)**
42:5,17
**STATES (1)**
1:1
**stay (1)**
38:17
**stenographically ...**
105:9
**stenosis (1)**
96:4
**STEPNOSKI (1)**
1:14
**stick (1)**
12:12
**sticking (1)**
99:22
**stop (2)**
71:4 96:20
**stoppage (2)**
39:22,22
**stopped (5)**
36:17 37:13 70:7 71:5 77:19
**storage (1)**
16:9
**story (1)**
61:6
**strapped (1)**
89:14
**stream (1)**
88:4
**street (5)**
2:18 28:1 57:6,10 100:23
**stress (38)**
39:6 40:4,6 42:14 43:25 45:20,20,22 46:8,14,15,21 47:1,2,8 57:22 58:4 59:10 60:12 69:19,22,23 77:6 77:9 78:7,25 79:15,19 85:4,8 86:3 88:14 89:6 89:14,17 90:2 92:4 102:15
**stressed (5)**
46:15,19 59:4 84:10 92:2
**stresses (2)**
58:21,24
**stressful (5)**
73:7,11 79:8 89:4 92:6
**stressing (1)**
42:13
**stressor (7)**
40:9,22 41:2,3 75:21 89:21 98:14
**stressors (1)**
66:10
**stretching (1)**
30:7
**stretchy (1)**
50:6
**strike (1)**
11:21
**structure (1)**
76:7
**struggle (1)**
58:12
**stuff (11)**
5:7 12:9,10 19:4 23:14,16 24:18 42:19 48:9 53:8 99:14
**subject (4)**
64:13,14 81:10 102:14
**subjectively (1)**
84:1
**sudden (7)**
28:24 45:18 46:5 69:16 75:20 102:11,15
**suffer (1)**
88:16
**suffered (1)**
93:24
**suffering (1)**
91:22
**suffocation (1)**
15:6
**suicide (1)**
93:5
**Suite (2)**
2:3,18
**summarized (1)**
57:15
**summary (8)**
11:2,9,10,15,19 13:6 93:15 94:13
**Summer (1)**
2:10
**SUNDO (1)**
1:13
**Sunrise (1)**
2:9
**supervisor (1)**
23:11
**supplement (2)**
11:1 12:18
**suppose (2)**
25:11 81:20
**suppressed (1)**
49:5
**sure (15)**
6:8 12:7 15:4 24:11 32:20 50:13 58:3 61:18 62:23 73:8 73:12 89:7 95:20 100:18,25
**surgical (1)**
96:1
**surrounding (2)**
14:1 88:25
**survived (2)**
21:12 76:1
**survives (1)**
42:9
**suspect (2)**
26:13 44:1
**suspected (1)**
93:4
**suspicion (1)**
73:19
**sworn (2)**
4:3 104:9
**symptom (1)**
62:13
**symptoms (9)**
29:7 51:24 59:16 63:24 67:23,24 68:4 69:8 78:12
**system (13)**
20:2 27:2 34:8,13 34:14,24 35:1,23 35:24 67:2 70:17 71:2 95:15

**T**

**T (3)**
1:5,15 3:18
**table (5)**
22:20,21 26:1,2 56:14
**take (24)**
8:17 14:1 19:21 20:19 21:8,19,20 22:9,10,21,24,25 23:6,14 24:6 25:25 56:15 71:19 78:13 87:17 89:16 99:21 101:23 103:7
**taken (11)**
1:19,21,23 7:20 21:4 54:11,12 71:23 77:24,25 83:8
**takes (3)**
9:14 14:13 21:2
**talk (3)**
47:24 54:9 57:14
**talked (11)**
14:24 39:11 62:20 62:20 63:19,21 95:7,7 99:25 100:3,3
**talking (3)**
18:5 45:15,18
**Tallahassee (2)**
52:16 53:3
**TAMMY (1)**
1:15
**tape (1)**
22:15
**Tased (1)**
76:20
**Taser (6)**
40:22,23,24 43:21 58:14,15
**Tasering (1)**
58:24
**taxpayers (1)**
53:25
**technician (3)**
23:4,10 92:23
**technology (1)**
22:18
**telephone (6)**
7:9 55:19,21,23 94:5,6
**tell (11)**
4:16 10:19 12:20 16:1 24:9,22 27:13 29:11 50:20 52:6 62:8
**telling (1)**
18:25
**tells (2)**
9:8 27:15
**temporally (1)**
68:6
**ten (1)**
96:8
**tend (6)**
25:24 26:20,21 31:12,12 33:15
**tends (1)**
33:8
**Tennessee (1)**
1:9
**term (9)**
54:22 58:7,8,9 65:20 66:5 80:10 82:16 96:19
**terms (8)**
47:12 64:22 75:9,15 88:5,14 95:4 96:25
**testified (4)**
4:4 73:20 76:8 97:22
**testimony (5)**
66:14,19 74:25 75:2 105:12
**testing (1)**
23:20
**Thank (4)**
86:9 101:6,7 103:3
**theory (1)**
56:25
**therapeutic (2)**
70:17,22
**therapy (1)**
25:8
**they'd (1)**
19:11
**thick (1)**
19:3
**thin (1)**
19:4
**thing (10)**
8:12,18 18:17 24:20 30:8 42:4,16 60:11 65:21 75:3
**things (36)**
4:24 8:21 12:22 14:16 15:9 25:18 26:19 29:16,20 40:9 41:19 42:5,6 42:9,11 43:3 46:14 50:21,23 57:9,11,12 59:2 60:4 62:9,14,18 65:10,15 68:16

75:5,6,9,19 82:24 88:21
**think (53)**
6:20 11:6 13:8,20 14:24 16:23 17:14 18:20 25:6 32:7 32:20 33:21 37:3 42:8,10 45:25 46:5 51:4 52:24 53:11,19 54:24,25 55:5,13 57:9 58:7 59:8,20 61:4,16 64:7 66:22 67:2 71:16 72:11 75:5 75:13 79:12 80:6 80:7 81:7,18 82:8 83:14 84:4,8 86:16 88:20 89:17 89:20 90:2 94:16
**thinking (2)**
12:13 48:10
**thinks (4)**
43:5 49:8 55:3 63:5
**thoroughly (1)**
87:17
**thought (23)**
41:7 48:13 49:9 52:7 55:7 57:1,2 57:18 60:22,23 61:2,6,21 62:6,24 62:24 63:6 64:12 70:11,13 83:14,18 84:7
**three (5)**
26:22 50:23 51:19 59:2 76:12
**threw (3)**
55:5,6 61:3
**thrombosis (1)**
96:18
**thrombus (1)**
96:22
**throw (1)**
19:7
**tied (3)**
50:17,17 58:18
**time (52)**
1:20 5:5,15 8:23,24 9:12,21 10:4,9,16 13:12,14 14:14 15:10 19:21 20:16 21:9 22:7 27:20 30:12 32:6 33:17 34:19 36:15,25 37:5 43:13 44:8 45:7,12,25 48:21 49:3 51:9,11,14 66:13 67:14,15,15 69:13,17 77:23 83:13 84:13,15 87:23 88:2 91:2 95:20 102:3,11
**timeline (2)**
13:22 46:1
**times (4)**
23:16 37:17 58:25 69:9
**timing (4)**
38:25 44:14,14 45:24
**Timothy (3)**
1:11 2:21 56:12
**tissue (2)**
30:23 97:2
**today (10)**
7:23 9:23 12:25 15:20 16:2,22 76:8 86:6 99:5 102:23
**told (30)**
6:1,20 13:8 16:23 32:21 49:10,13 50:4 54:6 57:18 61:1,2,24 62:5,7,9 62:11,21,23,25 63:1,18,24,24 69:7 86:5 90:3,9 92:14 94:14
**Toomey (30)**
2:20 3:10 4:7 8:6 10:8 17:18 28:16 33:16 38:21 40:16 44:11 46:7 47:18 50:10 52:5 56:6 65:16 87:4 88:17 89:22 90:7,20 91:5,18 92:1 98:5 98:17 103:4,6,8
**top (3)**
20:7 27:11,16
**touch (1)**
72:2
**tox (5)**
14:13 18:16,16,18 23:20
**toxic (2)**
73:24 85:2
**toxicologist (1)**
21:25
**toxicology (3)**
9:14 14:12 21:11
**toxin (1)**
45:22
**toxins (1)**
85:19
**tract (1)**
34:16
**trained (2)**
22:20 25:21
**training (2)**
91:24 97:22
**transcript (4)**
104:16 105:10,11 105:22
**transcriptionist (1)**
22:16
**transferred (1)**
4:24
**transplant (1)**
28:9
**transport (1)**
18:11
**trash (1)**
58:9
**treat (2)**
38:6 70:14
**treated (2)**
32:10,15
**treating (2)**
78:11,12
**treatment (3)**
24:18 36:21 51:13
**treats (2)**
70:15 78:5
**tremens (1)**
80:20
**tried (5)**
14:6 38:18,19 63:4 78:20
**trigger (2)**
77:9 79:9
**triggered (1)**
79:20
**trouble (2)**
17:3 51:12
**true (5)**
9:25 97:16 100:20 102:12 105:11
**try (9)**
26:1,2 30:4,13 37:8 71:12 72:4 77:1 82:11
**trying (10)**
13:21 14:9 30:8 44:1 45:25 52:15 53:13 58:7 63:7 92:11
**tubes (3)**
23:13 24:1,3
**turn (2)**
91:12,14
**turned (2)**
10:14 16:16
**twice (1)**
88:11
**two (26)**
4:25 23:2 27:10 33:10,11 37:16 40:9 44:16 51:19 57:8,11,12 60:3 67:10 68:13,14,22 69:9 72:21 76:12 94:19,24,24 95:3 97:10,11
**type (2)**
48:5 69:22
**typed (2)**
63:12 93:18
**types (2)**
68:16 88:13
**typically (1)**
15:18

U

**ultimate (5)**
31:9 34:2 36:2 39:1 97:12
**ultimately (5)**
75:9 83:22 88:14,16 94:18
**unbroken (1)**
44:19
**uncomfortable (2)**
98:2,3
**uncovered (1)**
49:4
**underlying (5)**
40:3,4 47:8,9 75:23
**undersigned (1)**
104:7
**understand (10)**
18:25 32:3 50:11 57:21 68:4 73:9 75:12 78:10 85:2 97:7
**understanding (11)**
10:10 66:12 70:6,6 73:6,21 76:3 77:3 77:10 94:8 97:12
**undressed (1)**
21:4
**UNITED (1)**
1:1
**unrelated (1)**
93:22
**urinary (1)**
34:24
**urine (2)**
21:15,17
**usage (1)**
82:17
**use (20)**
12:2 22:13 40:13 41:4 48:6 54:22 57:5,15 58:9 68:6 68:7,11 69:4 73:21 80:13 82:3 82:4,7,13,18
**usually (10)**
6:16 14:12 26:25 31:17,22,23 57:7 81:22 82:21 93:6

V

**vacuum (1)**
13:25
**valves (1)**
95:12
**vast (1)**
29:21
**ventricle (1)**
39:25
**ventricular (1)**
38:8
**vessel (1)**
65:2
**video (1)**
72:23
**videotaping (1)**
72:24
**Vincent (1)**
82:14
**violent (2)**
81:23,23
**visited (1)**
62:25
**visiting (1)**
72:20
**Vitae (1)**
3:25
**vitreous (1)**
21:14
**VON (1)**
1:25
**vs (1)**
1:7
**vulnerable (1)**
44:24

W

**W (1)**
2:25
**waive (2)**
103:4,5
**waived (1)**
16:14
**wake (1)**
39:20
**walked (3)**
28:1 44:17 45:15
**walking (9)**
27:17 28:7 32:13 43:1 57:10 59:6 79:1 102:2,8
**walls (1)**
65:1
**wane (1)**
32:11
**want (22)**
6:7 13:2 18:18 22:3

26:10 35:8 42:5 56:1,3,17 61:19 61:22 77:18,21,24 82:9 86:11 88:8 92:4 99:19 100:25 103:10
**wanted (8)** 7:2 15:2,4 49:16 54:8,10 71:20 72:8
**wash (1)** 87:16
**washed (5)** 83:9,17 86:18 87:14 87:17
**washing (1)** 87:2
**Washington (1)** 69:25
**wasn't (6)** 15:4 46:22 47:5,6 63:11 65:3
**wastebasket (1)** 66:5
**watch (1)** 93:2
**watched (1)** 92:25
**wax (1)** 32:10
**way (17)** 15:16 22:19 25:25 26:6 28:23 34:1 36:3 42:3,22 43:17 45:5 49:6 50:18 53:17,22 60:2 100:9
**weakened (1)** 30:3
**wearing (3)** 71:23 72:1 73:6
**week (2)** 27:18,18
**weeks (3)** 9:14 14:13 97:11
**weigh (3)** 31:22 32:1 67:8
**weighed (4)** 21:19 31:21,21 67:7
**weighs (2)** 24:22 28:19
**weight (9)** 25:2 33:18,21,22 64:16,16 67:13,13 76:6
**weights (2)** 22:11 33:8
**went (19)** 5:14 14:22 15:10 25:17 30:12 37:12 37:16 38:20 46:5 49:2,2,10 59:5,15 70:15 71:2 86:2 87:19 93:4
**weren't (2)** 16:10 84:12
**wet (1)** 32:24
**we'll (5)** 11:19 14:14 18:10 18:18,19
**we're (2)** 8:3 50:16
**we've (1)** 16:23
**wide (1)** 33:8
**wife (6)** 16:25 48:4 49:13 53:8 54:9 61:18
**William (1)** 2:5
**WINNIE (1)** 1:14
**witness (37)** 4:3,5 17:8,11 28:15 33:7 38:14 45:11 47:4 50:4 58:3 60:18 65:9 67:23 69:16 71:9 74:8 74:25 75:19 76:17 78:4 79:12 80:18 83:24 85:8 86:8 87:7 88:20 90:9 90:22 91:6 92:2 94:1 98:8 103:5 104:11 105:12
**witnesses (2)** 92:21,24
**word (4)** 42:22 43:16 57:5 58:6
**worded (1)** 100:9
**wording (4)** 43:23,24 49:18 52:15
**words (1)** 76:9
**wordsmithing (1)** 52:12
**work (5)** 7:4,7 21:25 85:13 95:16
**working (3)** 9:15 26:6 50:16
**works (3)** 23:5 55:15 95:13
**worse (4)** 47:10 89:15,17 102:13
**worsen (1)** 101:18
**wouldn't (6)** 5:6 32:13 53:15 54:13 62:19 92:4
**WOULFE (1)** 2:18
**wrestling (1)** 58:24
**write (3)** 7:12 22:10,11
**written (6)** 11:1,8,9 25:17 82:14 91:11
**wrong (1)** 52:19
**wrote (3)** 9:8,8 13:15
**Wuesthoff (4)** 22:2 23:21,23 24:3

**X**

**x (3)** 3:7,18 54:15
**x-ray (1)** 28:3

**Y**

**yeah (9)** 14:16 26:8 27:9 32:20 35:7 38:14 39:17 42:25 93:18
**years (4)** 51:19 80:7 95:21,22
**yell (1)** 76:10
**yelling (1)** 41:19
**yellow (1)** 30:15
**Yesterday (1)** 97:20

**#**

**#1216 (1)** 2:9

**1**

**1 (5)** 3:24 8:5 9:7 92:20 94:6
**1st (1)** 4:18
**1,000 (1)** 27:11
**1/8/2013 (1)** 104:24
**10:06 (1)** 1:20
**100 (6)** 12:13 29:12 42:6 50:13 52:23 59:3
**1001 (1)** 2:3
**101 (1)** 3:14
**12:19 (2)** 1:20 103:13
**14th (2)** 104:11 105:20
**14750 (1)** 2:14
**1625 (1)** 2:18
**1700 (1)** 2:3

**2**

**2 (2)** 3:25 86:13
**2nd (2)** 63:20,20
**2:10-cv-420-FtM-...** 1:3
**20 (1)** 80:6
**2009 (7)** 4:14,18 10:20 63:20 63:21 93:8 94:6
**2011 (3)** 1:19 104:12 105:20
**203 (1)** 2:18
**21 (1)** 4:11
**22nd (1)** 93:8
**2271 (1)** 1:26
**239 (2)** 1:27,27
**24th (2)** 11:18 12:2
**2455 (1)** 2:9
**27 (1)** 1:19
**274 (1)** 24:22
**280 (1)** 2:23

**3**

**3/25/09 (1)** 90:16
**300 (1)** 31:23
**332-4066 (1)** 1:27
**332-7443 (1)** 1:27
**33304 (1)** 2:9
**33901 (3)** 1:26 2:19,23
**33907 (1)** 1:22
**339124-406 (1)** 2:14
**390 (1)** 28:21

**4**

**4 (1)** 3:10
**4th (1)** 10:20
**400 (4)** 28:21,21,23 31:23
**44114 (1)** 2:4

**5**

**50 (1)** 52:24
**500 (1)** 31:22
**520 (1)** 35:3
**56 (1)** 3:11

**6**

**69-and-a-half-inc...** 24:21

**7**

**7th (1)** 63:21
**70 (1)** 1:22
**76 (1)** 3:12

**8**

**8 (1)** 3:24
**842407 (1)** 104:25
**86 (2)** 3:13,25
**870 (1)** 31:21
**890 (3)** 27:5,11 28:19
**890-gram (2)** 27:18,23

**9**

**90 (1)**
99:14
**900 (2)**
27:10 31:21
**99 (1)**
29:13